# EXHIBIT B

Search for people, jobs, companies, and more... Advanced 

Home | Profile | My Network | Learning | Jobs | Interests | Business Services | Try Premium for free

Add "Law" to Your Resume - Online Master of Legal Studies in 1-year from WashU, no GRE/LSAT required. | Read More »



**Gary Bradski**   2nd
VP at Magic Leap

San Francisco Bay Area | Computer Software

| | |
|---|---|
| Current | Robotics Actual, PerceptIn, Pinscreen |
| Previous | Magic Leap, Inc., IDG Capital Partners, OpenCV |
| Education | Boston University |

Connect  Send Gary InMail ▾

500+ connections

Contact Info

## Posts

### Published by Gary



Occipital 3D Scanning faster and more accurate
November 18, 2015

Anyone know Parse?
July 2, 2015

## Background

 **Summary**

Computer Vision, Machine Learning and Robotics. AI.

* Founded and run OpenCV (Open Source Computer Vision Library)
* Put together the vision team for Stanley, the robot that won the $2M DARPA Grand Challenge Autonomous robot race across the desert (which became the "father" of streetview & Google Maps and the "grandmother" of the Google robot car
* Cofounded the Stanford AI Robot (STAIR) project which led to Willow Garage, PR2 robot ROS etc While serving as consulting Professor at Stanford CS department
* Co-founded Industrial Perception Inc, manipulation robots in distribution (bought by Google 2013)
* First exec hire at VideoSurf, Video search sold to Microsoft in 2011
* Founded the West Coast office of Magic Leap, a key augmented reality startup

Book:
TITLE:
Learning OpenCV: Computer Vision with the OpenCV Library
http://tinyurl.com/552kqh
Version 2 by June 2016:
http://tinyurl.com/z98p9fp

Search for people, jobs, companies, and more...

Home | Profile | My Network | Learning | Jobs | Interests

### Funder
Robotics Actual
March 2016 – Present (4 months) | Stealth

Stealth

### Advisor and Investor
PerceptIn
February 2016 – Present (5 months) | Mountain View, CA

Company in stealth mode.

### Advisor and Investor
Pinscreen
January 2016 – Present (6 months) | http://pinscreen.com/Site/Pinscreen.html

Stealth for now

Pinscreen

### Advisor and Investor
Eonite Perception
December 2015 – Present (7 months) | www.eonite.com

Accurate 3D modeling

### Advisor and Investor
Itseez3D
August 2015 – Present (11 months) | http://itseez3d.com

Awesome 3D person, pet, object capture and rigging.

Mobile 3D Scanner App for iPad | itSeez3D

### Advisor and Angel Funder
Lambda Labs
June 2015 – Present (1 year 1 month) | https://dreamscopeapp.com/

Automatic drawing and art. AI+Imagery. Check it out!

Home | Profile | My Network | Learning | Jobs | Interests          Search for people, jobs, companies, and more...   Advanced          Business Services   Try Premium for free

Deep Dream Gallery - Dreamscope

### Advisor and Investor
Abundant Robotics
February 2015 – Present (1 year 5 months) | http://abundantrobotics.com/

Agricultural robotics, way cool, really works.

### President/CEO
OpenCV
January 2012 – Present (4 years 6 months) | http://opencv.org/

The dominant computer vision library world wide: OpenCV (Open Source Computer Vision Library).

OpenCV - WikiStart - OpenCV DevZone

logo

### Board member
Occipital Corp
2011 – Present (5 years) | San Francisco, CA

Occipital is a great mobile vision application company that's doing things the others are not. It developed the best iPhone barcode reader: Red Laser.

Occipital makes Structure Sensor, Structure ...

### VP Advanced Technology
Magic Leap, Inc.
August 2013 – May 2016 (2 years 10 months) | Palo Alto, California

Total stealth, total cool. I moved away from large sums of guaranteed to do something bigger. I'm hiring a team of vision, graphics and learning people. Join in something bigger than you will ever again get a chance at.

### EIR
IDG Capital Partners
2016 – 2016 (less than a year)

### Director
OpenCV
May 1998 – December 2015 (17 years 8 months) | http://code.opencv.org/projects/opencv/wiki

| Home | Profile | My Network | Learning | Jobs | Interests | | Business Services | Try Premium for free |

Search for people, jobs, companies, and more... — Advanced

### Founder, Chief Scientist
Industrial Perception Inc
March 2012 – August 2013 (1 year 6 months) | 911 Industrial Ave, Palo Alto, CA 94303

Google bought Industrial Perception in August. Our angel funder convinced me to go with a bigger play at Magic Leap. Industrial Perception is continuing on inside Google adding the eyes and brains for industrial robotics.

▼ 1 recommendation

> **Mark Holler**
> Founder at Camalie Networks
>
> Gary is a brilliant engineer, mathematician, and programmer as well a person you would want to work for/with. View

### Consulting Professor
Stanford University
August 2006 – September 2012 (6 years 2 months)

Helped do the vision system on Stanley, the robot that won the Darpa Grand Challenge $2M race across the desert lead by Prof. Sebastian Thrun. Now working on STAIR – the robot butler lead by Andrew Ng.

### Senior Scientist
Willow Garage
December 2007 – 2012 (5 years)

Willow Garage is a cross between a Robotics Research Institute and a Robotics Startup/Incubator. I am heading up the machine learning and perception software efforts there. http://www.willowgarage.com

### TCO
Itseez
1999 – 2010 (11 years) | Nihzniy Novgorod

Helped them get started and get contracts over time. Absolutely great computer vision contract firm.

### VP of Technology
Videosurf
September 2006 – November 2007 (1 year 3 months)

Coded algorithms and helped form strategy in computer vision for this video search startup. This startup sold in 2011 to Microsoft.

▼ 1 recommendation

> **William Jacobs**
> Software Systems Engineer / Architect at Northrop Grumman
>
> I've known Gary Bradski for 25 years now and have followed his career, and discussed many technical issues and papers with him over that time. He is an expert in machine learning and computer vision and curren ly has a joint appointment in he... View

### Principal Engineer
Intel Rsearch
June 1996 – September 2006 (10 years 4 months)

Had a lot of fun working in Intel research, got tired of it finally. Was a good ride while it lasted, especially the .boom years.

Founded OpenCV -- computer vision library. Got Intel involved with the robot race by funding and working with the Stanford (winning) team.

### Principal Engineer
Intel
1996 – 2006 (10 years)

Created OpenCV, the Open Source Computer Vision Library now the dominant computer vision library around the world; Managed a computer vision group in the research labs; ran a machine learning in manufacturing group in Intel Research which created their decision tree analysis package and an test reduction system using predictive statistics; Worked on, led the vision group and got Intel involved in supporting Stanley, the robot the won the $2M DARPA Grand Challenge Race Across the Desert.

Search for people, jobs, companies, and more...   Advanced    

Home | Profile | My Network | Learning | Jobs | Interests            Business Services   Try Premium for free

was a quant on a derivative securities trading floor aka interest rate options. Hated the job, hated the city, paid well though.

### Consultant
Adept Computer Consulting
1987 – 1989 (2 years)

A fun consulting stint mostly to medical electronics makers (computerized EEG).
Helped found Neurosoft -- working as a consultant FUN
Worked on manufacturing visual inspection equipment, sub-contract to IBM.

### Engineer
Neuroscience
September 1985 – September 1987 (2 years 1 month)

Helped do the software and hardware for an early computerized EEG company.

### Engineer
Schlage Electronics
September 1984 – August 1985 (1 year)

Design proximity access security systems. You carry a card that can be read at a distance to access doors etc. Also controlled other events, monitored fire etc. First real job, kind of fun designing hardware, kind of boring too.

---

 **Publications**

### Map-Reduce for Machine Learning on Multicore
NIPS
2006

Study of a class of machine learning problems that map efficiently to map-reduce enabled architectures to achieve ~ linear speed up with number of processors applied.

▶ 7 authors, including:

| | |
|---|---|
| **Gary Bradski**<br>VP at Magic Leap | **Ian Lin**<br>Product Management at Two Sigma Inve... |
| **Cheng-Tao Chu**<br>Founder of a startup, ex-(Google, Linked... |  **Sang Kyun Kim** |

### Peripheral-Foveal Vision for Real-time Object Recognition and Tracking in Video
IJCAI
2007

Human object recognition in a physical 3-d envronment is still far superior to that of any robotic vision system. We believe that one reason (out of many) for this—one that has not heretofore been significantly exploited in the artificial vision literature—is that humans use a fovea to fixate on, or near an object, thus obtaining a very high resolution image of the object and rendering it easy to... more

▶ 5 authors, including:

| | |
|---|---|
| **Gary Bradski**<br>VP at Magic Leap | **Paul Baumstarck**<br>Senior Software Engineer at Uber (We a... |
| **Joakim Arfvidsson**<br>Studied Robotics at KTH and Stanford, n... | **Stephen Gould**<br>Associate Professor at ANU |

### Google Scholar
Google
March 1, 2016

I have over 100 publications and many patents. Best to just look at Google Scholar



## Top Skills

- 99+ Computer Vision
- 99+ Machine Learning
- 99+ Algorithms
- 99+ Artificial Intelligence
- 99+ Robotics
- 99+ OpenCV
- 91 Image Processing
- 75 Software Engineering
- 68 C++
- 52 Python

Gary also knows about...

- 46 Computer Science
- 46 Signal Processing
- 38 Start-ups
- 38 C
- 33 Programming
- 32 Open Source
- 31 Parallel Computing
- 24 Software Development
- 23 Business Development
- 20 Pattern Recognition
- 20 Matlab
- 19 Distributed Systems
- 19 Embedded Systems
- 16 Simulations
- 15 Digital Signal...
- See 25+

## Education

**Boston University**
PhD, AI, machine learning, neuro-modeling
1989 – 1993

Activities and Societies: Learn to keep a soccer ball in the air by kicking. Something about machine learning, something about the brain.

**University of California, Berkeley**
BS, EECS, electrical engineering, computer science
1979 – 1981

Activities and Societies: Did a bunch of sailing, chased some tail. Mostly studied darn them all to heck.

## Additional Info

- Interests

Mountain biking, biking, volleyball. Techno-mysticism (you know, the Kurzweilian type stuff -- embarrassing I know at the same level of being a functioning alcoholic -- but there you have it). AI, nature of intelligence, biological intelligence, brain modeling and, naturally, geology (vast sweep of time, yada yada). Brain

| Home | Profile | My Network | Learning | Jobs | Interests | | Business Services | Try Premium for free |

Search for people, jobs, companies, and more... — Advanced

Additional Organizations

Computer vision

### Honors & Awards

**Additional Honors & Awards**

Was on the winning team of the Darpa Grand Challenge $2M race across the desert.

---

**Recommendations** — Received (2) ▼ — Given (7)

**Founder, Chief Scientist**
Industrial Perception Inc



**Mark Holler**
Founder at Camalie Networks

❝ Gary is a brilliant engineer, mathematician, and programmer as well a person you would want to work for/with.

July 11, 2012, Mark was Gary's client

**VP of Technology**
Videosurf



**William Jacobs**
Software Systems Engineer / Architect at Northrop Grumman

❝ I've known Gary Bradski for 25 years now and have followed his career, and discussed many technical issues and papers with him over that time. He is an expert in machine learning and computer vision and currently has a joint appointment in the Stanford University CS department. He's managed international teams and is still a hands-on programmer and system architect.
...more

June 26, 2007, William managed Gary indirectly at Videosurf

---

**Connections** — Shared (1)



**Jack Russo** 1st
Chairman of the Board at Foundation fo...

---

**Groups**

   

| IEEE Robotics and Au... | Silicon Valley Robotics | Boston University Alu... | Robotics Israel |
| 9,459 members | 1,340 members | 35,530 members | 49 members |
| Join | Join | Join | Join |

| | | | |
|---|---|---|---|
| AR Glasses | Edison Awards | Intel Alumni Associat... | See 9 more |
| 6,408 members | 717 members | 20,657 members | |
| Join | Join | Join | |

## Following

### News

 Technology
16,140,872 followers
Follow

 Pulse
1,193,803 followers
Following

### Companies

 DeepGlint
Informa ion Technology and Services
Follow

 Alces Technology
Consumer Electronics
Follow

 A Company Srl
Computer Software
Follow

 Lambda Labs
Computer Software
Follow

 Magic Leap
Consumer Electronics
Follow

 Stanford University
Higher Education
Follow

 TechCrunch
Internet
Follow

See 4 more

### Schools

 University of Californ...
San Francisco Bay Area
Follow

 Boston University
Greater Boston Area
Follow

 Stanford University
San Francisco Bay Area
Following

---

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback