# EXHIBIT C



≡ Learning OpenCV, 1st Edition



All Books | Your Books | **This Book**



# Learning OpenCV

Table of Contents

Special Upgrade Offer

A Note Regarding Supplemental Files

Preface

    Purpose

        Who This Book Is For

        What This Book Is Not

    About the Programs in This Book

    Prerequisites

    How This Book Is Best Used

    Conventions Used in This Book

    Using Code Examples

    Safari® Books Online

    We'd Like to Hear from You

    Acknowledgments

        Thanks for Help on OpenCV

        Thanks for Help on the Book

        Gary Adds…

        Adrian Adds…

1. Overview

    What Is OpenCV?

    Who Uses OpenCV?



**Learning OpenCV, 1st Edition**

**By**: Gary Bradski, Adrian Kaehler

**Released**: October 2008

★★★☆☆ 3.5
**Read 4 Reviews**
Write a review

**Register Your Book**
**Download Example Code**
View/Submit Errata
Media Praise
Ask a Question
Bulk Discounts & Licensing

View/Submit Errata
Media Praise
Ask a Question
Bulk Discounts & Licensing

Gary Adds…
Adrian Adds…
1. Overview
What Is OpenCV?
Who Uses OpenCV?
What Is Computer Vision?
The Origin of OpenCV
Speeding Up OpenCV with IPP
Who Owns OpenCV?
Downloading and Installing OpenCV
Install
Windows
Linux
MacOS X
Getting the Latest OpenCV via CVS
More OpenCV Documentation
Documentation Available in HTML
Documentation via the Wiki
OpenCV Structure and Content
Portability
Exercises
2. Introduction to OpenCV
Getting Started
First Program—Display a Picture
Second Program—AVI Video
Moving Around
A Simple Transformation
A Not-So-Simple Transformation
Input from a Camera
Writing to an AVI File
Onward
Exercises
3. Getting to Know OpenCV
OpenCV Primitive Data Types

3. Getting to Know OpenCV
  OpenCV Primitive Data Types
    Matrix and Image Types
  CvMat Matrix Structure
    Accessing Data in Your Matrix
      The easy way
      The hard way
      The right way
    Arrays of Points
  IplImage Data Structure
    Accessing Image Data
    More on ROI and widthStep
  Matrix and Image Operators
    Matrix and Image Operators
      cvAbs, cvAbsDiff, and cvAbsDiffS
      cvAdd, cvAddS, cvAddWeighted, and alpha blending
      cvAnd and cvAndS
      cvAvg
      cvAvgSdv
      cvCalcCovarMatrix
      cvCmp and cvCmpS
      cvConvertScale
      cvConvertScaleAbs
      cvCopy
      cvCountNonZero
      cvCrossProduct
      cvCvtColor
      cvDet
      cvDiv
      cvDotProduct
      cvEigenVV
      cvFlip
      cvGEMM

cvGEMM
cvGetCol and cvGetCols
cvGetDiag
cvGetDims and cvGetDimSize
cvGetRow and cvGetRows
cvGetSize
cvGetSubRect
cvInRange and cvInRangeS
cvInvert
cvMahalanobis
cvMax and cvMaxS
cvMerge
cvMin and cvMinS
cvMinMaxLoc
cvMul
cvNot
cvNorm
cvNormalize
cvOr and cvOrS
cvReduce
cvRepeat
cvScale
cvSet and cvSetZero
cvSetIdentity
cvSolve
cvSplit
cvSub, cvSubS, and cvSubRS
cvSum
cvSVD
cvSVBkSb
cvTrace
cvTranspose and cvT
cvXor and cvXorS

cvXor and cvXorS
cvZero
Drawing Things
Lines
Circles and Ellipses
Polygons
Fonts and Text
Data Persistence
Integrated Performance Primitives
Verifying Installation
Summary
Exercises
4. HighGUI
A Portable Graphics Toolkit
Creating a Window
Loading an Image
Displaying Images
WaitKey
Mouse Events
Sliders, Trackbars, and Switches
No Buttons
Working with Video
Reading Video
Writing Video
ConvertImage
Exercises
5. Image Processing
Overview
Smoothing
Image Morphology
Dilation and Erosion
Making Your Own Kernel
More General Morphology
Opening and closing

            More General Morphology
                Opening and closing
                Morphological gradient
                Top Hat and Black Hat
        Flood Fill
        Resize
        Image Pyramids
        Threshold
            Adaptive Threshold
        Exercises
6. Image Transforms
        Overview
        Convolution
            Convolution Boundaries
        Gradients and Sobel Derivatives
            Scharr Filter
        Laplace
        Canny
        Hough Transforms
            Hough Line Transform
            Hough Circle Transform
        Remap
        Stretch, Shrink, Warp, and Rotate
            Affine Transform
                Dense affine transformations
                cvWarpAffine performance
                Computing the affine map matrix
                Sparse affine transformations
            Perspective Transform
                Dense perspective transform
                Computing the perspective map matrix
                Sparse perspective transformations
        CartToPolar and PolarToCart

CartToPolar and PolarToCart
LogPolar
Discrete Fourier Transform (DFT)
Spectrum Multiplication
Convolution and DFT
Discrete Cosine Transform (DCT)
Integral Images
Distance Transform
Histogram Equalization
Exercises
7. Histograms and Matching
Basic Histogram Data Structure
Accessing Histograms
Basic Manipulations with Histograms
Comparing Two Histograms
Correlation (method = CV_COMP_CORREL)
Chi-square (method = CV_COMP_CHISQR)
Intersection (method = CV_COMP_INTERSECT)
Bhattacharyya distance (method = CV_COMP_BHATTACHARYYA)
Histogram Usage Examples
Some More Complicated Stuff
Earth Mover's Distance
Back Projection
Patch-based back projection
Template Matching
Square difference matching method (method = CV_TM_SQDIFF)
Correlation matching methods (method = CV_TM_CCORR)
Correlation coefficient matching methods (method = CV_TM_CCOEFF)
Normalized methods
Exercises
8. Contours
Memory Storage
Sequences

Exercises
8. Contours
    Memory Storage
    Sequences
        Creating a Sequence
        Deleting a Sequence
        Direct Access to Sequence Elements
        Slices, Copying, and Moving Data
        Using a Sequence As a Stack
        Inserting and Removing Elements
        Sequence Block Size
        Sequence Readers and Sequence Writers
        Sequences and Arrays
    Contour Finding
        Contours Are Sequences
        Freeman Chain Codes
        Drawing Contours
        A Contour Example
    Another Contour Example
    More to Do with Contours
        Polygon Approximations
        Summary Characteristics
            Length
            Bounding boxes
            Enclosing circles and ellipses
        Geometry
    Matching Contours
        Moments
        More About Moments
        Matching with Hu Moments
        Hierarchical Matching
        Contour Convexity and Convexity Defects
        Pairwise Geometrical Histograms
Exercises

    Pairwise Geometrical Histograms
   Exercises
  9. Image Parts and Segmentation
   Parts and Segments
   Background Subtraction
    Weaknesses of Background Subtraction
    Scene Modeling
    A Slice of Pixels
    Frame Differencing
    Averaging Background Method
    Accumulating means, variances, and covariances
    Advanced Background Method
     Structures
     Learning the background
     Learning with moving foreground objects
     Background differencing: Finding foreground objects
     Using the codebook background model
     A few more thoughts on codebook models
    Connected Components for Foreground Cleanup
     A quick test
    Comparing Background Methods
   Watershed Algorithm
   Image Repair by Inpainting
   Mean-Shift Segmentation
   Delaunay Triangulation, Voronoi Tesselation
    Creating a Delaunay or Voronoi Subdivision
    Navigating Delaunay Subdivisions
     Walking on edges
     Points from edges
     Method 1: Use an external point to locate an edge or vertex
     Method 2: Step through a sequence of points or edges
     Identifying the bounding triangle or edges on the convex hull and walking the hull

Identifying the bounding triangle or edges on the convex hull and walking the hull
- Usage Examples
- Exercises
10. Tracking and Motion
- The Basics of Tracking
- Corner Finding
- Subpixel Corners
- Invariant Features
- Optical Flow
  - Lucas-Kanade Method
    - How Lucas-Kanade works
    - Lucas-Kanade code
    - Pyramid Lucas-Kanade code
  - Dense Tracking Techniques
    - Horn-Schunck method
    - Block matching method
- Mean-Shift and Camshift Tracking
  - Mean-Shift and Camshift Tracking
    - Mean-Shift
  - Camshift
- Motion Templates
- Estimators
  - The Kalman Filter
    - Some Kalman math
    - Systems with dynamics
    - Kalman equations
    - OpenCV and the Kalman filter
    - Kalman filter example code
  - A Brief Note on the Extended Kalman Filter
- The Condensation Algorithm
- Exercises
11. Camera Models and Calibration
- Camera Model

11. Camera Models and Calibration
	Camera Model
		Basic Projective Geometry
		Lens Distortions
	Calibration
		Rotation Matrix and Translation Vector
		Chessboards
			Subpixel corners
			Drawing chessboard corners
		Homography
		Camera Calibration
			How many chess corners for how many parameters?
			What's under the hood?
			Calibration function
			Computing extrinsics only
	Undistortion
	Putting Calibration All Together
	Rodrigues Transform
	Exercises
12. Projection and 3D Vision
	Projections
	Affine and Perspective Transformations
		Bird's-Eye View Transform Example
	POSIT: 3D Pose Estimation
	Stereo Imaging
		Triangulation
		Epipolar Geometry
		The Essential and Fundamental Matrices
			Essential matrix math
			Fundamental matrix math
			How OpenCV handles all of this
		Computing Epipolar Lines
		Stereo Calibration
		Stereo Rectification


Stereo Rectification
    Uncalibrated stereo rectification: Hartley's algorithm
    Calibrated stereo rectification: Bouguet's algorithm
        Rectification map
Stereo Correspondence
Stereo Calibration, Rectification, and Correspondence Code
Depth Maps from 3D Reprojection
Structure from Motion
Fitting Lines in Two and Three Dimensions
Exercises

13. Machine Learning
What Is Machine Learning
    Training and Test Set
    Supervised and Unsupervised Data
    Generative and Discriminative Models
    OpenCV ML Algorithms
    Using Machine Learning in Vision
    Variable Importance
    Diagnosing Machine Learning Problems
        Cross-validation, bootstrapping, ROC curves, and confusion matrices
Common Routines in the ML Library
    Training
    Prediction
    Controlling Training Iterations
Mahalanobis Distance
K-Means
    Problems and Solutions
    K-Means Code
Naïve/Normal Bayes Classifier
    Naïve/Normal Bayes Code
Binary Decision Trees
    Regression Impurity
    Classification Impurity

    Classification Impurity
     Entropy impurity
     Gini impurity
     Misclassification impurity
   Decision Tree Usage
    Training the tree
   Decision Tree Results
  Boosting
   AdaBoost
   Boosting Code
  Random Trees
   Random Tree Code
   Using Random Trees
  Face Detection or Haar Classifier
   Supervised Learning and Boosting Theory
    Boosting in the Haar cascade
   Viola-Jones Classifier Theory
    Works well on …
   Code for Detecting Faces
   Learning New Objects
  Other Machine Learning Algorithms
   Expectation Maximization
   K-Nearest Neighbors
   Multilayer Perceptron
   Support Vector Machine
  Exercises
14. OpenCV's Future
  Past and Future
  Directions
   Specific Items
  OpenCV for Artists
  Afterword
15. Bibliography

AdaBoost
Boosting Code
Random Trees
Random Tree Code
Using Random Trees
Face Detection or Haar Classifier
Supervised Learning and Boosting Theory
Boosting in the Haar cascade
Viola-Jones Classifier Theory
Works well on …
Code for Detecting Faces
Learning New Objects
Other Machine Learning Algorithms
Expectation Maximization
K-Nearest Neighbors
Multilayer Perceptron
Support Vector Machine
Exercises
14. OpenCV's Future
Past and Future
Directions
Specific Items
OpenCV for Artists
Afterword
15. Bibliography
Index
About the Authors
Colophon
Special Upgrade Offer
Copyright

© 2016, O'Reilly Media, Inc. • (707) 827-7019 • (800) 889-8969
All trademarks and registered trademarks appearing on oreilly.com are the property of their respective owners.