**DECLARATION OF DR. ADRIAN KAEHLER
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
(RULE 12(B)(6)); ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT
(RULE 12(E)); AND/OR MOTION FOR SUMMARY JUDGMENT (RULE 56) AS TO CLAIMS
1–4; MOTION FOR SUMMARY JUDGMENT AS TO CLAIMS 5–10**

# EXHIBIT E

REDACTED Version of Document Sought to be Sealed

**From:**
**To:**
**Cc:**
**Subject:**
**Date:**

---------- Forwarded message ----------
From: "Adrian Kaehler" <akaehler@magicleap.com>
Date: Apr 18, 2016 11:37
Subject: Re: Wrap up, Discussion, and Next Steps
To: "Rony Abovitz" <rabovitz@magicleap.com>
Cc: "Adrian Kaehler" <​​​​​​​​​​​​​​​​>

> Dear Rony,
>
> Done. I also added Laura to that mail, as I had previously opened a conversation with her on this topic at the end of last week.
>
> Warmest regards,
>
> -Adrian
>
>
>
>
> Adrian Kaehler
> VP, Special Projects
> Magic Leap, Inc.
> Email: akaehler@magicleap.com
> Cell:
>
> On Mon, Apr 18, 2016 at 4:39 AM, Rony Abovitz <rabovitz@magicleap.com> wrote:
>> Hi Adrian,
>>
>> The best way would be if you can resend the proposal in Word document form to Henk and myself. Henk runs HR so I will need to get into details with him on your proposal - then we can get back to you quickly.

R

On Mon, Apr 18, 2016 at 1:00 AM, Adrian Kaehler <akaehler@magicleap.com> wrote:

> Dear Rony,
>
>   Do you think you might find time to talk about this in the coming week?
>
> Warmest regards,
>
> -Adrian
>
>
>
> Adrian Kaehler
> VP, Special Projects
> Magic Leap, Inc.
> Email:  akaehler@magicleap.com
> Cell:  ▇▇▇▇▇▇▇▇▇▇
>
> On Wed, Apr 13, 2016 at 5:50 AM, Adrian Kaehler <akaehler@magicleap.com> wrote:
>
>> Dear Rony,
>>
>>   Appreciating that your schedule is surely quite busy, i would like to move this forward. What is the best time for you to talk?
>>
>> Warmest regards
>>
>> Adrian
>>
>> On Apr 10, 2016 15:46, "Adrian Kaehler" <akaehler@magicleap.com> wrote:
>>
>>> Dear Rony,
>>>
>>>  I am back home now and work tomorrow. Happy to talk whenever is convenient for you.
>>>
>>> Warmest regards,
>>>
>>> -Adrian
>>>
>>>
>>>
>>> Adrian Kaehler
>>> VP, Special Projects
>>> Magic Leap, Inc.
>>> Email:  akaehler@magicleap.com

Cell: ███████

On Thu, Apr 7, 2016 at 9:15 AM, Adrian Kaehler <akaehler@magicleap.com> wrote:

> Dear Rony,
>
> That sounds good. I'll be back to civilization, and the Internet, on Monday.
>
> Warmest regards,
>
> Adrian
>
> On Apr 5, 2016 12:39, "Rony Abovitz" <rabovitz@magicleap.com> wrote:
>> lets discuss....
>>
>> On Tue, Apr 5, 2016 at 1:50 PM, Adrian Kaehler <akaehler@magicleap.com> wrote:
>>> <CONFIDENTIAL, FOR DISCUSSION PURPOSES>
>>>
>>>
>>> Dear Rony,
>>>
>>>
>>> It has been two and a half years since I joined you and the team at Magic Leap. What has been accomplished is amazing and I am proud to have been part of it. We brought the company from its most humble beginnings on Sterling Avenue to a world scale enterprise that is the envy of the high technology start up world. Along the way, there were some great times, many midnight flights across the country, and many epic challenges to be overcome.
>>>
>>> Though there is clearly much great work yet to be done, it is also clear to me that the sort of challenges that I need in order to continue to grow are not part of that picture. I think that you feel this too. We have had very few interactions since 2014. Though it was an explicit agreement that I report directly to you when I was hired, I was transferred to reporting to Gary within weeks. ███████████████████████████████████████████████████████████████████████████. I have been very interested in ways to contribute to the company and the product, and I believe still that the work we began on building a model for ███████████████████ in the virtual world will contribute greatly to the ultimate success of the company. ██████████████████████████████████████████████. Though I have worked on this task for the last 18 months, it has been without a single team member of what was once envisioned, and indeed agreed, to be dozens at the least. For me, team building and technical and organizational leadership are the keys to the scale of challenge that I need in order to feel that I am growing

my skills and my capacity. Though I joined Magic Leap with the understanding that these would be the central areas of my activity, I now have the vehicles to do none of those things.

Moving forward, I would like to remain part of the Magic Leap family. I have made many friends here and still passionately would like to see you, them, and the company succeed. I would like to be able to tell the world that my time at the company was excellent, and that I was treated well throughout, as well as after, and that I was given every opportunity to participate in the great value that I helped to create. Though I do not know precisely what my next great challenge will be, I do not have interest in any competing field nor any employer competing with Magic Leap. If you are agreeable therefore, I am interested in exiting my role as a full time employee of the company and instead becoming a technical adviser to the company. I would like to use this position to continue to contribute to the success of Magic Leap, transfer my knowledge in ▇▇▇▇ and other domains, and help to progress the almost 60 patents I have submitted that are currently in various states of filing.

Of course, I am available to discuss any details with you. I would like to see us move on to the next phase under the very best possible terms.

Warmest regards,

Adrian

Adrian Kaehler
VP, Special Projects
Magic Leap, Inc.
Email: akaehler@magicleap.com
Cell: ▇▇▇▇

--

Rony Abovitz
President & CEO
Magic Leap, Inc.
email: rabovitz@magicleap.com

"a new operating system for reality(™)"

--

Rony Abovitz
President & CEO
Magic Leap, Inc.
email: <u>rabovitz@magicleap.com</u>

"a new operating system for reality(™)"