1  PAUL J. ANDRE (State Bar No. 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kramerlevin.com
3  KRAMER LEVIN NAFTALIS & FRANKEL LLP
   990 Marsh Road
4  Menlo Park, CA 94025
   Telephone: (650) 752-1700
5  Facsimile: (650) 752-1800

6  AARON FRANKEL (appearance *pro hac vice*)
   afrankel@kramerlevin.com
7  KRAMER LEVIN NAFTALIS & FRANKEL LLP
   1177 Avenue of the Americas
8  New York, NY 10036
   Telephone: (212) 715-7793
9

10 *Attorneys for Plaintiff*
   MAGIC LEAP, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, Robotics Actual, Inc., a Delaware Corporation, and OpenCV.ai, Inc., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**DECLARATION OF YANNICK PELLET IN SUPPORT OF MAGIC LEAP, INC.'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE AT LEAST THE STATE LAW CLAIMS 3-10 OF PLAINTIFF'S COMPLAINT AND FIRST AMENDED COMPLAINT**<br><br>Date:    October 12, 2016<br>Time:    1:00 p.m.<br>Dept.:   Courtroom 7, 4th Floor<br>Judge:   Nathanael M. Cousins |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Yannick Pellet, do declare and state as follows:

1. I am the Senior Vice President of Software Engineering of Plaintiff Magic Leap, Inc. ("Magic Leap"). I have personal knowledge of the facts stated herein and can testify competently to those facts.

2. The work being done and being discussed while Dr. Bradski and Kaehler were employees at Magic Leap included deep learning technologies. Specifically, in Magic Leap's Mountain View office, part of the roadmap was using reinforcement learning with deep learning. The discussions included how Magic Leap's technologies, including deep learning could be applied in the many different industries.

3. ███████████████████████████████████████████████████████████ This is just an example of the breadth of the proprietary technologies that Magic Leap has been developing in its Mountain View office. ███████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 30, 2016, in Dania Beach, California.

*/s/ Yannick Pellet*
Yannick Pellet

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka

1

DECLARATION OF YANNICK PELLET ISO MAGIC LEAP'S     CASE NO.: 5:16-cv-02852-NC
OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE