1  PAUL J. ANDRE (State Bar No. 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kramerlevin.com
3  KRAMER LEVIN NAFTALIS & FRANKEL LLP
   990 Marsh Road
4  Menlo Park, CA 94025
   Telephone: (650) 752-1700
5  Facsimile: (650) 752-1800

6  AARON FRANKEL (appearance *pro hac vice*)
   afrankel@kramerlevin.com
7  KRAMER LEVIN NAFTALIS & FRANKEL LLP
   1177 Avenue of the Americas
8  New York, NY 10036
   Telephone: (212) 715-7793

9  *Attorneys for Plaintiff*
   MAGIC LEAP, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, Robotics Actual, Inc., a Delaware Corporation, and OpenCV.ai, Inc., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**DECLARATION OF HENDRIK VLIETSTRA IN SUPPORT OF MAGIC LEAP, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SANCTIONS OF DISMISSAL AND AN AWARD OF ATTORNEYS' FEES FOR COSTS**<br><br>Date: October 12, 2016<br>Time: 1:00 p.m.<br>Dept.: Courtroom 7, 4th Floor<br>Judge: Nathanael M. Cousins |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Hendrik Vlietstra, do declare and state as follows:

1. I am the Senior Vice President and Executive Officer of Plaintiff Magic Leap, Inc. ("Magic Leap"). I have personal knowledge of the facts stated herein and can testify competently to those facts.

2. Magic Leap hired Dr. Bradski on September 9, 2013 as Vice President of Advanced Perception and Intelligence. At Dr. Bradski's recommendation, Magic Leap hired Dr. Kaehler as Vice President of Technology Solutions. During their employment, Drs. Bradski and Kaehler had access to Magic Leap's proprietary technology and projects. Dr. Bradski was entrusted with leading the company's Mountain View facility, which had grown to approximately 100 employees by the time Dr. Bradski left the company. Dr. Bradski was specifically involved in recruiting engineering talent for the Mountain View office, including engineers to work on Magic Leap's proprietary deep learning technologies.

3. Magic Leap takes extensive measures to secure and protect its intellectual property and state-of-the-art confidential proprietary technologies. Magic Leap requires its employees to assign to Magic Leap all ownership rights to technologies on which they work or develop during the course of their employment and to enter into stringent confidentiality agreements. Magic Leap has maintained other technologies, such as its source code and technology not yet disclosed in published patent applications, as highly confidential company information and trade secrets.

4. Neither Dr. Bradski nor Dr. Kaehler disclosed to Magic Leap any projects relating to a new robotics venture that was being incubated since 2008. To the best of my knowledge, they did not disclose to Magic Leap any ongoing consulting work in the field of deep learning. Given my position within Magic Leap, which includes oversight of Human Resources, I would be included in these disclosures.

5. Until May 19th, 2016, Dr. Bradski had access to Magic Leap's facilities and email.

6. Until May 20th, 2016, Dr. Kaehler had access to Magic Leap's facilities and email.

7. Magic Leap ████████████████████████████████████ and had to counter attempts to recruit them away before Magic Leap

1

DECLARATION OF HENDRIK VLIETSTRA ISO MAGIC LEAP'S   CASE NO.: 5:16-cv-02852-NC
OPPOSITION TO DEFS' MOTIONS FOR SANCTIONS

terminated Drs. Bradski and Kaehler on May 26, 2016. I was informed that Dr. Bradski attempted to recruit Mountain View employees to join his new ventures, including a company that he founded with Dr. Kaehler. ▮▮▮▮▮ was an engineer who worked on Magic Leap's deep learning technology while Drs. Bradski and Kaehler were employed at Magic Leap.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 29, 2016, in Dania Beach, Florida.

                                            *Henk Vlietstra*
                                            _____
                                            Hendrik Vlietstra

## **ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                            */s/ Lisa Kobialka*
                                            Lisa Kobialka

2

DECLARATION OF HENDRIK VLIETSTRA ISO MAGIC LEAP'S OPPOSITION TO DEFS' MOTIONS FOR SANCTIONS    CASE NO.: 5:16-cv-02852-NC