PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, Robotics Actual, Inc., a Delaware Corporation, and OpenCV.ai, Inc., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**DECLARATION OF RONY ABOVITZ IN SUPPORT OF MAGIC LEAP, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SANCTIONS OF DISMISSAL AND AN AWARD OF ATTORNEYS' FEES FOR COSTS**<br><br>Date:    October 12, 2016<br>Time:    1:00 p.m.<br>Dept.:   Courtroom 7, 4th Floor<br>Judge:   Nathanael M. Cousins |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

---

I, Rony Abovitz, do declare and state as follows:

1. I am the CEO of Plaintiff Magic Leap, Inc. ("Magic Leap"). I have personal knowledge of the facts stated herein and can testify competently to those facts.

2. Magic Leap employs talented engineers and scientists to help in its ongoing research and development efforts into cutting edge technology. Any theft of Magic Leap's technology or delays in bringing its technology to market could have substantial financial consequences for Magic Leap.

3. Magic Leap is heavily involved in developing deep learning and computer vision technology, which is core to its current and anticipated future ventures, and is part of the company's trade secrets. Computer vision and machine/deep learning/AI is a critical technology in the robotics field. Just as Magic Leap's system must be able to process the real-world view the user is seeing, robots must be able to process and understand the images their sensors provide of the world around them.

4. Dr. Bradski was primarily hired by Magic Leap as a thought leader and innovator in all things computer vision & AI/learning/adaptive software. In late 2015, Dr. Bradski was chosen to head Magic Leap's special projects called "N+1 Advanced Technology & Technical IP Development," including Magic Leap's N+1 Deep Learning and Perception initiatives. Magic Leap's N+1 projects look to "invent the future," by developing the future applications of Magic Leap's technology, including developing ways to broadly apply Magic Leap's technology across any and all areas where all, or part of Magic Leap's technology stack could grow our business, including robotics. I did not limit Gary's explorations. I encouraged and fostered and funded many ideas that he proposed, including building a deep learning/AI team, understanding that it had very wide applications and future impact.

5. Robotics technology, AI/machine/learning/deep learning and automation are an important part of Magic Leap's current and future technology pathway and partnership. I have a background in robotics, as my former company, MAKO Surgical, Corp., developed robots for use in surgery for which computer vision and AI technology was also crucially important. Magic Leap had planned for several years to combine robotics with the technologies that it was developing. I

1

DECLARATION OF RONY ABOVITZ ISO MAGIC LEAP'S         CASE NO.: 5:16-cv-02852-NC
OPPOSITION TO DEFS' MOTIONS FOR SANCTIONS

1  specifically discussed with Dr. Bradski the applicability of Magic Leap's research and development
2  technology to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Between Gary's background from Willow Garage (robotics, machine vision) and
4  the Stanford self-driving car, plus my own background in robotics for surgery, there was a collective
5  capability to understand many aspects of how all or part of computer vision, automation, and robotics
6  (broadly) could be utilized with our technology platform.  It is key to note that Magic Leap is just
7  beginning as a company, and we see the combination of our mixed reality, contextual, machine-vision
8  based computing as being highly relevant to many portions of human life, including the home,
9  entertainment, ▓▓▓▓▓▓▓ industry, education, etc.
10         6.      Magic Leap is completing its manufacturing plant for its anticipated products.  The
11 manufacturing plant's production line will be ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ As part of Magic Leap's recruiting pitch to Dr. Bradski, I
13 told him that future applications of Magic Leap's technology would include ▓▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Magic Leap flew Dr. Bradski earlier this year to tour our manufacturing
18 facility.
19         7.      As part of its business development activities, Magic Leap has had various meetings
20 with potential partners ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ As
22 one example, one medical device company reached out to Magic Leap in early 2016 to discuss such a
23 project – ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24         8.      Magic Leap also regularly discussed with investors the broad potential use of its
25 technology and products in consumer, home, healthcare, industrial, military and aerospace
26 applications, including in combination with automation and robotics.
27
28
                                                   2
DECLARATION OF RONY ABOVITZ ISO MAGIC LEAP'S           CASE NO.: 5:16-cv-02852-NC
OPPOSITION TO DEFS' MOTIONS FOR SANCTIONS

9. Magic Leap hired contractors from ▮▮▮▮▮▮▮▮ a group of skilled engineers who Magic Leap understands that Dr. Bradski worked with before and were hired at Dr. Bradski's recommendation. Specifically, Dr. Bradski requested that Magic Leap hire multiple teams of ▮▮ engineers to perform software programming projects for Magic Leap.

10. In the spring of 2016, I had an in-person meeting with Dr. Bradski, discussing his future with Magic Leap. I emphasized the key value of our advanced technology program and explored many avenues to allow Dr. Bradski to fulfill his technical and creative ambitions. During this and related conversations, Dr. Bradski did not tell me what his future plans were going to be, and led me to believe that he was excited about being at Magic Leap, especially if I could create a wider scale research program (which Magic Leap continued to support and fund). I had another follow up discussion with Dr. Bradski in which he told me that he intended to hire Magic Leap engineers to work at a new company he was founding. At that time, I did not tell Dr. Bradski that it would be fine for him to do so. I listened to his plans and proposal and wanted to do more research as to what he wanted to do, and what was really going on. After this conversation, I directed members of the Magic Leap team to do some diligence on Dr. Bradski's activities while he was a Magic Leap employee and was surprised and disappointed to discover Drs. Bradski and Mr. Kaehle had been (a) working on a competing company for over a year while they continued to be Magic Leap employees; (b) actively soliciting Magic Leap employees and investors to be part of their new company; and (c) using Magic Leap resources to support their new company.

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on August 29, 2016, in Dania Beach, Florida.

*DocuSigned by:*
*Rony Abovitz*

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

           */s/ Lisa Kobialka*
           Lisa Kobialka