PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

*Attorneys for Plaintiff*
MAGIC LEAP, INC.


# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, Robotics Actual, Inc., a Delaware Corporation, and OpenCV.ai, Inc., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**DECLARATION OF PAUL GRECO IN SUPPORT OF MAGIC LEAP, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SANCTIONS OF DISMISSAL AND AN AWARD OF ATTORNEYS' FEES FOR COSTS**<br><br>Date:      October 12, 2016<br>Time:     1:00 p.m.<br>Dept.:    Courtroom 7, 4th Floor<br>Judge:   Nathanael M. Cousins |


### REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

I, Paul Greco, do declare and state as follows:

     1.    I am the Senior Vice President Hardware Engineering and Programs of Plaintiff Magic Leap, Inc. ("Magic Leap"). I have personal knowledge of the facts stated herein and can testify competently to those facts.

     2.    I, along with other senior officers of Magic Leap, recruited Dr. Bradski to Magic Leap. Part of the pitch to Dr. Bradski to join Magic Leap was to assist in our plans to develop future applications of Magic Leap's technology. We discussed with Dr. Bradski that such planned applications would include applying and developing technology that could be used in many different fields and areas. One area that we discussed was ██████████████████████████ ███████████

     3.    Magic Leap's Plantation facility has production clean rooms ██████████ ███████████████████████ Dr. Bradski was aware of the plans for Magic Leap to █████████████████████████████ and had access to them when he was working at Magic Leap.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 29, 2016, in Dania Beach, California.

DocuSigned by:

*Paul Greco*

DD1934128C0E4C8...

Paul Greco

## ATTESTATION PURSUANT TO L.R. 5-1(I)

     In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka

DECLARATION OF PAUL GRECO ISO MAGIC LEAP'S      CASE NO.: 5:16-cv-02852-NC
OPPOSITION TO DEFS' MOTIONS FOR SANCTIONS