PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, Robotics Actual, Inc., a Delaware Corporation, and OpenCV.ai, Inc., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**DECLARATION OF SCOTT HENRY IN SUPPORT OF MAGIC LEAP, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SANCTIONS OF DISMISSAL AND AN AWARD OF ATTORNEYS' FEES FOR COSTS**<br><br>Date:        October 12, 2016<br>Time:       1:00 p.m.<br>Dept.:       Courtroom 7, 4th Floor<br>Judge:      Nathanael M. Cousins |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

---

DECLARATION OF SCOTT HENRY ISO MAGIC LEAP'S          CASE NO.: 5:16-cv-02852-NC
OPPOSITION TO DEFS' MOTIONS FOR SANCTIONS

I, Scott Henry, do declare and state as follows:

1. I am the Chief Financial Officer of Plaintiff Magic Leap, Inc. ("Magic Leap"). I have personal knowledge of the facts stated herein and can testify competently to those facts.

2. Magic Leap has paid ███████████ dollars for its contracting engineering services.

3. After ███████████████ it terminated the projects it was working on for Magic Leap. ████████████████████████████████████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 26, 2016, in Los Angeles, California.

SCOTT HENRY

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka