# EXHIBIT 1



# News Release

## MAGIC LEAP, INC. RAISES MORE THAN $50 MILLION TO DEVELOP CINEMATIC REALITY™

**Hollywood, Florida February 5, 2014 -** Magic Leap, Inc., a developer of novel human computing interfaces and software, announced today the recent closing of its A round of venture capital. Magic Leap has now raised more than $50 million in its series seed and A rounds to develop its proprietary technology platform.

Magic Leap will use the funds to advance the product development and commercialization of its proprietary human computing interface technology, known as Cinematic Reality™.

"Magic Leap's mission is to develop and commercialize what we believe will be the most natural and human-friendly wearable computing interface in the world. What is remarkable is how well the human body and mind respond when technology respects biology, so truly magical experiences become possible. In this new world of the intimate relationship between computing and human sensory systems, Magic Leap is bending its proprietary technology to meet the very human needs of our future users and co-creators," said Rony Abovitz, President, CEO & Founder of Magic Leap, Inc. "Our technology exists to unlock the creative spark found in all of us."

Prior to starting Magic Leap, Inc., Mr. Abovitz was the co-founder and head of development and technology for MAKO Surgical (NASDAQ: MAKO) the world leader in human-interactive robotics for orthopedic surgery. The company was recently acquired by Stryker Corp. (NYSE:SYK) for $1.65 billion in December, 2013.

"What Rony and the Magic Leap team have created is nothing short of remarkable and will forever change the way we interact with images and information. The wearable technology they have developed is revolutionary in its ability to create amazingly immersive and fantastical experiences. This goal alone would be a Herculean endeavor for any development group, but the fact that the Magic Leap team is driven by the mantra of also delivering devices that complement human physiology is extraordinary," said Richard Taylor, Magic Leap Board of Directors' member and Co-founder of Weta Workshop. "We are now at the threshold of giving people a dynamic image interface that harmonizes with their senses in a completely natural way. As a storyteller and as a person that loves creating and sharing imaginative worlds, it's a very exciting time. The Magic Leap team has created something truly game changing. It is like a rocket ship for the mind."

## ABOUT MAGIC LEAP, INC.

Magic Leap, Inc. was founded in 2011 by Rony Abovitz, a few wizards, and inspired friendship from Sir Richard Taylor, co-founder of Weta Workshop. To learn more, please visit www.magicleap.com



**MEDIA CONTACTS:**

Andy Fouché
Head of PR, Magic Leap
afouche@magicleap.com

# EXHIBIT 2

# Everything we know so far about the mysterious tech

And what we still don't know



Wednesday
July 13, 2016

Magic Leap is the most exciting thing in AR right now and we still don't know exactly how it works. Or when it's coming. Or what it looks like.

And yes, more exciting than Microsoft HoloLens (with its small field of view), more exciting than Google Glass 2 (with its enterprise focus). Now that Oculus and Vive have arrived, and the hype around VR is turning into the more mundane fare of people actually using the headsets, the attention around Magic Leap is only set to increase throughout 2016.

Here's everything that Magic Leap has confirmed so far with a few juicy rumours thrown in since the Florida startup is still being pretty damn secretive.

## What is Magic Leap?





*Shot through Magic Leap technology*

Magic Leap, the secretive startup, is developing what its CEO, Rony Abovitz, refers to as Mixed Reality Lightfield. Like Google Glass and HoloLens, it overlays digital 3D graphics onto your view of the real world via some kind of headset with transparent lenses or smartglasses.

To those outside Magic Leap/Microsoft, the easiest way to describe this is next gen augmented reality. The companies themselves are using the term mixed reality (MR) to signify that this tech combines AR and VR and places 3D virtual elements in real environments. We'll see which one really catches on before coming down either side.

We now know that it does this using its 'photonic lightfield chip' which Abovitz doesn't want people to refer to as a lens though it seems this is what users will see through. As far as we know so far, it projects virtual images onto the user's retinas which has been described as a "digital lightfield signal" by the company's CEO. We don't know exactly how light is beamed around the device and into the wearer's eyes and how this will trick our brains - this, for now, is Magic Leap's secret sauce.

A lightfield can capture not only every beam of light hitting our eyes but also the direction each one is travelling in and the amount of light travelling through every point in a space. This allows VR, AR and MR researchers and engineers to give virtual animations, objects and characters a sense of depth. Abovitz claims that its technology is better for our bodies - eyes, brains - than VR as it respects how we see and process the world.

As for what the device(s) will be called, Magic Leap filed for a [trademark](#) for 'Sensoryware' in March 2013, a name which definitely fits with Abovitz's language so far.

## What will it look like?

*Shot through Magic Leap technology*
This is one thing we *really* don't know yet. [Few journalists have tried Magic Leap](#) and none have been allowed to take photos of them wearing prototype kit. The wearable itself has been referred to as a "headset", "spectacles" and "goggles".

We also don't know how it will be controlled yet - voice, controllers, buttons - though the videos show that gaze is used to hover over, if not select, menu items and it looks like the tech can recognise the player's hands. Will it be wired or wireless? Also too soon to tell.

Google is one of Magic Leap's investors so there's a chance that Google wants future Glass editions to use Magic Leap's lightfield chip/lens. Or we could be looking at more of a HoloLens-style helmet with, hopefully, a larger field of view for the virtual elements than Microsoft's first gen device.

## What apps and games can we use with it?



With WETA Workshop effects

Thanks to Magic Leap's video teasers, we've got a good idea of the kinds of things it wants us to use its tech for in the future. Abovitz has called it "an operating system for reality". So far, the apps fall into a couple of groups - productivity/education/everyday essentials and games.

So on the one hand, the vids show users opening up emails, buying shoes and brushing up on their mountain climbing history. And on the other, there's AR games that take over the office and CG animated jellyfish floating above the wearer's head.

Magic Leap also has some high profile friends in the form of WETA Workshop and Peter Jackson. WETA is building a virtual world for Magic Leap. It's called *Dr. Grordborts* and features ray guns. And the *Lord of the Rings* director is working on something for the platform, though we don't know whether that's *Grordborts* or another project.

The WETA project is confirmed but one tantalising rumour is that Steven Spielberg's *Ready Player One* adaptation will, in some way, include something for Magic Leap.

Warner Bros is an early investor so we could look forward to something from the studio in due course. One more thing detailed in patents is Digital Live Artists and Digital Music Venue apps - beaming musicians into your living room for a private AR gig and placing you (and friends) into a concert environment.

Lucasfilm is another company that's joined the Magic Leap fold. Specifically, the ILMxLab will be [partnering with the company](#) to create *Star Wars* experiences. We've already played with an [HTC Vive](#) experience [made by xLab](#) and were duly impressed so we can't wait to see what Magic Leap Star Wars will be like.

## Who is behind it?

You might have seen [Rony Abovitz' incredible, bonkers TEDx Talk](#) from way back in 2013. Before he founded Magic Leap, which is now based in Dania Beach, Florida, Abovitz co-founded a company called MAKO Surgical Corp which made surgical robotic arms and was sold for $1.65 billion in 2013. He is the best kind of eccentric entrepreneur, at least in terms of his public persona.

He blogs. Plays in an indie rock band. [Drew quirky cartoons](#) in his university newspaper. And describes his technology in poetic language like "a living river of light sculpture" and "the part without atoms" instead of releasing specs and features. His Twitter bio simply says: "This is me - friend of people, animals and robots."

Then there's the investors. Magic Leap raised around half a billion dollars in 2014 initially then added $794 million to that total to make $1.4 billion. Investors so far include Google, Qualcomm, Warner Bros and Alibaba.

Abovitz [recently announced](#) a partnership between Magic Leap and Twilio with plans to add its software, which lets app developers tack on phone calls or text messaging, to the Leap system.

In keeping with the usual air of mystery around Magic Leap, there's also a new program from the company letting 10 outside developers work with Magic Leap devices but the timeframe was undisclosed and details were sparse. "We'll build a 'Hello world, this is how you do stuff,'" said Abovitz, "and then you guys build something with us and be amongst the first people in the world to get your hands on what we're doing and make really cool things."

## When is Magic Leap actually launching?



Your guess is as good as ours but the latest rumour comes from VRWorld which says it has 'discovered' that the first planned tech demo is set for the end of 2016 with an official unveil at CES 2017 in Las Vegas.

Now, take that info with a pinch of salt of course. But that timeline does seem realistic considering that Magic Leap let Wired around its HQ and is stepping up its demo video game.

Plus back in February 2016, Abovitz posted this update: "We are setting up supply chain operations, manufacturing - many whirligigs and test machines and gizmos abound these days. Engineers move about our spaces with a sense of urgency. Intense debates about every form of science and art you can imagine float about. Plans have been made. Program and production managers track progress. Coders are coding."

Most recently, at a Fortune conference in Aspen, Colorado, Abovitz said the team is currently debugging the production line. While it sounds promising he was still cagey about an actual release.

That still leaves CES as a potential date to try out the final tech if it's ready for January 2017.

## How much will it cost?

No clue. We're crossing our fingers for a sub-HoloLens price as the dev kit of that - very impressive - AR helmet costs $3,000.

*Are you excited about Magic Leap? What are you most itching to find out - price? Release date? How it works? Let us know in the comments.*

# EXHIBIT 3



# 17 results for "Assignee name: "magic leap""

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 039294/0990 | Jul 28, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20150222883 | 1 |
| 039274/0779 | Jul 26, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20150222884 | 1 |
| 038738/0648 | Mar 27, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20150103306 | 1 |
| 037937/0600 | Mar 7, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | 9310559 | 20140003762 | 1 |
| 037787/0502 | Feb 21, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | D758367 |  | 1 |
| 038762/0978 | Jan 21, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20160219269 | 1 |
| 038783/0911 | Jan 5, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20150309263 | 1 |

| Reel/Frame | Date | Conveyance | Assignee | Patent # | Application # | # |
|---|---|---|---|---|---|---|
| 037490/0568 | Sep 28, 2015 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20160116739 | 1 |
| 036352/0989 | Aug 3, 2015 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20150346495 | 1 |
| 036292/0626 | Jul 29, 2015 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20150346490 | 1 |
| 035878/0521 | May 31, 2015 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | 9389424 | | 1 |
| 033662/0383 | Aug 27, 2014 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20150268415 | 1 |
| 031954/0036 | Dec 7, 2013 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20130082922 | 1 |
| 030698/0215 | Jun 16, 2013 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP INC. | 9348143 | 20120162549 | 3 |
| 029971/0693 | Feb 20, 2013 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | 8950867 | 20130128230 | 1 |
| 029659/0012 | Dec 23, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | 9215293 | 20130117377 | 1 |

| 029051/0935 | Sep 24, 2012 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | MAGIC LEAP, INC. | NONE | 20130125027 | 1 |