# EXHIBIT 5

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Gary Bradski <gbradski@magicleap.com>

---

## Deep learning people

---

**Gary Bradski** <gbradski@magicleap.com>　　　　　　　　　　　　Thu, Jan 1, 2015 at 12:28 PM
To: Rony Abovitz <rabovitz@magicleap.com>
Cc: Tiffany Kong <tkong@magicleap.com>, Denver Dash <ddash@magicleap.com>, Henk Vlietstra <hvlietstra@magicleap.com>

Rony

EXEC SUMMARY:
Until we get a local critical mass, can we relocate deep learning people to Mountain View? In particular, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ to Silicon Valley due to ▬▬▬▬▬▬▬▬▬ here.

WHY DEEP LEARNING:
I've taken the initiative to get Magic Leap to state of the art in an area called Deep Learning (a new Neural Network technique). It is showing astounding advances across multiple areas: object recognition, speech recognition, energy use prediction, medical data analysis, robotic control (this is what all the speech recognition systems are now using, including Andrew Ng at Baidu recently besting all the speech recognition scores with a system that is entirely learned, no human designed pre-processing at all).

Of our 7 priorities: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

and our 4 other areas:
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
it could impact or replace up to 10 of the 11.

Because all the other companies who know anything, know this, deep learning people of any stature are very hard to get. We need people who know how to construct the learning algorithm, the network architecture and make it all run fast algorithmically and in hardware.

ON DECK:
We have 2 main guys from ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

We now also have ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

PROBLEM:
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ In any case, my grad school background is in Neural Networks and I am making this my personal specialty area again, reading all the literature in my spare moments (13 papers and 7 lectures this vacation alone). So, I want the core team to be local to me until we get critical mass.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ can we relocate him to Mountain View?

Gary