# EXHIBIT 6

Need some N+1 narrative for the Operating Plan

**Rony Abovitz** to Brian, me, David                                           11/25/15

## N+1 Advanced Technology & Technical IP Development – *Inventing The Future*

N+1 (a step beyond the critical path of Magic Leap One) teams exist in Magic Leap to maintain Magic Leap's creative and innovative edge. Output includes new filed patents with significant portfolio value (inventing the future), working code and prototypes, trade secrets, scientific publications (following Magic Leap's IP and PR processes), scientific talks, and overall thought leadership within our fields of light-field technology, capture, sensing, intelligence, and CR applications/experiences.

*I need narratives & MBO updates from each person*

**Gary Bradski,**

**N+1 Perception & Deep Learning**

**Brian Schowengerdt**

**N+1 Photonics**

**Neal Stephenson**

**N+1 SCEU**

**David Lundmark**

**N+1 Technical IP Development**

**Key MBOs (Jan-2016 Dec 2017)**

1 –

2-

3-

4-

5-

...

# EXHIBIT 7

Mobile

# Apple Lags Behind Google and Facebook on AI

When it comes to exploring the latest machine-learning techniques, Apple seems hampered by its secrecy and product focus.

by Will Knight    August 24, 2016

**Apple wants you to know that Siri is no dunderhead.**

The normally secretive tech giant lifted the lid on its artificial intelligence efforts by inviting the writer Steven Levy to its headquarters to hear it crow about all the products and services that are benefiting from various machine-learning techniques, especially deep learning.

The resulting article, published on Levy's site, Backchannel, paints a picture of a company keen to boast about its AI chops. It's certainly interesting to hear about how deep learning is being used to improve Siri's hearing, voice, and natural language; and how machine learning is helping to make other Apple products smarter. But it's also hard not to notice that the company is starting to lag behind some of its competitors.

For example, Levy's piece explains that deep learning significantly boosted Siri's voice recognition in 2014, but this is a couple of years after Google introduced the technology to Android. There's also little mention of research on emerging and fundamental new areas of AI, such as reinforcement learning or unsupervised learning. Compare this to the stream of new AI research emerging from prominent researchers at Google DeepMind and Facebook.





Apple may be exploiting machine learning in lots of interesting ways, but it risks falling even further behind if it can't attract top talent. There are already signs that the company's cult of secrecy and focus on product refinement may be a turnoff for some AI experts. Most rising stars of the field would rather not disappear inside a tech behemoth while their peers grab all the glory by publishing in top scientific journals and speaking at major conferences.



Perhaps, though, this is about to change. Levy's article mentions that Apple has given researchers working on differential privacy—a way to learn from data without compromising privacy—permission to publish research that makes a fundamental contribution to the field. Apple might never become as open as Google or Facebook about what it's working on, but the company should consider letting other researchers publish their work if it doesn't want Siri to miss out on the advances happening at other big companies.

(Read more: *Backchannel*, "10 Breakthrough Technologies 2013: Deep Learning," "This Supercomputer Will Try to Find Intelligence on Reddit," "The Missing Link of Artificial Intelligence," *Bloomberg Businessweek*)

# Gain the insight you need on AI at EmTech MIT.
## Register today →

# Mobile

How ubiquitous information and communication are transforming our lives.

## 01 The Best of the Physics arXiv (week ending September 3, 2016)

This week's most thought-provoking papers from the Physics arXiv.

by Emerging Technology from the arXiv

## 02 A Eulogy for Google's Project Ara, a Phone That Should Have Been

Google's skunkworks made a path-breaking phone whose hardware was customizable, but it never got off the ground.

by Michael Reilly



## 03 Commuter Rail Workers in Boston Are About to Get Bionic Eyes

Smart glasses for field mechanics will use augmented reality to improve train efficiency and reduce costs.

by Elizabeth Woyke



**More from Mobile** ⟶

# EXHIBIT 8



US 20160232444A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2016/0232444 A1
Fan et al. (43) Pub. Date: Aug. 11, 2016

(54) **SCORING TYPE COERCION FOR QUESTION ANSWERING**

(71) Applicant: **International Business Machines Corporation**, Armonk, NY (US)

(72) Inventors: **James J. Fan**, Mountain Lakes, NJ (US); **James W. Murdock, IV**, Millwood, NY (US); **Chang Wang**, White Plains, NY (US)

(21) Appl. No.: **14/657,008**

(22) Filed: **Mar. 13, 2015**

**Related U.S. Application Data**

(63) Continuation of application No. 14/614,449, filed on Feb. 5, 2015.

**Publication Classification**

(51) Int. Cl.
 *G06N 3/08* (2006.01)
 *G06N 3/04* (2006.01)
(52) U.S. Cl.
 CPC ... *G06N 3/08* (2013.01); *G06N 3/04* (2013.01)

(57) **ABSTRACT**

According to an aspect, type coercion scoring includes generating features from an information source, grouping the features based on type coercion between corresponding features, and creating a deep learning model for generating concepts from the grouped features, the deep learning model implemented by a multi-layered neural network. A further aspect includes training the deep learning model with labeled and unlabeled data; extracting, from the trained model, concepts determined to have type coercion with respect to each other; and creating a type coercion model from the extracted concepts and from type coercion ground truth.





FIG. 1



FIG. 2



FIG. 3B

300B

Deep Neural Network



FIG. 3A

300A

Convolutional Neural Network



FIG. 4



FIG. 5



FIG. 6

# SCORING TYPE COERCION FOR QUESTION ANSWERING

## DOMESTIC PRIORITY

[0001] This application is a continuation of U.S. patent application Ser. No. 14/614,449, filed Feb. 5, 2015, the content of which is incorporated by reference herein in its entirety.

## BACKGROUND

[0002] The present disclosure relates generally to question answering, and more specifically, to scoring type coercion for question answering.
[0003] Question answering (QA) is a type of information retrieval. Given a collection of documents, a system employing question answering attempts to retrieve answers to questions posed in natural language. Question answering is regarded as requiring more complex natural language processing (NLP) techniques than other types of information retrieval, such as document retrieval.
[0004] Type scoring is popular in the field of question answering and seeks to determine if a candidate answer is a lexical type that matches a lexical answer type for the question. Known solutions for type scoring typically require a large amount of labeled training data.

## SUMMARY

[0005] Embodiments include a method for scoring type coercion for question answering. The method includes generating features, based on a question, from at least one information source. The features include a lexical answer type and a candidate answer for the question. The method also includes grouping the features based on type coercion between corresponding features and creating a deep learning model for generating concepts from the grouped features. The deep learning model is implemented by a multi-layered neural network. The method further includes training the deep learning model with labeled data and unlabeled data; extracting, by a processor from the trained deep learning model, concepts determined to have type coercion with respect to each other; and creating a type coercion model from the extracted concepts and from type coercion ground truth.
[0006] Additional features and advantages are realized through the techniques of the present disclosure. Other embodiments and aspects of the disclosure are described in detail herein. For a better understanding of the disclosure with the advantages and the features, refer to the description and to the drawings.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

[0007] The subject matter which is regarded as the invention is particularly pointed out and distinctly claimed in the claims at the conclusion of the specification. The forgoing and other features, and advantages of the invention are apparent from the following detailed description taken in conjunction with the accompanying drawings in which:
[0008] FIG. **1** depicts a high level view of a system for scoring type coercion in accordance with an embodiment;
[0009] FIG. **2** depicts a detailed view of the system of FIG. **1** in accordance with an alternative embodiment;
[0010] FIG. **3A** depicts a sample convolutional neural network in accordance with an embodiment;
[0011] FIG. **3B** depicts a sample deep neural network in accordance with an embodiment;
[0012] FIG. **4** depicts a flow diagram of a process for scoring type coercion in accordance with an embodiment;
[0013] FIG. **5** depicts a high-level block diagram of a question answering (QA) framework where embodiments of scoring type coercion can be implemented in accordance with an embodiment; and
[0014] FIG. **6** depicts a processing system for scoring type coercion in accordance with an embodiment.

## DETAILED DESCRIPTION

[0015] Embodiments described herein can be utilized for scoring type coercion in a question answering (QA) system. The embodiments described herein provide type coercion scoring using neural networks, such that less labeled training data is required. Neural networks, such as one or more convolutional neural networks and deep neural networks may be constructed from domain knowledge and trained using a relatively small amount of labeled training data long with a larger amount of unlabeled data. Once trained, a number of features may be generated using known type scoring features and used as input into the multi-layered neural network. The output from lower-level networks may be used as concepts for input into the higher-level networks to obtain higher level concepts. The concepts extracted from the neural networks may be used to construct type coercion models by applying machine learning techniques.
[0016] As used herein, the term "concept" refers to an abstract idea or general notion that can be specified using a collection of names or labels, and a corresponding description. Additionally, sample sentences describing the concept may be included in the description of the concept. Concepts, such as, for example, "To be or not to be," "singular value decomposition," or "New York Yankees" may be encoded in a web page (e.g., Wikipedia).
[0017] As used herein the term "query" refers to a request for information from a data source. A query can typically be formed by specifying a concept or a set of concepts in a user interface directly or indirectly by stating a query in natural language from which concepts are then extracted. The term "query" and "question" are used interchangeably herein.
[0018] Referring now to FIG. **1**, a high level view of a system **100** for scoring type coercion is generally shown in accordance with an embodiment. As shown in the embodiment of FIG. **1**, a deep learning based type coercion component **102** receives a lexical answer type (LAT) **104** and a question **106** from which the LAT **104** is derived. The deep learning based type coercion component **102** also receives a candidate answer **108** and associated passages, documents, knowledge bases, etc. **110** from which the candidate answer **108** is generated. The deep learning based type coercion component **102** processes these inputs and generates a type coercion score **112**.
[0019] A detailed view of one embodiment of the system of FIG. **1** will now be described with respect to FIG. **2**. The system **200** of FIG. **2** corresponds to the system **100** of FIG. **1**. As shown in FIG. **2**, the deep learning based type coercion component **102** includes an input generation feature **220**, a convolutional neural network **230**, a deep neural network **240**, and a learning component **250** including concepts extracted from the networks **230** and **240**.
[0020] A sample convolutional neural network (CNN) **300A** is shown in FIG. **3A**, and a sample deep neural network

(DNN) 300B is shown in FIG. 3B. The convolutional neural network 300A includes a network of nodes and relations between the nodes that are depicted as edges. The deep neural network 300B includes a network of nodes and node relationships that are depicted as edges. The nodes in FIGS. 3A-3B may represent features.

[0021] It will be understood by one skilled in the art that variations on the components of FIG. 2 may be provided. For example, the deep learning based type coercion component 102 may include the convolutional neural network 230 without the deep neural network 240. Likewise, the deep neural network 240 may be utilized in the deep learning based type coercion component 102 absent the convolutional neural network 230. Alternatively, the deep learning based type coercion component 102 may include multiple convolutional neural networks 230 and deep neural networks 240 stacked upon one another, such as CNN-DNN-....-CNN or CNN-DNN-....-CNN-DNN.

[0022] The input feature generation component 220 generates input features used in creating a multi-layered neural network. Based on the nature of application, the input features may be derived from existing type coercion components and/or raw features of input data. Non-limiting examples of existing type coercion (also referred to as "tycor") components may include Yago tycor, Gender tycor, Closed Lat tycor, Lexical tycor, Named entity detection tycor, and WordNet tycor. In addition, non-limiting examples of raw features from input data may include a lexical answer type from a question, a candidate answer from a passage/document/knowledge base, etc., document features if the answer is generated from document structures, knowledge base features, if the answer is generated from knowledge base look up, features to represent if the LAT and the candidate answer belong to the same type or form some relation in some ontology, parsed features from the question or passage, bag of words features from the question/passage, typing features for the question/passage, topic features for the question/passage, and Ngram features for the question/passage.

[0023] Turning now to FIG. 4, a process for scoring type coercion will now be described in an embodiment.

[0024] At block 402, features are generated by the deep learning-based type coercion system 102 (FIG. 1), e.g., by the input feature generator 220, from at least one information source. The features may be derived from raw data from the information source and/or from existing type coercion components. The features may include type coercion scores produced by existing type coercion components, raw features representing the lexical answer type that is input from a question, raw features representing a candidate answer associated with the question, and/or raw features representing passages, documents, and/or knowledge bases containing the candidate answer.

[0025] At block 404, the features are grouped based on type coercion between corresponding features.

[0026] At block 406, a deep learning model is created by the deep learning-based type coercion system 102. The deep learning model can be implemented by one or more multi-level neural networks. As shown in FIG. 2, for example, a convolutional neural network 230 and a deep neural network 240 are created. The deep learning model includes at least two layers.

[0027] At block 408, the deep learning model is trained with labeled data and unlabeled data. The labeled data and the unlabeled data may be generated using a distant supervision technique that applies question-answer pairs, and/or using existing knowledge bases. The labeled data and the unlabeled data may be generated using full supervision techniques with manually annotated data. Training the deep learning model may include using the labeled data with the deep learning model to force the output of the deep learning model to match corresponding labels of the labeled data. Training the deep learning model may also, or alternatively, include using the unlabeled data with the deep learning model to minimize data reconstruction errors.

[0028] At block 410, concepts determined to have type coercion with respect to one another are extracted from the trained deep learning model. In an embodiment, the extracting includes using outputs from any selected one of the layers of the deep learning model as concepts for input to a type coercion model. Thus, as described in block 412, a type coercion model is created from the outputs (e.g., the extracted concepts) of block 410, as well as from type coercion ground truth.

[0029] Turning now to FIG. 5, a high-level block diagram of a question answering (QA) framework 500 where embodiments described herein can be utilized is generally shown. The QA framework 500 can be implemented on the deep learning-based type coercion system 102 of FIG. 1.

[0030] The QA framework 500 can be implemented to generate an answer 504 (and a confidence level associated with each answer) to a given question 502. In an embodiment, general principles implemented by the framework 500 to generate answers 504 to questions 502 include massive parallelism, the use of many experts, pervasive confidence estimation, and the integration of shallow and deep knowledge. In an embodiment, the QA framework 500 shown in FIG. 5 is implemented by the Watson™ product from IBM.

[0031] The QA framework 500 shown in FIG. 5 defines various stages of analysis in a processing pipeline. In an embodiment, each stage admits multiple implementations that can produce alternative results. At each stage, alternatives can be independently pursued as part of a massively parallel computation. Embodiments of the framework 500 don't assume that any component perfectly understands the question 502 and can just look up the right answer 504 in a database. Rather, many candidate answers can be proposed by searching many different resources, on the basis of different interpretations of the question (e.g., based on a category of the question.) A commitment to any one answer is deferred while more and more evidence is gathered and analyzed for each answer and each alternative path through the system.

[0032] As shown in FIG. 5, the question and topic analysis 510 is performed and used in question decomposition 512. Hypotheses are generated by the hypothesis generation block 514 which uses input from the question decomposition 512, as well as data obtained via a primary search 516 through the answer sources 506 and candidate answer generation 518 to generate several hypotheses. Hypothesis and evidence scoring 526 is then performed for each hypothesis using evidence sources 508 and can include answer scoring 520, evidence retrieval 522 and deep evidence scoring 524.

[0033] A synthesis 528 is performed of the results of the multiple hypothesis and evidence scorings 526. Input to the synthesis 528 can include answer scoring 520, evidence retrieval 522, and deep evidence scoring 524. Learned models 530 can then be applied to the results of the synthesis 528 to generate a final confidence merging and ranking 532. A

ranked list of answers **504** (and a confidence level associated with each answer) is then output.

[0034] The QA framework **500** shown in FIG. **5** can utilize embodiments of the deep learning-based type coercion system **102** in combination with sources of information (e.g., answer sources **506**, question **502**, and candidate answer generation **518**) that include raw features from input data, as well as existing type coercion components to create a learned model **530** (deep learning model), which is implemented as part of **524** as a multi-layered neural network. The multi-layered neural network generates concepts through lower level layers that are then input to higher level layers to generate higher level concepts. Extracted concepts from the deep learning model are scored.

[0035] Referring now to FIG. **6**, there is shown an embodiment of a processing system **600** for implementing the teachings herein. In this embodiment, the processing system **600** has one or more central processing units (processors) **601***a*, **601***b*, **601***c*, etc. (collectively or generically referred to as processor(s) **601**). Processors **601**, also referred to as processing circuits, are coupled to system memory **614** and various other components via a system bus **613**. Read only memory (ROM) **602** is coupled to system bus **613** and may include a basic input/output system (BIOS), which controls certain basic functions of the processing system **600**. The system memory **614** can include ROM **602** and random access memory (RAM) **610**, which is read-write memory coupled to system bus **613** for use by processors **601**.

[0036] FIG. **6** further depicts an input/output (I/O) adapter **607** and a network adapter **606** coupled to the system bus **613**. I/O adapter **607** may be a small computer system interface (SCSI) adapter that communicates with a hard disk **603** and/or tape storage drive **605** or any other similar component. I/O adapter **607**, hard disk **603**, and tape storage drive **605** are collectively referred to herein as mass storage **604**. Software **620** for execution on processing system **600** may be stored in mass storage **604**. The mass storage **604** is an example of a tangible storage medium readable by the processors **601**, where the software **620** is stored as instructions for execution by the processors **601** to perform a method, such as the process flow of FIG. **4**. Network adapter **606** interconnects system bus **613** with an outside network **616** enabling processing system **600** to communicate with other such systems. A screen (e.g., a display monitor) **615** is connected to system bus **613** by display adapter **612**, which may include a graphics controller to improve the performance of graphics intensive applications and a video controller. In one embodiment, adapters **607**, **606**, and **612** may be connected to one or more I/O buses that are connected to system bus **613** via an intermediate bus bridge (not shown). Suitable I/O buses for connecting peripheral devices such as hard disk controllers, network adapters, and graphics adapters typically include common protocols, such as the Peripheral Component Interconnect (PCI). Additional input/output devices are shown as connected to system bus **613** via user interface adapter **608** and display adapter **612**. A keyboard **609**, mouse **640**, and speaker **611** can be interconnected to system bus **613** via user interface adapter **608**, which may include, for example, a Super I/O chip integrating multiple device adapters into a single integrated circuit.

[0037] Thus, as configured in FIG. **6**, processing system **600** includes processing capability in the form of processors **601**, and, storage capability including system memory **614** and mass storage **604**, input means such as keyboard **609** and mouse **640**, and output capability including speaker **611** and display **615**. In one embodiment, a portion of system memory **614** and mass storage **604** collectively store an operating system to coordinate the functions of the various components shown in FIG. **6**.

[0038] Technical effects and benefits include the capability to perform type coercion scoring in a question answering system using neural networks, such that less labeled training data is required. Neural networks, such as one or more convolutional neural networks and deep neural networks are constructed from domain knowledge and trained using a relatively small amount of labeled training data long with a larger amount of unlabeled data. Once trained, a number of features may be generated using known type scoring features and used as input into the multi-layered neural network. The output from lower-level networks may be used as concepts for input into the higher-level networks to obtain higher level concepts. The concepts extracted from the neural networks may be used to construct type coercion models by applying machine learning techniques.

[0039] The present invention may be a system, a method, and/or a computer program product. The computer program product may include a computer readable storage medium (or media) having computer readable program instructions thereon for causing a processor to carry out aspects of the present invention. The computer readable storage medium can be a tangible device that can retain and store instructions for use by an instruction execution device.

[0040] The computer readable storage medium may be, for example, but is not limited to, an electronic storage device, a magnetic storage device, an optical storage device, an electromagnetic storage device, a semiconductor storage device, or any suitable combination of the foregoing. A non-exhaustive list of more specific examples of the computer readable storage medium includes the following: a portable computer diskette, a hard disk, a random access memory (RAM), a read-only memory (ROM), an erasable programmable read-only memory (EPROM or Flash memory), a static random access memory (SRAM), a portable compact disc read-only memory (CD-ROM), a digital versatile disk (DVD), a memory stick, a floppy disk, a mechanically encoded device such as punch-cards or raised structures in a groove having instructions recorded thereon, and any suitable combination of the foregoing. A computer readable storage medium, as used herein, is not to be construed as being transitory signals per se, such as radio waves or other freely propagating electromagnetic waves, electromagnetic waves propagating through a waveguide or other transmission media (e.g., light pulses passing through a fiber-optic cable), or electrical signals transmitted through a wire.

[0041] Computer readable program instructions described herein can be downloaded to respective computing/processing devices from a computer readable storage medium or to an external computer or external storage device via a network, for example, the Internet, a local area network, a wide area network and/or a wireless network. The network may comprise copper transmission cables, optical transmission fibers, wireless transmission, routers, firewalls, switches, gateway computers and/or edge servers. A network adapter card or network interface in each computing/processing device receives computer readable program instructions from the network and forwards the computer readable program instructions for storage in a computer readable storage medium within the respective computing/processing device.

[0042] Computer readable program instructions for carrying out operations of the present invention may be assembler instructions, instruction-set-architecture (ISA) instructions, machine instructions, machine dependent instructions, microcode, firmware instructions, state-setting data, or either source code or object code written in any combination of one or more programming languages, including an object oriented programming language such as Smalltalk, C++ or the like, and conventional procedural programming languages, such as the "C" programming language or similar programming languages. The computer readable program instructions may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer or server. In the latter scenario, the remote computer may be connected to the user's computer through any type of network, including a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider). In some embodiments, electronic circuitry including, for example, programmable logic circuitry, field-programmable gate arrays (FPGA), or programmable logic arrays (PLA) may execute the computer readable program instructions by utilizing state information of the computer readable program instructions to personalize the electronic circuitry, in order to perform aspects of the present invention.

[0043] Aspects of the present invention are described herein with reference to flowchart illustrations and/or block diagrams of methods, apparatus (systems), and computer program products according to embodiments of the invention. It will be understood that each block of the flowchart illustrations and/or block diagrams, and combinations of blocks in the flowchart illustrations and/or block diagrams, can be implemented by computer readable program instructions.

[0044] These computer readable program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, create means for implementing the functions/acts specified in the flowchart and/or block diagram block or blocks. These computer readable program instructions may also be stored in a computer readable storage medium that can direct a computer, a programmable data processing apparatus, and/or other devices to function in a particular manner, such that the computer readable storage medium having instructions stored therein comprises an article of manufacture including instructions which implement aspects of the function/act specified in the flowchart and/or block diagram block or blocks.

[0045] The computer readable program instructions may also be loaded onto a computer, other programmable data processing apparatus, or other device to cause a series of operational steps to be performed on the computer, other programmable apparatus or other device to produce a computer implemented process, such that the instructions which execute on the computer, other programmable apparatus, or other device implement the functions/acts specified in the flowchart and/or block diagram block or blocks.

[0046] The flowchart and block diagrams in the Figures illustrate the architecture, functionality, and operation of possible implementations of systems, methods, and computer program products according to various embodiments of the present invention. In this regard, each block in the flowchart or block diagrams may represent a module, segment, or portion of instructions, which comprises one or more executable instructions for implementing the specified logical function (s). In some alternative implementations, the functions noted in the block may occur out of the order noted in the figures. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration, and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose hardware-based systems that perform the specified functions or acts or carry out combinations of special purpose hardware and computer instructions.

[0047] The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. As used herein, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one more other features, integers, steps, operations, element components, and/or groups thereof.

[0048] The corresponding structures, materials, acts, and equivalents of all means or step plus function elements in the claims below are intended to include any structure, material, or act for performing the function in combination with other claimed elements as specifically claimed. The description of the present invention has been presented for purposes of illustration and description, but is not intended to be exhaustive or limited to the invention in the form disclosed. Many modifications and variations will be apparent to those of ordinary skill in the art without departing from the scope and spirit of the invention. The embodiment was chosen and described in order to best explain the principles of the invention and the practical application, and to enable others of ordinary skill in the art to understand the invention for various embodiments with various modifications as are suited to the particular use contemplated.

What is claimed is:

1. A method, comprising:
   generating features, based on a question, from at least one information source, the features generated by a processor and include a lexical answer type and a candidate answer for the question;
   grouping the features based on type coercion between corresponding features;
   creating, by the processor, a deep learning model for generating concepts from the grouped features, the deep learning model implemented by a multi-layered neural network;
   training the deep learning model with labeled data and unlabeled data;
   extracting, by the processor from the trained deep learning model, concepts determined to have type coercion with respect to each other;
   creating a type coercion model from the extracted concepts and from type coercion ground truth.

2. The method of claim **1**, wherein the features are derived from at least one of raw data from the information source and type coercion components.

3. The method of claim **1**, wherein the features include at least one of:
   type coercion scores produced by existing type coercion components;
   raw features representing the lexical answer type that is input from the question;
   raw features representing the question;
   raw features representing the candidate answer; and
   raw features representing at least one of passages, documents, and knowledge bases containing the candidate answer.

4. The method of claim **1**, further comprising generating the labeled data and the unlabeled data via:
   at least one of distant supervision using question-answer pairs and existing knowledge bases; and
   full supervision with manually annotated data.

5. The method of claim **1**, wherein training the deep learning model comprises using the labeled data with the deep learning model to force the output of the deep learning model to match corresponding labels of the labeled data.

6. The method of claim **1**, wherein training the deep learning model comprises using the unlabeled data with the deep learning model to minimize data reconstruction errors.

7. The method of claim **1**, wherein the extracting concepts determined to have type coercion includes using outputs from any selected one of the layers of the multi-layered neural network as concepts for input to the deep learning model.

8. The method of claim **1**, wherein the multi-layered neural network includes at least one of a convolutional neural network and a deep neural network.

9. The method of claim **1**, wherein the multi-layered neural network includes a combination of stacked neural networks.

* * * * *