# EXHIBIT 9

# Redacted Version of Document Sought to be Sealed



Gary Bradski <gbradski@magicleap.com>

## Adrian background
2 messages

---

**Gary Bradski** <gbradski@magicleap.com>　　　　　　　　　　　　Wed, Oct 9, 2013 at 7:40 AM
To: Rony Abovitz <rabovitz@magicleap.com>

Rony

Just setting background on Adrian:
He's one of 2 very senior guys (Jean-Yves) I'm going for. In a sense either one of these guys could run the whole thing ... so we better grow. I'd like both, but either one. They are very different.
I also worked with Adrian at Intel, got him on as a real producer on the Stanford Stanley team. He's the co-author of the OpenCV book.

He's run teams for Applied minds, made partner by bringing in 20-30% of their revenue. Coder+manager+software architect. Black belt in karate, rather intense. Lots of torretes-like ticks and throat clearing. Very straightforward and above board. PhD in Physics.

I'd see him take one probably more areas of vision and driving them. Help in recruiting. He delivers. Fanatic worker, note the red-eye in.

If we do get to the stage of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I'd see him leading that. he will help recruit.

Gary

---

**rony abovitz** <rabovitz@magicleap.com>　　　　　　　　　　　　Wed, Oct 9, 2013 at 7:54 AM
To: Gary Bradski <gbradski@magicleap.com>

he's great - just had breakfast

I hope we get both - really like them both - A++++++ guys

R



Rony Abovitz
President & CEO
Magic Leap, Inc.
Email: rabovitz@magicleap.com

"a new operating system for reality(™)"