# EXHIBIT 10

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Adam

**email: "gbradski@magicleap.com Gary Bradski"**     Tuesday, February 24, 2015 at 1:41:56 PM GMT-07:00
**To: email: "akaehler@magicleap.com Adrian Kaehler"**

Adam wants to join my team, board with build bots.

Things I do not need:

- More managers.

Things I need:

- Render data for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Especially: ▓▓▓▓▓▓▓▓▓▓▓▓
- Prototype things: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ whatever
- Architect AND implement cloud data store for machine learning
  - seemless connection of the above with ▓▓▓▓▓▓▓▓
- Code review, build bot enforcement
- Program robot to automate calibration
- Data collection
  - Program robot to go through known but varying motion patterns ▓▓▓▓▓▓▓
  - Run ▓▓▓▓▓▓▓▓
  - Run/organize/manage data collection efforts
  - Code to ease data collection

How do you assess him in the above?

Gary

--

Gary Bradski
VP Perception and Core Software
Magic Leap, Inc.
Email: gbradski@magicleap.com

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.