# EXHIBIT 11

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Gary Bradski <gbradski@magicleap.com>

## Going forward...

**Gary Bradski** <gbradski@magicleap.com>　　　　　　　　　　　　　　　　Mon, Jan 13, 2014 at 1:57 PM
To:
Cc:　　　　　　　　　　　　　　　　　　Jean-Yves Bouguet <jbouguet@magicleap.com>

The sign off should go end of day I think. Time to lay out the actual plan.

I think we will have periodic shifts in what we do. Staffing changes should just be indicated in email to accommodate if necessary.

Here's what we're now thinking:

2.5 on the depth sensor. We do have an FPGA guy on staff who is working on implementing some ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am talking with someone on staff who may be able to do that.

Gary

If this goes well, we may expand the team over time. Adrian, in a completely separate effort, may need some people who can ▮▮▮▮▮▮▮▮ etc.