# EXHIBIT 12

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Gary Bradski** &lt;gbradski@magicleap.com&gt;     Wed, Sep 10, 2014 at 11:19 AM
To: Yvette Santana &lt;ysantana@magicleap.com&gt;

We are/have ordered mobile depth sensing cameras from Occipital. We have at least 2 on site and I believe we ordered 2 for FL. They are the only company right now that sells a long range 3rd party depth sensor for mobile devices. We may order maybe 10 more so that we can have ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I'm on the board of Occipital, but they are selling ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and, as I said, they are the only game in town for mobile depth sensors right now.

Gary

[Quoted text hidden]



## Gary Bradski

VP Perception and Core Software
Magic Leap, Inc.
Email:   gbradski@magicleap.com

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

---

**Yvette Santana** &lt;ysantana@magicleap.com&gt;     Fri, Sep 12, 2014 at 8:06 AM
To: Gary Bradski &lt;gbradski@magicleap.com&gt;
Cc: Kate Narbutas &lt;knarbutas@magicleap.com&gt;

I dont have a PO for this. Who placed order on your end? Kate was out during that period and the temp may have done it.

Thanks for your help.



## Yvette M. Santana

Director of Accounting

Magic Leap, Inc.

Email:   ysantana@magicleap.com

Cell:   954-612-6064

Fax:   954-727-8048

[Quoted text hidden]