# EXHIBIT 13

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire*



# Finance Standard Operating Procedure

## *FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire*

*FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire*



| Revision | Change order number | Date | Revision description |
|---|---|---|---|
| 1 |  | 9/18/15 | Creation of questionnaire |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



**1.0    Purpose**
This document establishes the procedures for determining and documenting Related Parties (as defined in *FIN-PP-029.01 Related Party Determination Procedure* (attached hereto as Appendix 2)) and conflicts of interests.

**2.1    Scope**
The Company's conflict of interest questionnaire applies to the Company and its subsidiaries worldwide, and the Company's management team members, Significant Stockholders, and members and nominees of the Board of Directors.

**3.0    Definitions and acronyms**
 1. ASC - Accounting Standards Codification
 2. Magic Leap or Company - Magic Leap, Inc. and its subsidiaries
 3. Significant Stockholder – Any person or entity that owns more than 5% of the total outstanding stock of the entity

**4.0    Applicable standards and procedures**
 1. FIN-PP-029.00 Related Parties Policy
 2. FIN-PP-029.01 Related Party Determination Procedure
 3. SEC Regulation S-K, Item 404 – Transactions with Related Persons, Promoters and Certain Control Persons ("Item 404")

**5.0    Summary of Related Parties**
In the Company's consolidated annual financial statements, the Company includes disclosures pertaining to material Related Party transactions.  Refer to Magic Leap's *FIN-PP-029 Related Parties Policy* (attached hereto as Appendix 1) and *FIN-PP-029.01 Related Party Determination Procedure* for other relevant Related Party policy guidance.

**5.2    Questionnaire**

*FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire*



*Instructions:* **Please print this form, complete it, and send it to the Magic Leap Legal Department by email to alang@magicleap.com or by mail to 1855 Griffin Road, Suite B-454, Dania Beach, FL 33004, Attn: Vanessa Saffold.**

**Purpose of this Questionnaire**
The Related Party Policy requires disclosure of certain interests.  It is not uncommon to have these interests, but it is very important to make them known to Magic Leap.

Use this questionnaire to disclose where you or your Family Members (as defined below) have certain affiliations, interests or relationships, and/or have taken part in transactions that, in light of your relationship with Magic Leap, might possibly give rise to an actual, apparent or potential conflict of interest.

**Instructions for completing this Questionnaire**
1. Please read the Related Party Policy and know the definitions for terms used in this Questionnaire.

2. Answer all questions.  Please do not leave any question blank.

3. Where this Questionnaire refers to "you," it is also referring separately to each Family Member.  **For purposes of this Questionnaire, the definition of "Family Member" is extremely inclusive.** "Family Member" includes a brother, sister, parent, grandparent, child, grandchild, or great grandchild (by whole- or half-blood) of you or your spouse.

4. Your response should indicate whether you are disclosing an interest of you or of a Family Member (and in the case of a Family Member, the nature of your relationship with that Family Member).

5. Disclose all possible interests that currently exist, even if you previously reported them.  A potential conflict of interest can arise from many circumstances, not just those described in this Questionnaire.  **You must report to the Board of Directors any relationship that creates an interest that occurs between now and the completion of the next annual Questionnaire.**  Any potential conflicts of interest that arise after the questionnaire has been completed should be immediately reported to the Magic Leap Legal Department.

6. Complete the questionnaire, date it, and sign the affirmation at the end of the document.

FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire



# CONFLICT OF INTEREST AND RELATED PARTY QUESTIONNAIRE AND ACKNOWLEDGMENT

**NAME:** Gary Bradski

In accordance with the purposes and intent of the Related Party Policy, a copy of which is attached hereto as Appendix 1, I hereby disclose that I or my Family Members have the following affiliations, interests, or relationships, and/or have taken part in the following transactions:

## I. BACKGROUND

I hold the following positions(s) and/or have the following relationship(s) with the Magic Leap:

_____

## II. OUTSIDE INTERESTS

| Question | No (Indicate with X) | Yes (Indicate with X) | Explanation for "Yes" Response |
|---|---|---|---|
| Do you or any Family Member (see instructions, #4) hold, directly or indirectly: | ■ | ■ | |
| An ownership or investment interest in a company that does or may do business with, or that competes with Magic Leap? | ■ | ■ | ■ |
| A compensation arrangement with any company that does or may do business with, or that competes with Magic Leap? Examples: compensation for employment or independent contractor services, consulting fees, board stipends or fees, advisory committee fees, etc. | ■ | ■ | |
| A director, trustee, officer, or board committee position with any other company that does or may do business with, or that competes with Magic Leap? | | | ■ |
| Any personal loans, advances, or other indebtedness to or from anyone who also does or may do business with Magic Leap? Note: You may exclude charge cards and | ■ | | |

FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire



| | | |
|---|---|---|
| Are you an employee of any directors, officers, Significant Stockholders, or significant service providers for Magic Leap? | ███ | |
| Do you have a written contract with any directors, officers, Significant Stockholders, and significant service providers for Magic Leap? | ███ | |

## IV.   GIFTS, GRATUITIES AND ENTERTAINMENT

| Question | No (indicate with X) | Yes (indicate with X) | Explanation for "Yes" Response |
|---|---|---|---|
| Have you or any Family Member accepted gifts or other favors from any person or company under circumstances from which someone might think that such action was intended to influence you in the performance of your duties on behalf of Magic Leap? *Note: This does not prohibit the acceptance of reasonable items of nominal value that are clearly tokens of respect or friendship and not related to any particular transaction or activity when the value of such entertainment or items does not exceed Fifty Dollars ($50.00).* | ███ | | |
| Have you or any Family Member accepted any gifts, favors, or benefits valued in excess of Fifty Dollars ($50.00) from customers, suppliers, or agents of Magic Leap? | ███ | | |

## V.   OTHER

In the space below, please disclose any other interest, activities, investments or involvement that you think might be relevant for full disclosure of all actual, apparent or possible conflicts of interest. If none, indicate "none." Use additional pages as necessary.

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

completely and legally separately. The above companies don't compete with us, but it is possible we may buy their products or license their software (though I think it unlikely).

*FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire*



**AFFIRMATION**

I hereby state that:

i. I have received a copy of Magic Leap's Related Party Policy attached hereto as Appendix 1,

ii. I have read and understand the Related Party Policy,

iii. I agree to comply with the Related Party Policy,

iv. I agree to promptly report any change in the responses to the foregoing questions that may occur before the completion of my next annual Questionnaire to Magic Leap's Legal Department, and

v. The information contained in this Questionnaire is true and accurate to the best of my knowledge and belief as of the date below.

Signed: *Gary Bradski*

Print Name:  Gary Bradski

Title:  VP, Advanced Perception and Intelligence

Date: 2/4/2016

*FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire*



Appendix 1

FIN-PP-029 Related Parties Policy

*FIN-PP-029.02 Conflict of Interest and Related Party Questionnaire*



Appendix 2

FIN-PP-029.01 Related Party Determination Procedure