# EXHIBIT 14

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# [Update] Discuss new co

| | |
|---|---|
| email: "gbradski@magicleap.com" | Thursday, July 9, 2015 at 12:15:35 PM GMT-07:00 |

To: email: ███████████████████████ , email: "garybradski@gmail.com" , email: ███████████████ , email: "gbradski@magicleap.com"
Cc: email: ███████████████████ , email: ███████████████ , email: "garybradski@gmail.com"

Just pinging that this is still on.

**Discuss new co**

Discuss NewCo
With


| When | Thu Jul 9, 2015 1:30pm – 2:30pm Pacific Time |
|---|---|
| Where | ████████████████████████████████████ ([map](#)) |
| Who | • Gary Bradski - organizer |
| | • ████████ |
| | • ████████████ |

| | |
|---|---|
| email: ████████████████████████████ | Thursday, July 9, 2015 at 12:17:21 PM GMT-07:00 |

To: email: "gbradski@magicleap.com"
Cc: email: "garybradski@gmail.com Gary Bradski" , email: ████████████████

We're on

On Thu, Jul 9, 2015 at 12:15 PM,  <gbradski@magicleap.com> wrote:

> Just pinging that this is still on.
>
> **Discuss new co**
>
> Discuss NewCo
> With
> 

| | |
|---|---|
| When | Thu Jul 9, 2015 1:30pm – 2:30pm Pacific Time |
| Where | ███████████████████████████████████ (map) |
| Who | • Gary Bradski - organizer |