# EXHIBIT 15



Adrian Kaehler <akaehler@magicleap.com>

## Fwd: FYI
4 messages

**Gary Bradski** <garybradski@gmail.com>                    Fri, Dec 11, 2015 at 2:45 PM
To: adrian kaehler <akaehler@magicleap.com>

> Another $1B lab in Palo Alto (Toyota is investing $1B in another lab already).
> >
> > The URL is: http://www.nytimes.com/2015/12/12/science/artificial-intelligence-research-center-is-founded-by-silicon-valley-investors.html
> >
> >

**Adrian Kaehler** <akaehler@magicleap.com>                 Fri, Dec 11, 2015 at 2:53 PM
To: Gary Bradski <garybradski@gmail.com>

Willow garage, take 2?

A

[Quoted text hidden]

**Gary Bradski** <garybradski@gmail.com>                    Fri, Dec 11, 2015 at 3:01 PM
To: adrian kaehler <akaehler@magicleap.com>

There are now several large such (general) labs. Deep Mind, Allen Inst., something in Tokyo, now this.

Might have a strategy

[Quoted text hidden]

**Adrian Kaehler** <akaehler@magicleap.com>                 Fri, Dec 11, 2015 at 3:03 PM
To: Gary Bradski <garybradski@gmail.com>

Potential buyers.

A

[Quoted text hidden]