# EXHIBIT 16

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



**Gary Bradski** <gbradski@magicleap.com>

## Hello
2 messages

**Gary Bradski** <gbradski@magicleap.com>   Fri, Apr 22, 2016 at 9:25 AM
To: ███████████

opencv and Robotics

███████████   Sun, Apr 24, 2016 at 2:07 AM
Reply-To: ███████████
To: Gary Bradski <gbradski@magicleap.com>

Hi, Gary

So nice to talk with you on Friday morning, it is quite amazing for what you have achieved in computer vision and robotics.

I know you will travel to China. Do you have the exact itinerary or schedule in China so that I can arrange you to meet my partner and visit our factory with self-made robotic equipment in Shenzhen.

My partner ███████████ in Beijing who is the founder of CSDN, also would like to meet you if you have time in Beijing. CSDN is the largest network of software developers in China. CSDN provides Web forums, blog hosting, IT news, and other services. CSDN has about over 10 million registered users and is the largest developer community in China.

Pls let me know if you need any help in China.

Looking forward to your reply.


Best Regards

███

███

partner




----- 原始邮件 -----
发件人：Gary Bradski <gbradski@magicleap.com>
收件人███████████
主题：Hello
日期：2016年04月23日 00点26分

opencv and Robotics