# EXHIBIT 17

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Fwd: 2 weeks ago

---------- Forwarded message ----------
From: **Gary Bradski** <garybradski@gmail.com>
Date: Mon, May 23, 2016 at 1:19 PM
Subject: Re: 2 weeks ago
To: Rony Magic Leap <rabovitz@magicleap.com>

As advisor, you could, well, advise since you've been there. But, you could also see that we by no means intend to compete in Magic Leap's area.

Maybe it is not understood that deep nets today are like compilers yesterday. Compilers are not what is valuable, the app code is. Deep nets are trained with open source libraries, the data (millions to billions of examples) and the resulting learned weights are valuable. ████████████████████████████████████████ it is only done at Berkeley and Google Mind have people trained in that tech.

As written, ████████████████████████████████████████
████████████████ Let's agree to that specifically...but we would naturally use ████████
████████ as a partner company.

Well, the above is where I'm aiming. Get there now by a call.

650-380-9645