# EXHIBIT 18

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Update: Robotics Actual

| | |
|---|---|
| email: "garybradski@gmail.com Gary Bradski" <br> To: email: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ , email: "akaehler@magicleap.com adrian kaehler" | Friday, March 11, 2016 at 2:15:17 AM GMT-07:00 |



Just to keep you warm. Rapid progress is being made in off hours:

1. We have secured a relationship with the key designer of this new kind of robotics. I think it will knock your socks off to see how expressive this form factor is.
2. We are close to an agreement with the two top Profs in robotic manipulation to not only advise, but actually work part time with us. Source top former and current students, post docs. This will be an absolute coup making waves with the right group. We will be the goto place in robotics for deep net talent with this. Vastly increases our recruiting power.
3. Tapped team:
    1. Tapped an initial deepnet uber talent. Always handy as base of team
    2. Tapped an amazing ME/EE from Stanford who can innovate on the designs and bring them to manufacturability.
    3. Tapped a rendering and simulation for training graphics talent -- train from simulation.
    4. Contacted a data collection service (team that is contracted to us exclusively in India).
4. 83b period is about 2 weeks from close.
5. I purchased a bunch of *.ai names including short form for the company: [actual.ai](actual.ai)

We should start talking about a manufacturing/distribution tour, but usually my intuitions are right:


There is a hierarchy of abilities that lead to wider and wider application

1. Self contained machine where parts are fed in, operated on, and spit out (think Krupp AD)
2. Blind arms that perform actions on a fixtured object (nearly all robotics today)
3. Visual pick and place. Find object, grab it, move it, release
4. Pick and oriented place. Pick up an object, put it down in an oriented position
5. Pick and oriented insertion. Pick up an object, dexterous insert into object
6. oriented pick and place dynamically (e.g. stretching out a plastic band and putting it around an object)
7. Doing the above with wires, articulated and/or flexible parts.
8. Doing the above with powders, fluids, foams etc

Anyhow. I think we start with #4. That alone gives us a good deal of assembly with up to semi-rigid parts.

Gary

| | |
|---|---|
| email: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ <br> To: email: "garybradski@gmail.com Gary Bradski" | Monday, March 14, 2016 at 8:14:59 AM GMT-07:00 |

Cc: email: ███████████, email: "akaehler@magicleap.com adrian kaehler", email: ███████████

Hi Gary,

Good to hear from you. Sorry for the late response. I just got back from Asia this weekend and have been catching up on my huge backlog of emails since.

Exciting developments robotics talent acquisition-wise.  Hope you're successful getting the two Profs on board.

I agree #4 is a good target application – with a huge addressable market from the get-go.

Perhaps you, Randy and I can meet in person sometime in the coming ~2 weeks. It would be great to further discuss some of your thoughts below in more detail,

plus brainstorm potential next steps.

My admin Kineta can help schedule a 1 hour meeting for us.

Looking forward to it!

Best,