# EXHIBIT 19

     **Gary Bradski** <gbradski@magicleap.com>

# Fortune
2 messages

**Gary Bradski** <gbradski@magicleap.com>     Sun, Nov 8, 2015 at 8:11 PM
To: Adrian <therealadrian@gmail.com>

Before I open a fortune cookie, I ask it about an issue.

This time I asked: When should I leave Magic Leap?

 **IMG_20151108_200825.jpg**
3162K

---

**Adrian** <therealadrian@gmail.com>     Sun, Nov 8, 2015 at 8:29 PM
To: Gary Bradski <gbradski@magicleap.com>

One martial arts teacher I once had, liked to say "he who hesitates, meditates in horizontal position".
That said, a current teacher often says "first, your side, strong position make. Then, his side, weakness. Then you can kill."
(Yes, he really does talk like that.)
I think that the latter teacher is the wiser one.
First, we make sure our options are solud, then we change. Let's start putting together more concrete funding commitments, and decide between us, who we need on day 0.

A

[Quoted text hidden]

# EXHIBIT 20



To: email: "dmintz@aurisrobotics.com David Mintz"

This is OK, but no way can I sign for Magic Leap. This is my interest and perhaps for thoughts relating to my future company. Magic Leap has boatloads of lawyer and I'd never get this past the business reason question.

I can sign as CEO of OpenCV (which I am, it is a C corp):

**445 Sherman Ave**
**Suite L**
Palo Alto, CA 94306

Gary

On Mon, Jul 20, 2015 at 4:25 PM, David Mintz <dmintz@aurisrobotics.com> wrote:

> Garry-
>
> Fred (Dr. Moll) is going to be able to join us for lunch tomorrow. I've also coordinated to have a demo available. Attached is our standard basic NDA which we will need to be able to show the demo.
>
> Looking forward to talking more
>
> Thanks

# EXHIBIT 21



**Department of State: Division of Corporations**

Allowable Characters

Frequently Asked Questions　　View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 5974458 | Incorporation Date / Formation Date: | 2/24/2016 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | ROBOTICS ACTUAL, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| Name: | INCORPORATING SERVICES, LTD. | | |
|---|---|---|---|
| Address: | 3500 S DUPONT HWY | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19901 |
| Phone: | 302-531-0855 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**Sidebar:**

HOME
- About Agency
- Secretary's Letter
- Newsroom
- Frequent Questions
- Related Links
- Contact Us
- Office Location

SERVICES
- Pay Taxes
- File UCC's
- Delaware Laws Online
- Name Reservation
- Entity Search
- Status
- Validate Certificate
- Customer Service Survey

INFORMATION
- Corporate Forms
- Corporate Fees
- UCC Forms and Fees
- Taxes
- Expedited Services
- Service of Process
- Registered Agents
- GetCorporate Status
- Submitting a Request
- How to Form a New Business Entity
- Certifications, Apostilles & Authentication of Documents