# EXHIBIT 22

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

On May 12, 2016 5:08 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
I am at the Starbucks already can u come over? It's the one on rengstorff

Sent from my iPhone

> On May 12, 2016, at 5:06 PM, Gary Bradski <garybradski@gmail.com> wrote:
>
> I'm in mountain view, can I pick you up and deliver you?

On Thu, May 12, 2016 at 3:43 PM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

Starbucks on rengstorff?

Sent from my iPhone

On May 12, 2016, at 2:15 PM, Gary Bradski <garybradski@gmail.com> wrote:

> OK. Where?
>
> On May 12, 2016 2:07 PM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
> I am meeting ▇▇▇▇▇▇▇ but 5 is good.
>
> Sent from my iPhone
>
> On May 12, 2016, at 10:39 AM, Gary Bradski <garybradski@gmail.com> wrote:
>
>> Can meet 4:45 or later.
>>
>> On May 12, 2016 10:37 AM, "Gary Bradski" <garybradski@gmail.com> wrote:
>>
>> I am in SF at a board meeting for Occipital. Down later ... ramping up for fund raising.
>>
>> On May 12, 2016 10:12 AM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
>> R u in today?
>>
>> Sent from my iPhone
>>
>> On May 10, 2016, at 11:28 PM, Gary Bradski <garybradski@gmail.com> wrote:
>>
>>> First a filler line to push down: The first in a series of ultra-thin optics developed as a part of the group's work on nanoscale antenna phased arrays, earlier this week, researchers Francesco Aieta, Patrice Genevet, and

Mikhail Kats among others unveiled a flat plasmonic lens operational at telecom wavelengths.

OK.

**Do not tell anyone this, nor acknowledge that you know until I have a real agreement:**
I had my meeting with Rony and decided to go honest/above board ... it might come back to bite me but I went with trust ... because I have a hard time faking legalistic paranoia.

I told him I like his focus on the company/mountain view much better. That I delayed because I needed time to really think about what I wanted, but I finally decided that I'd just feel incomplete if I never tried being CEO of a company and I was going to resign, hopefully in a friendly way, to pursue Robotics Actual. He asked if I was poaching anyone. Yes: ▇▇▇▇▇▇▇▇▇ All out there. It may come to bite me, but I had to be honest.

He didn't seem to balk (but watch out) and proposed that I

3

become an exec advisor of the company. That magic leap take a small investment in Robotics Actual, that Rony sit on the advisory board, and that one of our alpha customers is Magic Leap as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as Rony has publicly promised. In return, I'll help ML hire as we go and try to retain other people (but, hell, many are leaving anyhow, needs a new wave of hiring...which I'll help with).

This could be a big win win. We could get a big publicity boost etc.

For the company, we now have temp offices (rent by room, by month). Place is near Facebook. No, we won't stay here long term, it was the cheapest place prior to raising $s. Called "The Pad". It's not bad. We have one room upstairs. Address: 1370 Willow Rd., Menlo Park, CA 94025

We are getting ready to do a fund raising sweep. Pieter Abbeel agrees for advisor. We may get Ken Goldberg's whole department for the

4

summer. Thinks are moving/crazy. Might also start thinking of future hires for us. Maybe one for OpenCV/lightfields. That's already funding up.

Just an update

Gary

5