# EXHIBIT 23

---------------------------------------
From: **Gary Bradski** <garybradski@gmail.com>
Date: Sun, May 22, 2016 at 5:03 AM
Subject: Fwd: Defusing my personal situation ...
To: David Lundmark <dlundmark@magicleap.com>


David

I'm sure you know the sh*t storm stirred up while I was away. I'm trying to defuse it and just leave, if not friendly, then at least gentlemanly. I have no control over Adrian's actions and am delinking with him and his lawyer (well, unless Magic Leap just won't allow me to separate, then I'm stuck). I don't intend to launch a company with Adrian again.

I'm going to just flush Robotics Actual (the robot company we intended) even though it is somewhat a shame because China is locked and loaded to just dominate automation (unbelievable what they have in the wings) and Robotics Actual's primary innovation was the form factor that could have fulfilled Scott's Willow dream of robots everywhere (we wrote an f*king NSF proposal with Pieter Abbeel to do this very thing in 2011) ... but I've just had it with the situation! I'm not a legalistic guy, I'm older and don't want to waste a single day on lawsuits, depositions etc.

I have plenty of other opportunities, Huawei wants me to run their new silicon valley lab for $2M/year. I don't intend to do that unless I get sucked into a fricking legal morass that prevents me from doing startups. But instead --

I'm _not_ going to work in AR headsets, Magic Leap was my one shot in the area. I do feel a bit cheated that I'll end up with squat -- I did in fact build up the whole Silicon Valley office but then felt progressively squeezed out of any strategic role. I had always intended to run a company myself and so began casting around for what to do next ... _just_ as Scott would have done, nothing evil about it -- I want to try a shot at being CEO and feel I can nail it. My search took a long time during which I built a premier deep net team that Magic Leap had no idea they even needed and for which you could never get starting now AND also made sure it had the leadership (Andrew) that could carry on when I slipped out.

I thought I had a win-win situation set up with Rony 2 weeks ago and I intended to carry it out! With the right start and Pieter Abbeel on board (he was, I talked him out of joining Google) we'd have generated a total excess of deep net guys whom I intended to direct to Magic Leap. I was even intending on having Rony as an advisor. This has all totally blown up. I'm sad about that and I know how a key guy who leaves is typically then cast as "evil," but I wasn't going to diss on Magic Leap anyhow. Wish them and Scott well and I have a ton of things I can do. So, if I can pry myself away I think I'll just do something a little orthogonal (I tried to be totally honest with Rony 2 weeks ago and tell him whom I was thinking about poaching. Maybe that was what set him off. But, I've tossed that and don't have a need for poaching anymore anyhow:

I've got Chinese product designers and manufacturers (medium scale guys aka $4B to 10B level!) with tons of funding dying to help me form a company with whom they'd partner. You should hang out in Shenzhen some, it is Silicon Valley on steroids. One of the guys suggested I move there, will rent to me cheap (heh, maybe if Trump wins, I will). These guys are ready to blow automation open with generalized hardware controllers that will commoditize robotic arms and actuation in general. These same people are expert in embedded compute and in end to end wireless stack. I'm just going to add some intelligence on top and I can already imagine a ton of IoT and consumer sorts of things for bikes, windows, elder care, cooking etc that I could just do by leveraging the manufacturing guys with very few employees on my side, I'm pretty jazzed about the possibilities ... need to learn Mandarin.

Got lemons, make lemonade; can't beat'em, join'em and all that. Maybe I'll find some way of working with Magic Leap as a company a couple of years down the road, you never know.

Point is, I can just move on, happy-happy. If you can help nudge it in that direction, please do.