# EXHIBIT 24

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED