# EXHIBIT 25



# *The OpenCV Open Source Computer Vision Library: What's New and What's Coming?*

Gary Bradski

May 3, 2016





# OpenCV Overview





Copyright © 2016 OpenCV.ai



# OpenCV at Glance

Case 5:16-cv-02852-NC   Document 99-26   Filed 09/09/16   Page 4 of 38

"A free and open computer vision library to accelerate visual intelligence."

| | |
|---|---|
| What | The most popular computer vision library: http://opencv.org |
| License | BSD |
| Supported Languages | C/C++, Java, Python |
| Size | **>950K** lines of code |
| SourceForge statistics | **~13 M** downloads |
| Github statistics | >7500 forks, **4100** patches merged during 6 years *(~2.5 patches per working day)*, ~100 patches pending |
| Accelerated with | SSE, AVX, NEON, IPP, OpenCL, CUDA, parallel_for, OpenCV HAL |
| The actual versions: | 2.4.12 (2015 Jul); 3.1 (2015 Dec) |
| Upcoming releases: | 2.4.13 (2016 Apr); 3.2 (2016 May) |

**Supports:**     





# Recent Statistics





Copyright © 2016 OpenCV.ai

4

# OpenCV Areas Supported





Image Processing



Transforms



Fitting



Optical Flow
Tracking



Segmentation

HighGUI:
I/O, Interface



Calibration



Features
VSLAM



Depth, Pose
Normals, Planes,
3D Features



Deep Learning
Object recognition
Machine learning



Computational
Photography

CORE:
Data structures,
Matrix math,
Exceptions etc



Copyright © 2016 OpenCV.ai

# Real World Use — Self Driving Cars

**OpenCV is in:**

- Stanley (winner of the DARPA grand challenge)
- Streetview
- Google Maps
- Google self driving cars












# Real World Use — Robot Manipulation





- https://www.youtube.com/watch?v=IXxU4sL6hq0

Copyright © 2016 OpenCV.ai



# Where Else is OpenCV Used

- Academic and Industry Research
- Security systems
- Image/video search and retrieval
- Structure from motion in movies and robotics
- SLAM – mobile navigation for rolling robots and drones
- Machine vision factory production inspection systems
- Safety monitoring (Dam sites, mines, swimming pools)
- Microfluidics, biomedical
- Robotic bin picking
- Computational photography
- Face recog., face overlay.









Copyright

# Who is Involved



- **Funding:**
  - Intel, Google, Magic Leap, Itseez
- **Development Leads**:
  - Vadim Pisarevsky (lead)
  - Itseez (development, maintenance)
  - Gary Bradski (Director)
  - Ethan Rublee (CEO, OpenCV.ai)
  - Grace Vesom (Planning)
  - Vincent Rabaud (Code quality_
  - Stefano Fabri (Advisor)
  - Adrian Kaehler (Documentation)

- **Interns:**
  - 13 to 15 interns supported/year
- **Community:**
  - Over 500 pull requests (contributions) since 3.0 (June'15)





# What's New in OpenCV





# OpenCV 3. at a Glance



**Why 3.0?:** *Brought 2.x to full C++ API; accellerated performance (with T-API, IPP, NEON); modular structure + enables user contributions, user commits (opencv_contrib) to keep up with state of the art in computer vision.…*

| 3.0 alpha | 3.0 beta | 3.0rc | 3.0 | 3.1 |
|---|---|---|---|---|
| Aug'14 | Nov'14 | Apr'15 | Jun'15 | Q4'15 |

- Mostly compatible with OpenCV 2.x;
- OpenCV 1.x C API is deprecated and partially removed
- Adds opencv_contrib

- **Highlights:**
  - –even more modular and extendible
  - –very stable API tailored for a long-term support
  - –enhanced out-of-box performance – Hardware Acceleration Layer:
    - – IPP, OpenCL(T-API) and NEON
  - –lot's of new functionality!


OpenCV



# New: Opencv_contrib — User Content/State of the Art

- The "main" opencv repository includes mature algorithms and is fully supported

- A separate contribution repository is for new CV algorithms that people want to share: http://github.com/itseez/opencv_contrib

- Patches to the contrib repository are tested as well by our buildbot to ensure integrity!



Deep Neural nets, Improved calibration, Computational photography, Text detection, Object Tracking, Python, Java, Matlab bindings etc.

Copyright © 2016 OpenCV.ai



# Recent Contributions 2013





https://www.youtube.com/watch?v=_TTtN4frMEA



# Recent Contributions 2014





https://www.youtube.com/watch?v=3f76HCHJJRA

Copyright © 2016 OpenCV.ai



14

# Recent Contributions 2015





https://www.youtube.com/watch?v=OUbUFn71S4s



Copyright © 2016 OpenCV.ai

15

# Highlight: HAL — Hardware Acceleration Layer



**Transparent API (T-API) for GPU acceleration**:

•single API entry for each function/algorithm – no specialized cv::Canny, ocl::Canny, gpu::Canny etc.

• uses dynamically loaded OpenCL runtime if available; otherwise falls back to CPU code. *Dispatching is at runtime, no recompilation needed!*

•~100 functions are optimized







# Highlight: Hardware Acceleration. Khronos

OpenCV was  one of the key contributors to the new Khronos accelerated vision API: OpenVX



This is now a (small) part of the OpenCV HAL (**H**ardware **A**cceleration **L**ayer).





# Highlight: Itseez Corp: ACV – ARM Acceleration Layer



http://itseez.com/products/accelerated-cv/





Example of accelerations relative to public OpenCV*

Public OpenCV
Accelerated CV

91.79x (Blur 3x3)
33.77x (Ad.Threshold 3x3)
25.12x (MinMaxLoc)
10.39x (Scharr 3x3)
9x (Sobel 3x3, dx)

6.64x (Resize 0.3)
4.69x (cartToPolar)
4.31x (CLAHE)
2.46x (Integral)
7.6x (Magnitude)

* Qualcomm Snapdragon 800 SoC (2.15 Ghz, 4 cores), Android OS
OpenCV compiled with GCC 4.9 auto vectorization ON, -O3
Processing of 720p frame

Pipeline acceleration examples (whole algorithms)



x2
Robotics algorithms



x1.5
ADAS algorithms





# Highlights: Better Calibration

- Much more flexible calibration, AR, VR, stereo
  - Each corner has it's own key code.
  - Allows calibration of complex arrangements of cameras.



Chessboard    +    ArUco    =    ChArUco

Copyright © 2016 OpenCV.ai



19

# Highlight: Deep Learning (*dnn* in opencv_contrib)



## Deep Neural Networks

- Train a network on any library
- Run it embedded via OpenCV
- No external dependencies









**http://dreamscopeapp.com**



Copyright © 2016 OpenCV.ai

# Highlight: Deep Learning (OpenCV 3.3)



**Planned (GSoC 2016 and beyond):**

- Adds support for other dnns: TensorFlow, tiny-cnn etc.
- Improves performance, compared w/other dnns: https://github.com/soumith/convnet-benchmarks
- Does object detection, saliency, semantic segmentation etc. using DNNs



- https://www.youtube.com/watch?v=BIxIzVn-HsY

Copyright © 2016 OpenCV.ai



# Examples of opencv_contrib use



- **Computational photography**
  - Xphoto, ximgproc
- **AR/VR … SLAM**
  - Ccalib, stereo, tracking, optflow, dnn, xfeatures2d
- **Autonomous or assisted driving**
  - Tracking, optflow, dnn, xfeatures2d
- **Security systems**
  - Dnn, tracking, dpm (deformable parts model)
- **Mobile**
  - Text (detection, reading), dnn (recognition), face detection/recognition
- **Drones**
  - Optflow, dnn, tracking, stereo, xfeatures2d



Copyright © 2016 OpenCV.ai



# OpenCV Future/OpenCV.ai





# OpenCV Future



*Embedded computers and Cameras have become cheap and powerful.*

- **OpenCV will focus on:**
  - Embedded – smart cameras
  - Light fields
- **OpenCV.ai** profit corporation
- That will support OpenCV.org (OpenCV remains open and free)

System On Chip



Camera



# Create a Smart Camera Platform, HW+SW



- OpenCV.ai SDK and Linux/Android Distro





# Light Fields



- Light fields give many capabilities:
- Large depth of field

We can calibrate arrays in two shots:

Input



Light Field



Best regular camera











Imaging is **2D**
Depth sense is **3D**
Light field is **4D**

From Stanford Tech Report: CTSR 2005-02



Copyright © 2016 OpenCV.ai

# Light Fields — Many Capabilities



*Light fields turn the camera into a software object while the hardware exists to sample light.*



Input

- Depth
- Surface Normals
- Deblurring
- Lighting Direction
- Glint Separation
- Depth of Field

- Hyper resolution in time
- Hyper resolution in space
- High dynamic range
- Occluding edges from parallax
- Variable zoom
- SFM



De-blurred

High Performance Imaging Through Minimization-based Optimal Occlusion via Energy Minimization-Based Camera Selection  Optimal Camera Selection









From: "Light Field D-blurring for Robotics Applications"  27

OpenCV

# OpenCV.ai will Build a Full Processing Stack to Support Light Fields







# Light Field Applications



Light fields are a paradigm shift from the pinhole camera. With the right HW and SW end-to-end stack, they have wide applicability in:

| Drone scanning & navigation | Robot Manipulation | Depth Estimation | Change Detection |
|---|---|---|---|
| 3D Displays | SLAM/robot navigation | Specularities | View generation |
| Cinematography | Odometry | Transparency | Deep Learning |
| **VR/AR** | Recognition | Reconstruction | Segmentation |

*Input*   *Light field depth*   *Best stereo*






**Bold** is first targets

Copyright © 2016 OpenCV.ai

# OpenCV.ai

2852-NC Document 99-26    Filed 09/09/16    Page 31 of 38



- **Founders:**
  - Ethan Rublee, CEO;
  - Gary Bradski, Founder, Funder and Board Member
- **Teams forming in US and China**

  Yes, OpenCV.ai is hiring!

- Develop HW+SW spec for smart cameras.
- Partner for HW here and in China.
- Parametric light field infrastructure.
- Sell prosumer, robotic and drone light field Cameras!



6 Months

| Phase 1 | Phase 2 | Phase 3 |
|---|---|---|
| Sync board Camera board 100X raspberry PI + camera | OpenCV.ai Compute board 100x array w/Sync | Kickstarter preorder and fulfillment |

Now



# Resources



- **OpenCV main site:**
  - http://opencv.org/
- **Developer site:**
  - https://github.com/itseez/opencv/wiki
- **Download packages:**
  - http://opencv.org/downloads.html
- **Documentation:**
  - http://docs.opencv.org/
  - Books: http://opencv.org/books.html
- **Building the code instructions:**
  - http://docs.opencv.org/2.4/doc/tutorials/introduction/table_of_content_introduction/table_of_content_introduction.html

**OpenCV.ai website:**
http://www.opencv.ai
(not up yet)



O'REILLY

**In print this summ**
Order:
http://shop.oreilly
765-ds

Learning
OpenCV 3
COMPUTER VISION IN C++ WITH THE OPENCV LIBRARY



Adrian Kaehler & Gary Bradski

# Why the Open Source…



- **Talmudic tale:**
  - Very old man working in a field planting fruit trees.
  - Q: "Why do you plant trees you may never harvest?"
  - A: "When I came into the world, it was not bare of trees. Someone planted for me and I will plant for someone who comes after."
- **The nature of OpenCV has always been to give more than it takes. It's mission is still to revolutionize vision.**





# QUESTIONS?

**garybradski@gmail.com**



Copyright © 2016 OpenCV.ai



# EXHIBIT 26

On Jun 11, 2015 10:45 PM, "Gary Bradski" <gbradski@magicleap.com> wrote:

> Look, for now, we're fucked. You might as well have a kiss while Paul has Yannick rape you.
>
>
> Perhaps I'm too blunt :-)



# EXHIBIT 27



**email: "gbradski@magicleap.com Gary Bradski"**          **Thursday, August 6, 2015 at 2:18:44 PM GMT-07:00**
To: email: "adrian.kaehler@gmail.com Adrian"

Like Jobs, R has a reality distortion field. Unlike Jobs, R's is more like a bad high, just leaves you feeling tired with a vague headache in the morning and is not productive.

