# EXHIBIT 28

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED