# EXHIBIT 29

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

    Gary Bradski <gbradski@magicleap.com>

**Gary Bradski** <gbradski@magicleap.com>                          Mon, Dec 22, 2014 at 2:34 PM
To: ███████████████████████████████████████████████████████████████████
███████████████████████  Daniel DeMenthon <danieldementhon@mac.com>, Denver Dash
<ddash@magicleap.com>, Dongjiang Xu <dxu@magicleap.com>, Jean-Yves Bouguet <jbouguet@magicleap.com>

Just before the end of the year, here's what we're hoping to do with ██████ I have secured permission to expand the team as much as up to 21 people (!). This does not mean we will ever use that many, it just means that we can expand and contract without my having to get permission here to do it at each stage.

We should add Danial and Dongjang to this report list.  Here is what we need/are working on (not in order):

- Deep learning -- we are going to do this in growing and major ways.
  - We want good tools, ███████████████████████████  I will probably end up interacting more and more in this.
- Gestures -- Full speed ahead as per Denver's instructions
- OpenCV -- This team goes forward as planned with me as contact to ████████
- Raygun -- Full speed ahead as per Denver's instruction, confer with Daniel CC'd. ████████████████████████
- ███████ Planar tracking -- Dongjaing has done work here with ███████████████████████  we need to accelerate this effort
  - ████████████████████████████████████████████
  - ████████████████████████████████████████████████
  - ███████████████████████████████████
  - ████████████████████
  - I think we need an additional 2 people on this.
- ████████████████████████████████████████████
  - We have started on the ████████████
  - We have ██████████████████████████
  - We need to develop both.
  - Can we get 2 additional people on this?

Let us know if and what you can do and when.

I'm going on vacation tomorrow, but will be able to read email in batches.

Gary

--

## Gary Bradski
VP Perception and Core Software
Magic Leap, Inc.
Email:  gbradski@magicleap.com

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.