# EXHIBIT 30

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



**Gary Bradski** <gbradski@magicleap.com>

---



---

**Gary Bradski** <gbradski@magicleap.com>                        Mon, Nov 30, 2015 at 1:36 PM
To: Brian Anderson <banderson@magicleap.com>

> I have a group of ▮▮▮▮▮ under contract for probably around ▮▮▮▮▮ they do almost all their business with big western companies, we own whatever IP etc they develop for us. They are working on our experimental deep learning, ▮▮▮▮▮ software for us.
>
> Gary
>
> [Quoted text hidden]
>
> --
>
> 
>
> # Gary Bradski