# EXHIBIT 31

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Gary Bradski <gbradski@magicleap.com>

# Fwd: Re: Editing OpenCV
2 messages

**Samuel Sobell** <ssobell@magicleap.com>  Wed, Aug 12, 2015 at 4:29 PM
To: Gary Bradski <gbradski@magicleap.com>

On Aug 12, 2015 2:20 PM, "Samuel Sobell" <ssobell@magicleap.com> wrote:

> Hey all,
>
> I have a few questions and design issues I'm facing regarding editing OpenCV, and I'm hoping this group could give me some advice on how to proceed.
>
> Just to recap (and fill Jeremy in), my current goal is to edit the OpenCV function ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ speed up our calibration times.
>
> Previously I was attempting to pull only the relevant files into ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ there, but with Zak's help we figured out that that would ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ because of dependencies.
>
> So, in order to proceed, Zak and I see two main options:
>
> 1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> 2) Edit the OpenCV code directly and publish the changes publicly.
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> The drawback of method two is that we would have to make a public pull request which may not be desirable.
>
> Please advise on which of the options you believe is best or of there is a third, better choice.
>
> Thanks in advance!
>
> Best,
> Sam Sobell

**Gary Bradski** <gbradski@magicleap.com>  Wed, Aug 12, 2015 at 6:47 PM
To: Samuel Sobell <ssobell@magicleap.com>, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Option 2. But it is BSD so, while you have to retain the license somewhere for that.
[Quoted text hidden]
--