# EXHIBIT 32

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# More stuff

email: "gbradski@magicleap.com Gary Bradski"  
To: email: "konolige@gmail.com Kurt Konolige"

Wednesday, March 4, 2015 at 11:03:33 AM GMT-07:00

I could have run it ... better than either of them. One was an imperious ass the other just a research dude.

But, forget that stuff, I need to get ▮▮▮▮▮▮▮▮▮▮ Who's a good contact. I hear Larry is pretty good.

I'm trying to kick Rony in the butt to get us interacting with ▮

Hoping they are getting back to Tristan, that's on.

Gary

