# EXHIBIT 33

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

                                              **Gary Bradski <gbradski@magicleap.com>**

---

### ▮▮▮▮ **contract renewal**
1 message

---

**Gary Bradski** <gbradski@magicleap.com>                      Wed, Jan 13, 2016 at 6:33 PM
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I think the ▮▮▮▮ contract is up for renewal, need to renew. We've developed a great deep learning team with them and they are a force multiplier; Adrian depends on them to move our ▮▮▮▮▮▮ forward (Rony wants but has never agreed to more employees than Adrian has in ▮▮▮▮ and now Rony definitely wants the provisional patents to be worked up into patents). We make ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and they are our support for that and they still do work to help out on product one efforts such as supporting relocalization and face detection.

Renew. As was in the budget I submitted ... which I never really heard back on.

Gary

--



Gary Bradski
VP Perception and Core Software
Magic Leap, Inc.
Email:  gbradski@magicleap.com

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.