# EXHIBIT 34

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



**Gary Bradski** <gbradski@magicleap.com>

---

**Gary Bradski** <gbradski@magicleap.com>      Fri, Feb 5, 2016 at 1:44 PM
To: ███████████████████████████████████████████, Adrian Kaehler <akaehler@magicleap.com>

███ is refreshing their contract with us. ████████████████████████ for that.

But, they also want a Statement Of Work.

I can sort of do this, but I'd like to at least get some bullet points from y'all.

Deep net stuff

Gesture

███████

Gary

--

Gary Bradski
VP Perception and Core Software
Magic Leap, Inc.
Email: gbradski@magicleap.com

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

