# EXHIBIT 35

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED