PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, Robotics Actual, Inc., a Delaware Corporation, and OpenCV.ai, Inc., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**DECLARATION OF AARON M. FRANKEL, ESQ. IN SUPPORT OF DEFENDANTS GARY BRADSKI'S, ADRIAN KAEHLER'S AND ROBOTICS ACTUAL, INC.'S CONSOLIDATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Re: Dkt. No. 122** |

1 | I, Aaron M. Frankel, do declare and state as follows:

2 |     1.    I am an attorney with the law firm Kramer Levin Naftalis & Frankel LLP, counsel for Plaintiff Magic Leap, Inc. ("Magic Leap"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Defendants Gary Bradski's, Adrian Kaehler's and Robotics Actual, Inc.'s (collectively "Defendants") Consolidated Administrative Motion to Seal (Dkt. No. 122).

    2.    I have reviewed the following documents and confirmed that they contain Magic Leap, defendants and/or third party's highly confidential information and/or private information:

| Identification of the documents to be sealed | Portions of Document Sought to be sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Dr. Bradski's Reply brief in support of Rule 11 Motion (Dkt. No. 117 (Bradski Motion)) (the "Bradski Reply") | The highlighted portions at page 2, lines 9–12, 14–15; page 3, lines 1, 10, 22–24; page 5, lines 12–17, 20, 22–24; page 7, lines 10, 17–19; page 8, lines 1–2, 9–10, 22–23, 25; page 9, lines 1–6, 8–9; page 11, lines 8–11, 14–15; page 12, lines 26–28; page 13, lines 1, 17, 20–21, 23–28; page 14, lines 16–24 | Magic Leap | The highlighted portions contain Magic Leap's confidential information related to its business strategy, plans, confidential relationship with a third-party contractor, production of its products, financial and/or business decisions. *See ¶* 3 below; *see also Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013). |

1

DECLARATION OF AARON M. FRANKEL IN SUPPORT    CASE NO.: 5:16-cv-02852-NC
OF DEFENDANTS' MOTION TO SEAL

| Identification of the documents to be sealed | Portions of Document Sought to be sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Dr. Kaehler's Reply brief in support of Rule 11 Motion (Dkt. No. 119 (the "Kaehler Reply")) | The highlighted portions at page 2, lines 27–28; page 3, lines 1–4, 14; page 4, lines 8–10; page 5, lines 18–19, 24–27; page 6, lines 1–2, 7–8, 10, 15, 17–18; page 7, lines 1–5; page 8, lines 4–6; page 9, line 2; page 10, lines 13–14; page 13, lines 24–25; page 14, lines 2–3, 6–8 | Magic Leap | The highlighted portions contain Magic Leap's confidential information related to its business strategy, plans, confidential relationship with a third-party contractor, production of its products, financial and/or business decisions.  *See ¶* 4 below; *see also Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013). |

2

DECLARATION OF AARON M. FRANKEL IN SUPPORT       CASE NO.: 5:16-cv-02852-NC
OF DEFENDANTS' MOTION TO SEAL

| Identification of the documents to be sealed | Portions of Document Sought to be sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Dr. Bradski's Reply Declaration (Dkt. No. 118) | The highlighted portions at page 4, lines 20–22, 26–27; page 5, lines 9–12; page 7, lines 3, 27–28; page 8, lines 1–2<br><br>Additionally highlighted portions at page 6, lines 5–6[1] | Magic Leap | The highlighted portions contain Magic Leap's confidential information related to its business strategy, plans, production of its products and business decisions.  *See ¶ 5 below; see also Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013). |
| Dr. Adrian Kaehler's Reply Declaration (Dkt. No. 120) | The highlighted portions at page 2, lines 10, 13, 19–22; page 3, lines 3, 6, 11–13, 16, 18, 20–25; page 4, lines 1–2; page 5, lines 24–25; page 6, line 2 | Magic Leap | The highlighted portions contain Magic Leap's confidential information related to its business strategy, plans, production of its products and business decisions.  *See ¶ 6 below; see also Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013). |

3. The highlighted portions in Bradski's Reply at page 2, lines 9–12, 14–15; page 3, lines 1, 10, 22–24; page 5, lines 12–17, 20, 22–24; page 7, lines 10, 17–19; page 8, lines 1–2, 9–10, 22–23, 25; page 9, lines 1–6, 8–9; page 11, lines 8–11, 14–15; page 12, lines 26–28; page 13, lines 1, 17, 20–21, 23–28; page 14, lines 16–24 contain Magic Leap's confidential information related to its business

---

[1] Attached are redacted and unredacted versions of Dr. Bradski's Reply Declaration with proposed additional portions to be sealed.

strategy, plans, confidential relationship with a third-party contractor, production of its products, financial and/or business decisions.

4. The highlighted portions in Kaehler's Reply at page 2, lines 27–28; page 3, lines 1–4, 14; page 4, lines 8–10; page 5, lines 18–19, 24–27; page 6, lines 1–2, 7–8, 10, 15, 17–18; page 7, lines 1–5; page 8, lines 4–6; page 9, line 2; page 10, lines 13–14; page 13, lines 24–25; page 14, lines 2–3, 6–8 contain Magic Leap's confidential information related to its business strategy, plans, confidential relationship with a third-party contractor, production of its products, financial and/or business decisions.

5. The highlighted portions of the Bradski Reply Declaration at page 4, lines 20–22, 26–27; page 5, lines 9–12; page 7, lines 3, 27–28; page 8, lines 1–2, and additionally highlighted portions at page 6, lines 5–6 contain Magic Leap's confidential information related to its business strategy, plans, production of its products and business decisions.

6. The highlighted portions of the Adrian Kaehler Reply Declaration at page 2, lines 10, 13, 19 – 22; page 3, lines 3, 6, 11 – 13, 16, 18, 20 – 25; page 4, lines 1 – 2; page 5, lines 24 – 25; page 6, line 2 contain Magic Leap's confidential information related to its business strategy, plans, production of its products and business decisions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 27, 2016 in New York, New York.

                                          */s/ Aaron M. Frankel*
                                          AARON M. FRANKEL