UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIC LEAP, INC., | Case No. 16-cv-02852 NC |
| Plaintiff, | **ORDER FOR HEARING BINDERS AND SEALING CHART** |
| v. | |
| GARY BRADSKI, et al., | |
| Defendants. | |

A hearing is scheduled in this case (and the related Case No. 16-cv-3235) on October 12, 2016, on several motions.  In preparation for that hearing, the Court ORDERS the parties to provide the Court with two hearing binders containing unredacted copies of all briefs for all motions by both parties at issue in both cases.  The binders should not contain any exhibits or attachments.  The parties must deliver one binder to the San Jose courthouse clerk's office, and one binder to Judge Kim in the San Francisco courthouse clerk's office by Monday, October 3 at 12:00 p.m.

Additionally, the parties have each filed a number of motions to seal, some of which are opposed.  The parties are ordered to meet and confer about the motions to seal.  The parties must file a stipulated chart identifying all exhibits sought to be sealed.  The chart should state briefly the reason for the sealing request and note if the sealing request is contested.  The chart must be filed on the docket and emailed in word format to the proposed order inbox by October 7.

Case No. 16-cv-02852 NC

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated:  September 27, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge