# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800 office
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Defendants
GARY BRADSKI, ADRIAN KAEHLER, AND
ROBOTICS ACTUAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware corporation,<br><br>Plaintiff;<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, ROBOTICS ACTUAL, INC., a Delaware corporation, and OPENCV.AI, a Delaware corporation,<br><br>Defendants. | Case No. 5:16-cv-02852-NC<br><br>**DR. ADRIAN KAEHLER REPLY DECLARATION**<br><br>Date:        October 12, 2016<br>Time:        1:00 P.M.<br>Courtroom:   7, 4th Floor<br>Judge:       Hon. Mag. J. Nathanael Cousins |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Adrian Kaehler, under penalty of perjury declare as follows:

1. My name is Adrian Kaehler, and I sometimes go by Dr. Adrian Kaehler (I have a Ph.D.). I am over the age of 18. I make the statements here of my personal knowledge and I believe them to be true. I could and would testify competently if called as a witness.

## QUALIFICATIONS

2. As stated in my previous declarations, all of which I affirm, I have and had over 20 years of education, work experience, and expertise in the area of computing, mathematics, artificial intelligence, and robotics *before* I accepted employment with Magic Leap:

    (a) 1988–1992 B.A. Physics, University of California in Santa Cruz, thesis in experimental particle physics;

    (b) 1992–1997 Ph.D. Physics, Columbia University, thesis in computational theoretical particle physics;

    (c) 1998–2006 Intel Corporation – CAD, Automation, VLSI Design, later computer vision and machine learning;

    (d) 2006–2007 Stanford University – Visiting Scholar, Stanford Artificial Intelligence Lab;

    (e) 2006–2013 Applied Minds, Inc. ("AMI"), where I was VP Robotics; and

    (f) October 2013–May 2016 Magic Leap, Inc., where I was VP, Technology Solutions & Member of Technical Staff, Computer Vision, then VP Core Software, later VP Special Projects.

3. Of special note along that timeline, I won a Gordon Bell prize for my work in supercomputing in 1998, and was part of the winning team for the robotics DARPA Grand Challenge competition in 2005.

4. My expertise with the OpenCV computer vision library, which, again, is an open source, publicly available code base primarily developed by Dr. Bradski) is established and publicly disclosed as well. I published a book on computer vision in 2008, *Learning OpenCV: Computer Vision with the OpenCV Library*, which, imminently, will be released in its second edition, *Learning OpenCV 3: Computer Vision in C++ with the OpenCV Library*.

Entrepreneur Law Group
www.entrepreneurlaw-group.com℠

5.      I have reviewed the following five declarations submitted by Magic Leap in support of its Opposition to Defendants' Special Motion to Strike at Least the State Law Claims 3−10 of Plaintiff's Complaint and First Amended Complaint ("<u>Anti-SLAPP Motion</u>"): Declaration of Rony Abovitz [ECF Nos. 92-7, 93-2]; Declaration of Paul Greco [ECF Nos. 92-15, 93-6]; Declaration of Hendrik Vlietstra [ECF Nos. 92-13, 93-5] (except AEO information); Declaration of David Lundmark [ECF Nos. 92-9, 93-3]; Declaration of Yannick Pellet in Support of Magic Leap, Inc.'s Opposition to Defendants' Anti-SLAPP Motion. [ECF Nos. 92-11, 93-4]; and Declaration of Scott Henry [ECF Nos. 92-17, 93-7].

6.      Mr. Lundmark testifies that he told Dr. Bradski that "Magic Leap ultimately would be scaling up ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮." ECF No. 92-9 at 7–9; *see also* Greco at 1:9–10, 1:11–13. This is a very mundane statement and should not be confused with any ground-breaking effort or idea in robotics, or to create an entirely new class of "learning" robots. A standard "▮▮▮▮▮▮▮" is an "off-the-shelf" and readily available commercial piece of hardware—not that different than what one can readily buy online through Amazon and eBay and for industrial applications (**Exhibit A** is a true and correct copy of Amazon's search results for "Kuka" robots;[1] **Exhibit B** is a true and correct copy of eBay search results for "Fanuc" robots;[2] and **Exhibit C** is a true and correct copy of eBay search results for "Kuka" robots;[3] and **Exhibit D** is a true and correct copy of the "Robots" page from http://www.used-robots.ca, last visited Sep. 21, 2016).  A ▮▮▮▮▮▮▮ is a banal and ubiquitous instrument. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ would be expected to be built without at least some modern ▮▮▮▮▮▮▮▮▮▮. However, this ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ exists and is commercially available, and, much as a company would not build its

---

[1] Available at https://www.amazon.com/s/ref=sr_nr_seeall_1?rh=k%3Akuka%2Ci%3Aindustrial&keywords=kuka&ie=UTF8&qid=1474495055, last visited Sep. 21, 2016

[2] Available at http://www.ebay.com/sch/i.html?_odkw=fanuc&_osacat=0&_from=R40&_trksid=p2045573.m570.11313.TR12.TRC2.A0.H0.Xkuka.TRS0&_nkw=kuka&_sacat=0, last visited Sep. 21, 2016

[3] Available at http://www.ebay.com/sch/i.html?_odkw=fanuc&_osacat=0&_from=R40&_trksid=p2045573.m570.11313.TR12.TRC2.A0.H0.Xkuka.TRS0&_nkw=kuka&_sacat=0, last visited Sep. 21, 2016;

1  own email application, it would use something available on the market, given the state of the art,
2  the statement means only that Magic Leap might potentially at some point in the future go out
3  and purchase existing █████████ and equip its █████████ with them, and
4  operate them in the manner typical of such robots in production today. I see nothing in this
5  statement indicating that Magic Leap has any plans to internally advance the state of the art in
6  robotics technology, whether for ███████ or any purpose.
7       7.   No discussion ever took place between myself and anyone at Magic Leap, and
8  specifically not with Rony, Dave, Henk, Paul, Yannick, or Scott,[4] concerning any plan
9  whatsoever at any level of abstraction or hypothetical nature to advance the state of the art in
10 robotics technology internally at Magic Leap.
11      8.   While I was employed there, Magic Leap did not have "█████████
12 ████████████████████████████████████████████████
13 ." Pellet Decl. 1:10–11. I would be very surprised if it had such a robot even now, as no robot
14 known to me can do what Mr. Pellet describes. Based on my education, experience, and
15 employment over 20 years in the field of robotics, the technology to develop a robot that can
16 ████████████████████████████████ does not exist. It did not
17 exist in May 2016 and was not in development in Magic Leap during the time I was there. The
18 fundamental issue is, the robot is not human, it cannot █████████ precisely, and
19 the task as defined will always exist at some level of abstraction slightly different from what the
20 robot is faced with doing. There are implicit generalizations required in ██████ that are very
21 difficult and challenging for modern robotics research. For example, ████████████
22 ████████████████████████████████████████████████
23 ████████████████████████████████████████████████
24 ████████████████████████████████████████████████
25 ██████. Humans are very good at resolving such generalities, but this remains a very
26
27 [4]Or even with Gary Bradski, other than when Gary and I discussed whether Magic Leap could be
28 a possible investor and/or customer in something we might create together as an independent
   project.

Kaehler Reply Decl.                             3                        Case No. 5:16-cv-02852-NC

difficult task for a computer. ████████████████████████████

██████. ████ is an incredibly subtle task and the technology to resolve these subtleties does not exist to my knowledge. There is published information on technologies which attempt to address these problems; and there are implementations of such technologies in, but only in research environments. However, even in those cases it is not yet proven that the technology available can resolve these subtle challenges in the generality necessary for practical application.

9. Mr. Pellet also falsely states that "The work being done and discussed while Drs. Bradski and Kaehler were employees at Magic Leap included deep learning technologies. *Specifically, in Magic Leap's Mountain View office, part of the roadmap was using reinforcement learning with deep learning.*" Pellet Decl., 1:5–7. This statement is both false and misleading. To my knowledge, at least, no part of any Magic Leap roadmap used "reinforcement learning" in any way, with or without Deep Learning, and I do not know what it would have been or even what it might have been intended to solve.

10. As I explained previously, "Deep Reinforcement Learning" is a specialized subfield of Deep Learning, that looks for completely different solutions to completely different technical problems than the problems I am aware of at Magic Leap. "Reinforcement Learning" (in contrast to Deep Reinforcement Learning) is a field of research that in behavioral psychology, and, inspired by that behavioral psychology research, in computer science and machine learning, studies learned behaviors from cumulative rewards.

> In reinforcement learning, the purpose or goal of the agent is formalized in terms of a special reward signal passing from the environment to the agent. At each time step, the reward is a simple number, $R_t \in \mathbb{R}$. [the Reward $R$ at an any given time $t$ is a real number]. Informally, the agent's goal is to maximize the total amount of reward it receives. This means maximizing not immediate reward, but cumulative reward in the long run

Richard S. Sutton and Andrew G. Barto, REINFORCEMENT LEARNING: AN INTRODUCTION 48 (2d ed. 2012) (§ 3.2, *Goals and Rewards*), http://people.inf.elte.hu/lorincz/Files/RL_2006/SuttonBook.pdf (excerpt attached as **Exhibit E**).

**Exhibit F** is a true and correct copy of what is undoubtedly one of the most famous and important papers in the Deep Reinforcement Learning world, Mnih, Volodymyr, et al. *Playing*

1  *atari with deep reinforcement learning*," *arXiv preprint arXiv:1312.5602* (2013). In this paper, a
2  group at Google DeepMind announced that they had built a computer program that could *train*
3  *itself* to play video games from the old Atari 2600 system. In the introduction, it describes what
4  Reinforcement Learning is, what Deep Learning is, and what is the relationship between the two.
5  (An expanded paper, presenting this work, was later published in 2015 in the prestigious Journal
6  *Nature*).

> ***Learning to control agents directly from high-dimensional sensory inputs like vision and speech is one of the long-standing challenges of reinforcement learning (RL).*** Most successful RL applications that operate on these domains have relied on hand-crafted features combined with linear value functions or policy representations. Clearly, the performance of such systems heavily relies on the quality of the feature representation.
>
> Recent advances in deep learning have made it possible to extract high-level features from raw sensory data, leading to breakthroughs in computer vision [11, 22, 16] and speech recognition [6, 7]. These methods utilise a range of neural network architectures, including convolutional networks, multilayer perceptrons, restricted Boltzmann machines and recurrent neural networks, and have exploited both supervised and unsupervised learning. ***It seems natural to ask whether similar techniques could also be beneficial for RL with sensory data.***
>
> However reinforcement learning presents several challenges from a deep learning perspective. ***Firstly, most successful deep learning applications to date have required large amounts of handlabelled training data. RL algorithms, on the other hand, must be able to learn from a scalar reward signal that is frequently sparse, noisy and delayed. The delay between actions and resulting rewards, which can be thousands of timesteps long,*** seems particularly daunting **when compared to the direct association between inputs and targets found in supervised learning.** Another issue is that most deep learning algorithms assume the data samples to be independent, while in reinforcement learning one typically encounters sequences of highly correlated states. Furthermore, in RL the data distribution changes as the algorithm learns new behaviours, which can be problematic for deep learning methods that assume a fixed underlying distribution.

[Emphasis added]. DeepMind is a very well-known group in industry and the field, not doing robotics, as such, but doing Deep Reinforcement Learning, inside of Google. You will not find more qualified authorities to clarify that Deep Reinforcement Learning is a different problem from Supervised Learning done with Deep Networks (███████████████).

11.   Deep Reinforcement Learning is a specific subfield of Deep Learning that is about applying Deep Learning techniques to the problem of Reinforcement Learning. The

problems pursued at Magic Leap are drawn from a separate subfield of Deep Learning that is about applying Deep Learning techniques to the problem of ▇▇▇▇▇▇▇▇. Mr. Pellet does not present his credentials to speak authoritatively on any field of Reinforcement Learning or Deep Reinforcement Learning, or on Deep Learning at all. My previous declaration describes the difference between Deep Reinforcement Learning and what was done at Magic Leap in Deep Learning, and also identifies the reams of publicly available, published information in both fields (including Dr. Abbeel's work in Deep Reinforcement Learning).

12. As I stated in my previous declaration, I did not recruit nor attempt to recruit any Mountain View employees to join any new ventures, and that includes the Robotics Actual idea for a company that Magic Leap has destroyed. *See* Vlietstra Decl., 7:26–27.

13. Magic Leap did not require me "to assign all ownership rights to technologies on which they work or develop during the course of their employment." Vlietstra Decl., 1:14–16. My employment agreement states that it is governed by California law and includes at least the Labor Code § 2870, Business & Professions Code § 16600, and "Consulting Freedom" express exceptions to any assignment or noncompetition obligation. Kaehler Decl. Supp. R. 11 Mot., Ex. A at pp. 2 and §3(a), (d), (e), § 5(a), § 9(a) [ECF No. 65-1].

14. As with the OpenCV Machine Learning Library, the Caffe, Torch, and Tensorflow Deep Learning frameworks are all publicly available and open source.

15. **Exhibit G** is a true and correct copy of the home page for Caffe, http://caffe.berkeleyvision.org/, and **Exhibit H** is a true and correct copy of the webpage for the Caffe GitHub repository, https://github.com/BVLC/caffe, from which the Deep Learning code can be downloaded.

16. **Exhibit I** is a true and correct copy of the home page for Torch, http://torch.ch/, and **Exhibit J** is a true and correct copy of the webpage for the Torch GitHub repository, https://github.com/torch/torch7, from which the Deep Learning code can be downloaded.

17. **Exhibit K** is a true and correct copy of the home page for Tensorflow, https://www.tensorflow.org/, and **Exhibit L** is a true and correct copy of the webpage for the

Tensorflow GitHub repository, https://github.com/tensorflow/tensorflow, from which the Deep Learning code can be downloaded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was entered into September 27, 2016 in Palo Alto, California.

*/s/ Adrian Kaehler*
Adrian Kaehler

Under Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the signatories indicated by a conformed signature (*/s/*) within this e-filed document.

*/s/ Jack Russo*
Jack Russo