# EXHIBIT 2


# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| From: | Kastens, Kris |
|---|---|
| Sent: | Monday, August 29, 2016 6:56 PM |
| To: | jrusso@computerlaw.com |
| Cc: | Kobialka, Lisa; Andre, Paul; Frankel, Aaron; Lucy Goodnough (lgoodnough@computerlaw.com); csargent@computerlaw.com |
| Subject: | Magic Leap v. Bradski, Kaehler - ESI Search Terms |

Jack,

Per the Court's direction at the Case Management Conference and in advance of our meet and confer tomorrow, Plaintiff Magic Leap proposes the search terms below for the electronic discovery you have represented has been maintained, namely (1) the personal email accounts of Drs. Bradski and Kaehler and (2) their personal computers and Dropbox accounts you have represented that you are holding in escrow. As we have stated in the past, we are willing to work with you regarding any issues with respect to the personal computers and for this reason, have requested that you give us an idea of what is on the computer.

These proposed search terms should be applied to all personal accounts of Drs. Bradski and Kaehler, including at least "garybradski@gmail.com", "adrian.kaehler@gmail.com" and "therealadrian@gmail.com".  Furthermore, the search terms listed should be considered to apply to any match of the term, regardless of whether it is part of a larger word.  For example, "@magicleap.com" would include all email addresses ending in this string.  As a further example, the term "poach" should return all emails that include "poaching", "poaches", etc.

Please confirm that Defendants will produce any resulting electronic discovery in the next two weeks (by September 12, 2016).

Sincerely,
Kris


Bradski
1. "Adrian" or "Kaehler" or "adrian.kaehler@gmail.com" or "therealadrian@gmail.com"
2. "Magic Leap" or "ML" or "@magicleap.com"
3. "poach" or "solicit"
4. ███████████████████ █████████████████
5. ████████████████
6. █████████████
7. ████████████████
8. ███████████████
9. █████████████████
10. "Rony" or "Abovitz"
11. "CEO"
12. "Trade Secret" or "Confidential"
13. "deep learning" or "deep nets" or "neural networks" or "CNN"
14. "reinforce" or "reinforcement"

15. "N+1"
16. "Robotics Actual" or "RA" or "robotics"
17. "Scott" or "Hassan"
18. "David" or "Lundmark" or "dlundmark@magicleap.com"
19. "option" or "vested" or "vest"
20. ███████████████████████████
21. "NewCo"
22. "Lux Capital" ███████████████████
23. "OpenCV.ai" or "OpenCV"
24. "Ethan" or "Rublee"
25. ███████████████
26. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████
27.
28. "Occipital"
29. "eonite"
30. "abundant robotics"
31. "lambda labs"
32. "lily camera"
33. "Noitom"
34. "pinscreen"
35. "Pieter" or "Abbeel" or "pabbeel@cs.berkeley.edu"
36. "augmented reality" or "mixed reality"
37. "funding" or "invest"
38. "consult"
39. ████████████
40. ██████████ "
41. ████████████████
   ███████████████

Kaehler
1. "Gary" or "Bradski" or "garybradski@gmail.com"
2. "Magic Leap" or "ML" or "@magicleap.com"
3. "poach" or "solicit"
4. ██████████████████████████████████
   ██████████████████████████
   ██████████████
   ██████████████

11. "CEO"
12. "Trade Secret" or "Confidential"
13. "deep learning" or "deep nets" or "neural networks" or "CNN"
14. "reinforce" or "reinforcement"
15. "Robotics Actual" or "RA" or "robotics"

16. "Scott" or "Hassan"
17. "David" or "Lundmark" or "dlundmark@magicleap.com"
18. "option" or "vested" or "vest"
19. ████████████████████████████
20. "NewCo"
21. "Lux Capital" or ████████████████
22. "OpenCV.ai" or "OpenCV"
23. "Ethan" or "Rublee"
24. 
26.
27. "abundant robotics"
28. "Pieter" or "Abbeel" or "pabbeel@cs.berkeley.edu"
29. "augmented reality" or "mixed reality"
30. "funding" or "invest"
31. "consult"

████████████████
████████████████████
████████████████████ "