# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Frankel, Aaron |
| **Sent:** | Tuesday, September 13, 2016 4:31 PM |
| **To:** | Lucy Goodnough; Jack Russo; Chris Sargent; Radha Ramakrishnan; Chrissy Taylor |
| **Cc:** | Andre, Paul; Kobialka, Lisa; Kastens, Kris |
| **Subject:** | RE: MAGIC2 Meet and confer, follow up |
| **Attachments:** | KL3-#3093354-v1-Joint_Discovery_Letter_Brief.DOCX; Exhibit 1.pdf; Exhibit 2.pdf |

Counsel:

As Defendants have not responded to Magic Leap's repeated follow up requests regarding the production of Defendants' email for two weeks, Magic Leap will file the attached Joint Discovery Letter Brief seeking relief from the Court.

Please provide us with Defendants' insert. If we have not received Defendants' insert by 5:00 PM PT tomorrow (September 14, 2016), we will file and explain to the Court that Defendants declined to provide a responsive insert.

Regards,
Aaron

---

**From:** Frankel, Aaron
**Sent:** Sunday, September 11, 2016 3:59 PM
**To:** Lucy Goodnough; Jack Russo; Chris Sargent; Radha Ramakrishnan; Chrissy Taylor
**Cc:** Andre, Paul; Kobialka, Lisa; Kastens, Kris
**Subject:** RE: MAGIC2 Meet and confer, follow up

Counsel:

We continue to await Defendants' response to Magic Leap's September 1, 2016 revised list of search terms, and note that Defendants committed to providing this discovery sufficiently in advance of the upcoming October 11, 2016 mediation so that Magic Leap will have a meaningful opportunity to review it.

By close of business tomorrow, please either commit to producing the hits matching Magic Leap's search criteria or provide the aggregate search hit results list and any counter-proposals for the search criteria, so that we can timely finalize a list of search terms. If Defendants do not do so, we will contact the Court to help move this process along.

Regards,
Aaron


**Aaron M. Frankel**
Special Counsel

**KRAMER LEVIN
NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas

1

New York, New York 10036
O: 212-715-7793 | F: 212-715-8363
afrankel@kramerlevin.com
view bio
www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Frankel, Aaron
**Sent:** Tuesday, September 06, 2016 9:55 AM
**To:** Lucy Goodnough; Jack Russo; Chris Sargent; Radha Ramakrishnan; Chrissy Taylor
**Cc:** Andre, Paul; Kobialka, Lisa; Kastens, Kris
**Subject:** RE: MAGIC2 Meet and confer, follow up

Counsel:

Please provide us with Defendants' response to Magic Leap's revised list of search terms.

Regards,
Aaron

---

**From:** Frankel, Aaron
**Sent:** Thursday, September 01, 2016 11:22 PM
**To:** Lucy Goodnough; Jack Russo; Chris Sargent; Radha Ramakrishnan; Chrissy Taylor
**Cc:** Andre, Paul; Kobialka, Lisa; Kastens, Kris
**Subject:** RE: MAGIC2 Meet and confer, follow up

Counsel:

Further to our meet and confers, Magic Leap proposes the following revised list of search terms. As discussed, to the extent these terms yield an excessive number of hits, it would be helpful for Defendants to provide the search hit result list so that we can cooperate to further narrow the parameters, to the extent necessary. The use of a "*" indicates a search including expanded terms, for example, reinforce* would include reinforce, reinforcement, reinforcing, etc.

Regards,
Aaron

DATE RANGE:  On or after 9/9/2013

Bradski
   1. "Adrian" or "Kaehler" or "adrian.kaehler@gmail.com" or "therealadrian@gmail.com"
   2. poach* or solicit*
   
   [text redacted]
   
   9. "Rony" or "Abovitz"

2

10. "CEO"
11. "deep learning" or "deep nets" or "neural networks" or "CNN"
12. reinforc*
13. "N+1"
14. "Robotics Actual" or "RA" or "robotics"
15. *Hassan* or "hassan@suitabletech.com" or "hassan@dotfunk.com" or "hassan@willowmail.com"
16. "Lundmark" or "dlundmark@magicleap.com" or "lundmark@suitabletech.com" or "david@lundmarks.org"
17. ███████████████████████
18. "NewCo"
19. "Lux Capital" or "██████████"
20. "OpenCV.ai"
21. *Rublee*
22. "██████████████
23. "Intel"
24. "Occipital"
25. "eonite"
26. "abundant robotics"
27. "lambda labs"
28. "lily camera"
29. "Noitom"
30. "pinscreen"
31. "Pieter" or "Abbeel" or "pabbeel@cs.berkeley.edu" or "pabbeel@gmail.com"
32. "augmented reality" or "mixed reality"
33. "consult"



Kaehler

1. "Gary" or "Bradski" or "garybradski@gmail.com"
2. Poach* or solicit*
3. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████
9. "Rony" or "Abovitz"
10. "CEO"
11. "deep learning" or "deep nets" or "neural networks" or "CNN"
12. Reinforc*
13. "Robotics Actual" or "RA" or "robotics"
14. *Hassan* or "hassan@suitabletech.com" or "hassan@dotfunk.com" or "hassan@willowmail.com"
15. "Lundmark" or "dlundmark@magicleap.com" or "lundmark@suitabletech.com" or "david@lundmarks.org"
16. ███████████████████████

3

17. "NewCo"
18. "Lux Capital" or █████████████
19. "OpenCV.ai"
20. *Rublee*
21. "█████████████
22. "Intel"
23. "abundant robotics"
24. "Pieter" or "Abbeel" or "pabbeel@cs.berkeley.edu" or "pabbeel@gmail.com"
25. "augmented reality" or "mixed reality"
26. "consult"
27. ███
████████████████████████████████████████████
████████████████████████████████████

---

**From:** Lucy Goodnough [mailto:lgoodnough@computerlaw.com]
**Sent:** Tuesday, August 30, 2016 10:21 PM
**To:** Frankel, Aaron
**Cc:** Jack Russo; Chris Sargent; Radha Ramakrishnan; Chrissy Taylor; Kobialka, Lisa; Andre, Paul; Kastens, Kris
**Subject:** MAGIC2 Meet and confer, follow up

Good evening, Counsel:

As an update, the search terms list you requested produced nearly 9 million hits across 100,000+ email files on one device before it crashed the analysis software approximately halfway through the analysis.

This was what we had anticipated, and we renew our request that parties explore a more targeted list, perhaps an initial ten search terms for each side, roughly in order of priority and uniqueness that addresses, if possible, the issues with problematic terms identified in our conversation today, specifically:

> (a) common language terms (e.g., "CEO," "GRACE," "VEST," "INVEST," "INTEL" "FRANK," "OPTION," "CONFIDENTIAL") and
> (b) terms of fewer than four letters that is not a really unique combination (e.g., "CEO," "████████████
████████████

We will work towards putting together our list. We also suggest narrowing the scope of the search by time, if you could identify for us the time frame of interest or relevance as Magic Leap sees it.  Parties might also consider jointly discussing the matter with Judge Kim, seeking her guidance for this without prejudice to motions each or any side may bring.

I look forward to speaking with you again tomorrow, and wish you best of success at your hearing.

Regards,

**Lucy Goodnough**
Associate, Computerlaw Group LLP
lgoodnough@computerlaw.com
650-660-9619 direct | 650-327-9800 main