# EXHIBIT 5

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Frankel, Aaron |
| **Sent:** | Thursday, September 29, 2016 1:15 PM |
| **To:** | Lucy Goodnough; Jack Russo; Chris Sargent; Radha Ramakrishnan; Chrissy Taylor |
| **Cc:** | Andre, Paul; Kobialka, Lisa; Kastens, Kris |
| **Subject:** | RE: Magic Leap v. Bradski: Email Search Parameters |
| **Attachments:** | KL3-#3095529-v1-Joint_Discovery_Letter_Brief.DOCX |

Counsel:

Defendants' unilateral decision to renege on their September 19, 2016 unconditional agreement to provide responsive emails by September 26, 2016 is unacceptable. The parties have conferred on this issue over a dozen times since the Court ordered Defendants to produce these emails at the August 24, 2016 CMC, and Magic Leap twice deferred bringing this dispute to the Court based on Defendants' representations that they would produce these emails.

Magic Leap will file the attached Joint Discovery Letter Brief tomorrow morning. Please provide your insert by 10:00 AM PT or we will proceed to file and indicate that we have not yet received Defendants' insert.

Regards,
Aaron

**From:** Frankel, Aaron
**Sent:** Wednesday, September 28, 2016 3:54 PM
**To:** Lucy Goodnough; Jack Russo; Chris Sargent; Radha Ramakrishnan; Chrissy Taylor
**Cc:** Andre, Paul; Kobialka, Lisa; Kastens, Kris
**Subject:** RE: Magic Leap v. Bradski: Email Search Parameters

Lucy,

Defendants' production of responsive emails is now several days overdue. Magic Leap held off on seeking relief from the Court based on your representation that Defendants would produce these documents by no later than Monday. Please advise as to the status of this production. If Defendants will not be producing these documents immediately, Magic Leap will seek relief from the Court.

Regards,
Aaron


**Aaron M. Frankel**
Special Counsel

**KRAMER LEVIN**
**NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
O: 212-715-7793 | F: 212-715-8363

afrankel@kramerlevin.com
view bio
www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Lucy Goodnough [mailto:lgoodnough@computerlaw.com]
**Sent:** Monday, September 19, 2016 5:03 PM
**To:** Frankel, Aaron
**Cc:** Jack Russo; Chris Sargent; Radha Ramakrishnan; Chrissy Taylor; Andre, Paul; Kobialka, Lisa; Kastens, Kris
**Subject:** RE: Magic Leap v. Bradski: Email Search Parameters

Aaron,

Thank you, that was very helpful. We will produce by September 26, 2016 the non-privileged or non-protected emails in the Bradski garybradski@gmail account responsive to the list of search terms for Dr. Bradski, and the Kaehler therealadrian@gmail and adrian.kaehler@gmail accounts that are responsive to the respective lists of search terms for Dr. Kaehler.

I would also like to follow up on the requests that Defendants made Friday. Could you let me know the status on those, and when you would be available to meet and confer regarding those requests?

Best,

Lucy


**From:** Frankel, Aaron [mailto:AFrankel@KRAMERLEVIN.com]
**Sent:** Monday, September 19, 2016 1:41 PM
**To:** Lucy Goodnough <lgoodnough@computerlaw.com>
**Subject:** RE: Magic Leap v. Bradski: Email Search Parameters

Lucy,

The transcript is attached. Discovery was not limited to exchanges with third parties, and that concept is not reflected in the transcript.

As we discussed on Friday, we held off going to the Court this morning on the hopes that the parties could finalize an agreement as to the scope of the emails that would be produced. Please confirm today that Defendants will be producing the emails responsive to Magic Leap's requested search parameters by no later than Monday, September 26. Otherwise we will seek relief from the Court.

Please feel free to call me if you would like to discuss.

Regards,
Aaron



**Aaron M. Frankel**
Special Counsel

**KRAMER LEVIN
NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
O: 212-715-7793 | F: 212-715-8363
afrankel@kramerlevin.com
view bio
www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Lucy Goodnough [mailto:lgoodnough@computerlaw.com]
**Sent:** Monday, September 19, 2016 4:19 PM
**To:** Frankel, Aaron
**Subject:** RE: Magic Leap v. Bradski: Email Search Parameters

Aaron,

We are reviewing this and have a question on our end. Our recollection was that the scope of discovery was limited to exchanges with third parties in the accounts. If you have a copy of the transcript, could you send it?

Best,

Lucy

**From:** Frankel, Aaron [mailto:AFrankel@KRAMERLEVIN.com]
**Sent:** Monday, September 19, 2016 12:10 PM
**To:** Lucy Goodnough <lgoodnough@computerlaw.com>
**Subject:** RE: Magic Leap v. Bradski: Email Search Parameters

Lucy:

Do you expect to be able to confirm today that we are moving forward with these search parameters?  We do need to know soon one way or the other.

Thanks,
Aaron



**Aaron M. Frankel**
Special Counsel

**KRAMER LEVIN
NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
O: 212-715-7793 | F: 212-715-8363
afrankel@kramerlevin.com
view bio
www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Lucy Goodnough [mailto:lgoodnough@computerlaw.com]
**Sent:** Sunday, September 18, 2016 3:23 PM
**To:** Frankel, Aaron
**Subject:** Re: Magic Leap v. Bradski: Email Search Parameters

Running this by my team. Thanks again for your attention to this over a weekend, Aaron.

LG

Get Outlook for iOS

---

**From:** Frankel, Aaron <AFrankel@KRAMERLEVIN.com>
**Sent:** Sunday, September 18, 2016 9:01:43 AM
**To:** Lucy Goodnough; Radha Ramakrishnan; Chris Sargent; Jack Russo; Chrissy Taylor
**Cc:** Andre, Paul; Kobialka, Lisa; Kastens, Kris
**Subject:** RE: Magic Leap v. Bradski: Email Search Parameters

Lucy:

Based on the preliminary search result numbers you provided, Magic Leap provides the following revised search list for Dr. Bradski's email. Magic Leap is reserving all rights as to further discovery.

As discussed, please confirm that Defendants will produce the emails responsive to the search terms for Drs. Bradski and Kaehler by no later than Monday, September 26, 2016.

I am available for a call today if there are any remaining issues to discuss to finalize the search parameters. Otherwise, please proceed to produce the requested documents.

Regards,
Aaron

**Search Parameters for Dr. Bradski's Email**

**DATE RANGE**: on or after 9/9/2013

The use of a "*" indicates a search including expanded terms, for example, appl* would include apple, applied, apples, etc.

All email and attachments containing one or more of the following terms:

1. "abundant robotics"
2. "adrian.kaehler@gmail.com" or "therealadrian@gmail.com"
3. [redacted]
5. "deep learning" or "deep nets" or "neural networks" or "CNN"
[redacted]
7. "eonite"
[redacted]
9. *Hassan* or "hassan@suitabletech.com" or "hassan@dotfunk.com" or "hassan@willowmail.com"
10. "Intel" AND [redacted]

4

11. ███ **AND** ("stock" or "options" or "equity" or "purchase" or "negotiate" or "payment" or "bot")
12. ███
███
15. "lambda labs"
16. "lily camera"
17. "Lundmark"
18. "Lux Capital" or "███"
19. "mixed reality"
███
21. "N+1"
22. "NewCo"
23. "Noitom"
24. "Occipital"
25. "OpenCV.ai"
26. "pabbeel@cs.berkeley.edu" or "pabbeel@gmail.com"
27. "pinscreen"
28. *poach*
29. reinforc*
30. "Robotics Actual" or "RA"
31. "Rony" or "Abovitz"
32. *Rublee*
33. "███
34. solicit* **AND** (contract* or Magic or ███ or agreement*)
35. *███

**Aaron M. Frankel**
Special Counsel

**KRAMER LEVIN**
**NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
O: 212-715-7793 | F: 212-715-8363
afrankel@kramerlevin.com
view bio
www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Frankel, Aaron
**Sent:** Friday, September 16, 2016 5:26 PM
**To:** Lucy Goodnough (lgoodnough@computerlaw.com); Radha Ramakrishnan; Chris Sargent; Jack Russo; Chrissy Taylor
**Cc:** Andre, Paul; Kobialka, Lisa; Kastens, Kris
**Subject:** Magic Leap v. Bradski: Email Search Parameters

Lucy:

Further to our discussion today and based on the preliminary search result numbers you provided, Magic Leap provides the following revised search list for Dr. Kaehler's email. I will send you a similar revised list for Dr. Bradski's email once you have the preliminary search result numbers.

As we discussed, Magic Leap is reserving all rights as to further discovery.

Regards,
Aaron

**Search Parameters for Dr. Kaehler's Email**

**DATE RANGE**:  on or after 9/9/2013

The use of a "*" indicates a search including expanded terms, for example, appl* would include apple, applied, apples, etc.

Please note that in several instances Magic Leap only requests emails from Dr. Kaehler's gmail account or his laptop, but not both (see the bracketed comments).

All email and attachments containing one or more of the following terms:

   1. "augmented reality" [**gmail account only**] or "mixed reality" [**both gmail and laptop**]
   2. ▅▅▅▅▅▅▅▅
   3. "deep learning" [**gmail only**] or "deep nets" [**both gmail and laptop**] or "neural networks" [**gmail only**] or "CNN" [**both gmail and laptop**]
   4. "▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅
   6. "garybradski@gmail.com"
   7. *Hassan* or "hassan@suitabletech.com" or "hassan@dotfunk.com"
   8. "Intel" **AND** *▅▅▅*
   9. ▅▅▅▅ **AND** ("stock" or "options" or "equity" or "purchase" or "negotiate" or "payment" or "bot")
   10. "▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅
   13. "lundmark@suitabletech.com"
   14. "Lux Capital" or "▅▅▅▅▅▅▅▅▅
   15. *▅▅▅▅▅▅▅ [**gmail account only**]
   16. "NewCo"
   17. "OpenCV.ai"
   18. "Pieter" or "Abbeel" or "pabbeel@cs.berkeley.edu" or "pabbeel@gmail.com"
   19. *Poach*
   20. Reinforc*
   21. "Robotics Actual" or "RA" or "robotics"
   22. *Rublee*
   ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅
      *solicit*
   ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

I removed the following search terms from the list based on your representation that there were not any hits:

6

1. "abundant robotics"
2. "david@lundmarks.org"
3. 
4. "hassan@willowmail.com"

**Aaron M. Frankel**
Special Counsel

**KRAMER LEVIN
NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
O: 212-715-7793 | F: 212-715-8363
afrankel@kramerlevin.com
view bio
www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.