PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, ROBOTICS ACTUAL, INC., a Delaware Corporation, and OPENCV.AI, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**DECLARATION OF AARON M. FRANKEL, ESQ. IN SUPPORT OF DEFENDANTS DRS. KAEHLER'S AND BRADSKI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Re: Dkt. No. 149** |

I, Aaron M. Frankel, do declare and state as follows:

1. I am an attorney with the law firm Kramer Levin Naftalis & Frankel LLP, counsel for Plaintiff Magic Leap, Inc. ("Magic Leap"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Defendants Dr. Adrian Kaehler's and Dr. Gary Bradski's (collectively "Defendants") Administrative Motion to Seal (Dkt No. 149) portions of the Exhibits to their Discovery Letter Brief (Dkt. No. 146).

2. I have reviewed the following documents and confirmed that they contain Magic Leap, defendants and/or third party's highly confidential information and/or private information:

| Identification of the documents to be sealed | Portions of Document Sought to be sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Defendants' Exhibit A to Discovery Letter Brief | The highlighted portions at pages 1-3. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit B to Discovery Letter Brief | The highlighted portions at pages 1, 2, 4–6. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit C to Discovery Letter Brief | The highlighted portion at page 3. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit D to Discovery Letter Brief | The highlighted portion at page 3. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |

1

DECLARATION OF AARON M. FRANKEL IN SUPPORT   CASE NO.: 5:16-cv-02852-NC
OF MAGIC LEAP'S MOTION TO SEAL

| Identification of the documents to be sealed | Portions of Document Sought to be sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Defendants' Exhibit E to Discovery Letter Brief | The highlighted portion at pages 1–2. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit F to Discovery Letter Brief | The highlighted portion at page 1. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit G to Discovery Letter Brief | The highlighted portion at pages 1–2. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit H to Discovery Letter Brief | The highlighted portion at pages 1–4. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit I to Discovery Letter Brief | The highlighted portion at pages 1–3. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit J to Discovery Letter Brief | The highlighted portion at pages 1–3. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit K to Discovery Letter Brief | The highlighted portion at pages 1–2. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |

DECLARATION OF AARON M. FRANKEL IN SUPPORT         CASE NO.: 5:16-cv-02852-NC
OF MAGIC LEAP'S MOTION TO SEAL

| Identification of the documents to be sealed | Portions of Document Sought to be sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Defendants' Exhibit L to Discovery Letter Brief | The highlighted portion at pages 1–3. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit M to Discovery Letter Brief | The highlighted portion at pages 3–6. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit Q to Discovery Letter Brief | The highlighted portion at page 4. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |
| Defendants' Exhibit S to Discovery Letter Brief | The highlighted portion at pages 1–2. | Magic Leap | The highlighted portions contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor. |

3. The highlighted portions of Defendants' Exhibit A to their Discovery Letter Brief at pages 1-3 (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

4. The highlighted portions of Defendants' Exhibit B to their Discovery Letter Brief at pages 1, 2 and 4-6 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

5. The highlighted portions of Defendants' Exhibit C to their Discovery Letter Brief at page 3 contain (1) third parties' private personal and employment information, (2) Magic Leap's

employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

6. The highlighted portions of Defendants' Exhibit D to their Discovery Letter Brief at page 3 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

7. The highlighted portions of Defendants' Exhibit E to their Discovery Letter Brief at pages 1 -2 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

8. The highlighted portions of Defendants' Exhibit F to their Discovery Letter Brief at page 1 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

9. The highlighted portions of Defendants' Exhibit G to their Discovery Letter Brief at pages 1–2 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

10. The highlighted portions of Defendants' Exhibit H to their Discovery Letter Brief at pages 1 -4 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

11. The highlighted portions of Defendants' Exhibit I to their Discovery Letter Brief at pages 1–3 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

DECLARATION OF AARON M. FRANKEL IN SUPPORT   CASE NO.: 5:16-cv-02852-NC
OF MAGIC LEAP'S MOTION TO SEAL

12. The highlighted portions of Defendants' Exhibit J to their Discovery Letter Brief at pages 1 - 3 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

13. The highlighted portions of Defendants' Exhibit K to their Discovery Letter Brief at pages 1 -2 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

14. The highlighted portions of Defendants' Exhibit L to their Discovery Letter Brief at pages 1 – 3 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel inframation and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

15. The highlighted portions of Defendants' Exhibit M to their Discovery Letter Brief at pages 3 - 6 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

16. The highlighted portions of Defendants' Exhibit Q to their Discovery Letter Brief at page 4 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

17. The highlighted portions of Defendants' Exhibit S to their Discovery Letter Brief at pages 1–2 contain (1) third parties' private personal and employment information, (2) Magic Leap's employees' private personnel information and (3) Magic Leap's confidential information related to its relationship with a third-party contractor.

5

DECLARATION OF AARON M. FRANKEL IN SUPPORT          CASE NO.: 5:16-cv-02852-NC
OF MAGIC LEAP'S MOTION TO SEAL

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 4, 2016 in New York, New York.

*/s/ Aaron M. Frankel*
Aaron M. Frankel

6

DECLARATION OF AARON M. FRANKEL IN SUPPORT  CASE NO.: 5:16-cv-02852-NC
OF MAGIC LEAP'S MOTION TO SEAL