1

2   Paul J. Andre (SBN 196585)
    Lisa Kobialka (SBN 191404)
3   KRAMER LEVIN NAFTALIS
    & FRANKEL LLP
4   990 Marsh Road
    Menlo Park, CA  94025
5   Telephone:  (650) 752-1700
    Facsimile:   (650) 752-1800
6   pandre@kramerlevin.com
    lkobialka@kramerlevin.com
7

8   Counsel for Plaintiff
    MAGIC LEAP, INC.

9

Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Defendants
DR. ADRIAN KAEHLER, DR. GARY BRADSKI,
AND ROBOTICS ACTUAL, INC.

Computerlaw Group LLP
www.computerlaw.com℠

10

11              UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14   MAGIC LEAP, INC., a Delaware corporation,

         Plaintiff,

15

16       v.

17   GARY BRADSKI, an individual, ADRIAN
     KAEHLER, an individual, ROBOTICS ACTUAL,
18   INC., a Delaware corporation, and
     OPENCV.AI, a Delaware corporation,

19

         Defendants.

**Case No. 5:16-cv-02852-NC**

**STIPULATED CHART RE: EXHIBITS SOUGHT
TO BE SEALED
[ECF NOS. 127, 130]**

Date:            October 12, 2016
Time:            1:30 p.m.
Courtroom:   7
Before:          Hon. Nathanael M. Cousins

20

21

22

23

24

25

26

27

28

1  The parties have met and conferred about the motions to seal, and, as Ordered by the

2  Court, now submit the stipulated chart attached as **EXHIBIT 1**, identifying all exhibits sought to

3  be sealed, stating briefly the reason for the sealing request, and noting if the sealing request is

4  contested.

5  The parties note that they also have moved to seal portions of the briefing and

6  declarations in support of Defendants' various motions.

7

8  Respectfully submitted,

9  KRAMER LEVIN NAFTALIS & FRANKEL

10  Dated: October 6, 2016          LLP By:   /s/ Lisa Kobialka

11                                  Paul Andre
                                    Lisa Kobialka
12                                  Aaron Frankel

13                                  Attorneys for Plaintiff MAGIC LEAP, INC.

14                                  COMPUTERLAW GROUP LLP

15  Dated: October 6, 2016          By:    /s/ Lucy Goodnough
                                    Jack Russo
16                                  Christopher Sargent
                                    Lucy Goodnough
17
                                    Attorneys for Defendants DR. GARY BRADSKI,
18                                  DR. ADRIAN KAEHLER, AND ROBOTICS ACTUAL,
19                                  INC.

20

21

22

23

24

25

26

27

28

**Computerlaw Group LLP**
www.computerlaw.com℠

# EXHIBIT 1

Magic Leap, Inc. v. Bradski et al., 16-02852-NC
**ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL RE: EXHIBITS** [ECF NOS. 127 & 130]

| *Exhibit Sought to Be Sealed* | *ECF No.* | *Reason Supporting Sealing Request* | *ECF No.* | *Party Contesting Sealing Request* | *Grounds for Contested Sealing Request* | *ECF No.* |
|---|---|---|---|---|---|---|
| **DR. BRADSKI'S DECLARATION IN SUPPORT OF RULE 12/56 MOTIONS** | | | | | | |
| Exhibit A, p.1. | 40-5/ 40-6 | Disclosing monthly salary; both disclosing personal financial information of Dr. Bradski regarding value of employment compensation earned from Magic Leap. | 40-1 | | | |
| Exhibit A, pp. 1, 3, 7, 8. | 40-5/ 40-6; 1-1; 11-1 | Submitted provisionally; Terms of Dr. Bradski's agreements redacted by Magic Leap. | 40-1 | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 40, 40-1 |
| **DR. KAEHLER'S DECLARATION IN SUPPORT OF RULE 12/56 MOTIONS** | | | | | | |
| Exhibit A, p.1 | 40-17/ 40-18; 1-2; 11-2 | Disclosing monthly salary; disclosing personal financial information of Dr. Kaehler regarding value of employment compensation earned from Magic Leap. | 40-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit A, pp.1, 7 | 40-17/ 40-18 | Submitted provisionally; Terms from Dr. Kaehler's agreements redacted by Magic Leap. | 40-1 | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 40, 40-1 |
| Exhibit D | 40-21/ 40-22 | Disclosing personal financial information of Dr. Kaehler regarding value of employment compensation earned from Magic Leap. | 40-1 | | | |
| Exhibit E, p.3 | 40-23/ 40-24 | Discussing private personal and employment information about Magic Leap employees; discussing details of a project Dr. Kaehler worked on at Magic Leap. | *See* 40-1 | | | |
| Exhibit E, pp. 3−4 | 40-23/ 40-24 | Discussing sensitive/nonpublic Magic Leap information. | *See* 40-1 | | | |
| DR. BRADSKI'S DECLARATION IN SUPPORT OF RULE 11 MOTIONS | | | | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit A, p.1 | 56-19/ 56-20 | Disclosing monthly salary; disclosing personal financial information of Dr. Bradski regarding value of employment compensation earned from Magic Leap; | 56-1 | | | |
| Exhibit A, pp.1−2, 6−7 | 56-19/ 56-20; 1-1; 11-1 | Submitted provisionally; Terms from Dr. Bradski's agreements redacted by Magic Leap. | 56-1 | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 56, 56-1 |
| **DR. KAEHLER'S DECLARATION IN SUPPORT OF RULE 11 MOTIONS** | | | | | | |
| Exhibit A, p.1 | 56-9/ 56-10 | Disclosing monthly salary; disclosing personal financial information of Dr. Kaehler regarding value of employment compensation earned from Magic Leap. | 56-1 | | | |
| Exhibit A, pp. 1,7 | 56-9/ 56-10; 1-2; 11-2 | Submitted provisionally; Terms of Dr. Kaehler's agreements redacted by Magic Leap. | 56-1 | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 56, 56-1 |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit D, p.1 | 56-12/ 56-13 | Disclosing personal financial information of Dr. Kaehler regarding value of employment compensation earned from Magic Leap. | 56-1 | | | |
| Exhibit E, pp. 3–4 | 56-14/ 56-15 | Discussing details about employees at Magic Leap, including private personal and employment information about employees and/or in relation to nonpublic information about its technology; discussing sensitive/nonpublic Magic Leap information; discussing nonpublic details of a project Dr. Kaehler worked on at Magic Leap | *See* 56-1. | | | |
| **DR. BRADSKI'S DECLARATION IN SUPPORT OF ANTI-SLAPP MOTION** | | | | | | |

4

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit A, p.1 | 61-5/ 61-6 | Disclosing monthly salary; disclosing personal financial information of Dr. Bradski regarding value of employment compensation earned from Magic Leap. | 61-1 | | | |
| Exhibit A, pp. 1–2, 6–7 | 61-5/ 61-6; 1-1; 11-1 | Submitted provisionally; Terms of Dr. Bradski's agreements redacted by Magic Leap. | | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 61, 61-1, *See* 81, 90-1 |
| **DR. KAEHLER'S DECLARATION IN SUPPORT OF ANTI-SLAPP MOTION** | | | | | | |
| Exhibit A, p.1 | 61-9/ 61-10; 1-2; 11-2 | Disclosing monthly salary; disclosing personal financial information of Dr. Kaehler regarding value of employment compensation earned from Magic Leap. | 61-1 | | | |
| Exhibit A. pp. 1, 7 | 61-9/ 61-10; 1-2; 11-2 | Terms of Dr. Kaehler's agreements redacted by Magic Leap. | 61-1 | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 61, 61-1, *See* 81, 90-1 |

5

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit D | 61-11/ 61-12 | Disclosing personal financial information of Dr. Kaehler regarding value of employment compensation earned from Magic Leap. | 61-1 | | | |
| Exhibit E, pp. 3–4 | 61-13/ 61-14 | Discusses private personal and employment information about Magic Leap employees and/or in relation to nonpublic information about its technology; sensitive/nonpublic Magic Leap information; discussing nonpublic details of a project Dr. Kaehler worked on at Magic Leap. | See 61-1 | | | |
| Ex. E, pp. 4–5 | 61-13/ 61-14 | The redacted portions of the document contain private personnel and employment information of Magic Leap's employee. | 81 | | | |
| JACK RUSSO DECLARATION IN SUPPORT OF ANTI-SLAPP MOTION | | | | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit D, at Ex. 1, p.1 | 61-15/ 61-16 | Dr. Bradski's monthly salary information. | 61-1 | | | |
| Exhibit D, at Ex. 2, p.1 | 61-15/ 61-16 | Dr. Kaehler's monthly salary information. | 61-1 | | | |
| Exhibit D, at Ex. 1, pp. 1−2, 6−7 | 61-15/ 61-16 | Terms from Dr. Bradski's Agreements redacted by Magic Leap. | 61-1 | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 61, 61-1 |
| Exhibit D, at Ex. 2, p.1 and 7 | 61-15/ 61-16 | Terms from Dr. Kaehler's Agreements redacted by Magic Leap. | 61-1 | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 61, 61-1 |
| REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ANTI-SLAPP MOTION | | | | | | |
| Exhibit 32, at Ex. 1, p.1 | 61-17/ 61-18 | Dr. Bradski's monthly salary amount. | 61-1 | | | |
| Exhibit 32, at Ex. 2, p.1 | 61-17/ 61-18 | Dr. Kaehler's monthly salary amount. | 61-1 | | | |

| *Exhibit Sought to Be Sealed* | *ECF No.* | *Reason Supporting Sealing Request* | *ECF No.* | *Party Contesting Sealing Request* | *Grounds for Contested Sealing Request* | *ECF No.* |
|---|---|---|---|---|---|---|
| Exhibit 32, at Ex. 1, pp. 1−2, 6−7 | 61-17/ 61-18 | Terms from Dr. Bradski's Agreements redacted by Magic Leap. | 61-1 | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 61, 61-1 |
| Exhibit 32, at Ex. 2, pp. 1 and 7 | 61-17/ 61-18 | Terms from Dr. Kaehler's Agreements redacted by Magic Leap. | | All parties | The parties agree to withdraw the request to seal this portion of this exhibit. | 61, 61-1 |
| **LISA KOBIALKA DECLARATION IN SUPPORT OF MAGIC LEAP'S OPPOSITION TO DEFENDANTS' ANTI-SLAPP MOTION** | | | | | | |
| Exhibit 4 | 92-19/ 92-20 | This document is an unpublished patent application, not publicly available, containing Magic Leap's highly confidential and proprietary technical information and trade secrets. | 92-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 5, highlighted portions | 92-21/ 92-22 | The highlighted portions of this document contain Magic Leap's proprietary confidential information related to Magic Leap's business strategy and areas of technology Magic Leap prioritizes as well as private personnel information related to a Magic Leap employee. | 92-1 | | | |
| Exhibit 9, highlighted portions | 92-23/ 92-24 | The highlighted portions of this document contains Magic Leap's confidential information related to its business strategy and future plans. | 92-1 | | | |
| Exhibit 10, highlighted portions | 92-25/ 92-26 | The highlighted portions of this document contain Magic Leap's confidential technical information and business strategy and plans. | 92-1 | | | |

9

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 11, highlighted portions | 92-27/ 92-28 | The highlighted portions of this document contain Magic Leap's confidential technical information as well as third parties' private personnel information. | 92-1 | | | |
| Exhibit 12, highlighted portions | 92-29/ 92-30 | The highlighted portions of this document contain Magic Leap's confidential technical information and information related to its business strategy. | 92-1 | | | |
| Exhibit 13, highlighted portions | 92-31/ 92-32 | The highlighted portions of this document contain Bradski's confidential information related to his personal financial investments as well as Magic Leap's confidential business relationship with certain third-party contractors. | 92-1 | | | |

10

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 14, highlighted portions | 92-33/ 92-34 | The highlighted portions of this document contain third parties' private personnel and employment information. | 92-1 | | | |
| Exhibit 16, highlighted portions | 92-35/ 92-36 | The highlighted portions of this document contain a third party's private personnel and employment information. | 92-1 | | | |
| Exhibit 17, highlighted portions | 92-37/ 92-38 | The highlighted portions of this document contain Robotics Actual's confidential information related to business strategy and financial information as well as Magic Leap's confidential information related to business strategy and specific technology Magic Leap invests in. | 92-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 18, highlighted portions | 92-39/ 92-40 | The highlighted portions of this document contain third parties' private personnel information. | 92-1 | | | |
| Exhibit 22, highlighted portions | 92-41/ 92-42 | The highlighted portions of this document contain third parties' private personnel and employment information. | 92-1 | | | |
| Exhibit 24 | 92-43/ 92-44 | This document contains Magic Leap's employees' private employment information and Magic Leap's confidential technical and business strategy information. | 92-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 28 | 92-45/ 92-46 | This document contains Bradski's private personnel and financial information as well as a third party's confidential financial information. | 92-1 | | | |
| Exhibit 29, highlighted portions | 92-47/ 92-48 | The highlighted portions of this document contain Magic Leap's confidential information related to its technology, business strategy and confidential relationship with a third-party contractor as well as third parties' private personnel and employment information. | 92-1 | | | |

13

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 30, highlighted portions | 92-49/ 92-50 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with a third-party contractor as well as confidential financial information. | 92-1 | | | |
| Exhibit 31, highlighted portions | 92-51/ 92-52 | The highlighted portions of this document contain Magic Leap's confidential information related to its business strategy and technology. | 92-1 | | | |
| Exhibit 32, highlighted portions | 92-53/ 92-54 | The highlighted portions of this document likely contain Bradski's confidential information related to business strategy. | 92-1 | | | |

14

| *Exhibit Sought to Be Sealed* | *ECF No.* | *Reason Supporting Sealing Request* | *ECF No.* | *Party Contesting Sealing Request* | *Grounds for Contested Sealing Request* | *ECF No.* |
|---|---|---|---|---|---|---|
| Exhibit 33, highlighted portions | 92-55/ 92-56 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with a third-party contractor as well as Magic Leap's private personnel and employment information. | 92-1 | | | |
| Exhibit 34, highlighted portions | 92-57/ 92-58 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with its third-party contractor as well as Magic Leap's employees' private personnel and employment information. | 92-1 | | | |

15

| *Exhibit Sought to Be Sealed* | *ECF No.* | *Reason Supporting Sealing Request* | *ECF No.* | *Party Contesting Sealing Request* | *Grounds for Contested Sealing Request* | *ECF No.* |
|---|---|---|---|---|---|---|
| Exhibit 35, highlighted portions | 92-59/ 92-60 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with its third-party contractor as well as commercially sensitive terms of agreement with such third-party contractor. | 92-1 | | | |
| Exhibit 39, highlighted portions | 92-61/ 92-62 | The highlighted portions of this document contain the parties' settlement negotiations that are within the ambit of Rule 408 of the Federal Rules of Evidence and Bradski's and Kaehler's private employment information. | 92-1 | Defendants Dr. Adrian Kaehler, Dr. Gary Bradski, and Robotics Actual, Inc. | Defendants oppose the request to seal a public court record. (previously filed as Russo Decl. Supp. Mots. R. 11 Sanctions, Ex. D (Aug. 19, 2016), ECF No. 51; Russo Decl. Supp. Mots. R.12/56., Ex. D (Aug. 15, 2016), ECf No. 41-1; Russo Decl. Supp. Anti-SLAPP Sp. Mot. to Strike, Ex. A (Aug. 24, 2016), ECF No. 66-1). | *See* 105 |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 40, highlighted portions | 92-63/ 92-64 | The highlighted portions of this document contain the parties' settlement negotiation that are within the ambit of Rule 408 of the Federal Rules of Evidence and Bradski's and Kaehler's private employment information. | 92-1 | Defendants Dr. Adrian Kaehler, Dr. Gary Bradski, and Robotics Actual, Inc. | Defendants move to strike, whether under seal or publicly filed, privileged and inadmissible settlement communications. Fed. R. Evid. 408. *See* Dkt. No. 105<br><br>Magic Leap opposes Defendants' motion to strike as the settlement documents are offered for purposes other than to prove liability for or the amount of a disputed claim. Fed. R. Evid. 408. *See* Dkt. No. 124. | *See* 105; *see* 124 (Opp.) |
| **LISA KOBIALKA DECLARATION IN SUPPORT OF MAGIC LEAP'S OPPOSITION TO DEFENDANTS' RULE 11 MOTIONS** | | | | | | |
| Exhibit 4 | 98-19/ 98-20 | This document is an unpublished patent application, not publicly available, containing Magic Leap's highly confidential and proprietary technical information and trade secrets. | 98-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 5, highlighted portions | 98-21/ 98-22 | The highlighted portions of this document contain Magic Leap's proprietary confidential information related to Magic Leap's business strategy and areas of technology Magic Leap prioritizes as well as private personnel information related to a Magic Leap employee. | 98-1 | | | |
| Exhibit 9, highlighted portions | 98-23/ 98-24 | The highlighted portions of this document contains Magic Leap's confidential information related to its business strategy and future plans. | 98-1 | | | |
| Exhibit 10, highlighted portions | 98-25/ 98-26 | The highlighted portions of this document contain Magic Leap's confidential technical information and business strategy and plans. | 98-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 11, highlighted portions | 98-27/ 98-28 | The highlighted portions of this document contain Magic Leap's confidential technical information as well as third p[arties' private personnel information. | 98-1 | | | |
| Exhibit 12, highlighted portions | 98-29/ 98-30 | The highlighted portions of this document contain Magic Leap's confidential technical information and information related to its business strategy. | 98-1 | | | |
| Exhibit 13, highlighted portions | 98-31/ 98-32 | The highlighted portions of this document contain Bradski's confidential information related to his personal financial investments as well as Magic Leap's confidential business relationship with certain third-party contractors. | 98-1 | | | |

19

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 14, highlighted portions | 98-33/ 98-34 | The highlighted portions of this document contain third parties' private personnel and employment information. | 98-1 | | | |
| Exhibit 16, highlighted portions | 98-35/ 98-36 | The highlighted portions of this document contain a third party's private personnel and employment information. | 98-1 | | | |
| Exhibit 17, highlighted portions | 98-37/ 98-38 | The highlighted portions of this document contain Robotics Actual's confidential information related to business strategy and financial information as well as Magic Leap's confidential information related to business strategy and specific technology Magic Leap invests in. | 98-1 | | | |

20

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 18, highlighted portions | 98-39/ 98-40 | The highlighted portions of this document contain third parties' private personnel information. | 98-1 | | | |
| Exhibit 22, highlighted portions | 98-41/ 98-42 | The highlighted portions of this document contain third parties' private personnel and employment information. | 98-1 | | | |
| Exhibit 24 | 98-43/ 98-44 | This document contains Magic Leap's employees' private employment information and Magic Leap's confidential technical and business strategy information. | 98-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 28 | 98-45/ 98-46 | This document contains Bradski's private personnel and financial information as well as a third party's confidential financial information. | 98-1 | | | |
| Exhibit 29, highlighted portions | 98-47/ 98-48 | The highlighted portions of this document contain Magic Leap's confidential information related to its technology, business strategy and confidential relationship with a third-party contractor as well as third parties' private personnel and employment information. | 98-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 30, highlighted portions | 98-49/ 98-50 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with a third-party contractor as well as confidential financial information. | 98-1 | | | |
| Exhibit 31, highlighted portions | 98-51/ 98-52 | The highlighted portions of this document contain Magic Leap's confidential information related to its business strategy and technology. | 98-1 | | | |
| Exhibit 32, highlighted portions | 98-53/ 98-54 | The highlighted portions of this document likely contain Bradski's confidential information related to business strategy. | 98-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 33, highlighted portions | 98-55/ 98-56 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with a third-party contractor as well as Magic Leap's private personnel and employment information. | 98-1 | | | |
| Exhibit 34, highlighted portions | 98-57/ 98-58 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with its third-party contractor as well as Magic Leap's employees' private personnel and employment information. | 98-1 | | | |

24

| *Exhibit Sought to Be Sealed* | *ECF No.* | *Reason Supporting Sealing Request* | *ECF No.* | *Party Contesting Sealing Request* | *Grounds for Contested Sealing Request* | *ECF No.* |
|---|---|---|---|---|---|---|
| Exhibit 35, highlighted portions | 98-59/ 98-60 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with its third-party contractor as well as commercially sensitive terms of agreement with such third-party contractor. | 98-1 | | | |
| Exhibit 39, highlighted portions | 98-61/ 98-62 | The highlighted portions of this document contain the parties' settlement negotiations that are within the ambit of Rule 408 of the Federal Rules of Evidence and Bradski's and Kaehler's private employment information. | 98-1 | Defendants Dr. Adrian Kaehler, Dr. Gary Bradski, and Robotics Actual, Inc. | Defendants oppose the request to seal a public court record. (previously filed as Russo Decl. Supp. Mots. R. 11 Sanctions, Ex. D (Aug. 19, 2016), ECF No. 51; Russo Decl. Supp. Mots. R.12/56., Ex. D (Aug. 15, 2016), ECf No. 41-1; Russo Decl. Supp. Anti-SLAPP Sp. Mot. to Strike, Ex. A (Aug. 24, 2016), ECF No. 66-1). | 105 |

25

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 40, highlighted portions | 98-63/ 98-64 | The highlighted portions of this document contain the parties' settlement negotiation that are within the ambit of Rule 408 of the Federal Rules of Evidence and Bradski's and Kaehler's private employment information. | 98-1 | Defendants Dr. Adrian Kaehler, Dr. Gary Bradski, and Robotics Actual, Inc. | Defendants move to strike, whether under seal or publicly filed, privileged and inadmissible settlement communications. Fed. R. Evid. 408. *See* Dkt. No. 105

Magic Leap opposes Defendants' motion to strike as the settlement documents are offered for purposes other than to prove liability for or the amount of a disputed claim. Fed. R. Evid. 408. *See* Dkt. No. 124. | 105; 124 (Opp.) |
| **LISA KOBIALKA DECLARATION IN SUPPORT OF MAGIC LEAP'S OPPOSITION TO DEFENDANTS' RULE 12 AND RULE 56 MOTIONS** | | | | | | |
| Exhibit 4 | 101-19/ 101-20 | This document is an unpublished patent application, not publicly available, containing Magic Leap's highly confidential and proprietary technical information and trade secrets. | 101-1 | | | |

26

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 5, highlighted portions | 101-21/ 101-22 | The highlighted portions of this document contain Magic Leap's proprietary confidential information related to Magic Leap's business strategy and areas of technology Magic Leap prioritizes as well as private personnel information related to a Magic Leap employee. | 101-1 | | | |
| Exhibit 9, highlighted portions | 101-23/ 101-24 | The highlighted portions of this document contains Magic Leap's confidential information related to its business strategy and future plans. | 101-1 | | | |
| Exhibit 10, highlighted portions | 101-25/ 101-26 | The highlighted portions of this document contain Magic Leap's confidential technical information and business strategy and plans. | 101-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 11, highlighted portions | 101-27/ 101-28 | The highlighted portions of this document contain Magic Leap's confidential technical information as well as third p[arties' private personnel information. | 101-1 | | | |
| Exhibit 12, highlighted portions | 101-29/ 101-30 | The highlighted portions of this document contain Magic Leap's confidential technical information and information related to its business strategy. | 101-1 | | | |
| Exhibit 13, highlighted portions | 101-31/ 101-32 | The highlighted portions of this document contain Bradski's confidential information related to his personal financial investments as well as Magic Leap's confidential business relationship with certain third-party contractors. | 101-1 | | | |

28

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 14, highlighted portions | 101-33/ 101-34 | The highlighted portions of this document contain third parties' private personnel and employment information. | 101-1 | | | |
| Exhibit 16, highlighted portions | 101-35/ 101-36 | The highlighted portions of this document contain a third party's private personnel and employment information. | 101-1 | | | |
| Exhibit 17, highlighted portions | 101-37/ 101-38 | The highlighted portions of this document contain Robotics Actual's confidential information related to business strategy and financial information as well as Magic Leap's confidential information related to business strategy and specific technology Magic Leap invests in. | 101-1 | | | |

29

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 18, highlighted portions | 101-39/ 101-40 | The highlighted portions of this document contain third parties' private personnel information. | 101-1 | | | |
| Exhibit 22, highlighted portions | 101-41/ 101-42 | The highlighted portions of this document contain third parties' private personnel and employment information. | 101-1 | | | |
| Exhibit 24 | 101-43/ 101-44 | This document contains Magic Leap's employees' private employment information and Magic Leap's confidential technical and business strategy information. | 101-1 | | | |

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 28 | 101-45/ 101-46 | This document contains Bradski's private personnel and financial information as well as a third party's confidential financial information. | 101-1 | | | |
| Exhibit 29, highlighted portions | 101-47/ 101-48 | The highlighted portions of this document contain Magic Leap's confidential information related to its technology, business strategy and confidential relationship with a third-party contractor as well as third parties' private personnel and employment information. | 101-1 | | | |

31

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 30, highlighted portions | 101-49/ 101-50 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with a third-party contractor as well as confidential financial information. | 101-1 | | | |
| Exhibit 31, highlighted portions | 101-51/ 101-52 | The highlighted portions of this document contain Magic Leap's confidential information related to its business strategy and technology. | 101-1 | | | |
| Exhibit 32, highlighted portions | 101-53/ 101-54 | The highlighted portions of this document likely contain Bradski's confidential information related to business strategy. | 101-1 | | | |

32

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 33, highlighted portions | 101-55/ 101-56 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with a third-party contractor as well as Magic Leap's private personnel and employment information. | 101-1 | | | |
| Exhibit 34, highlighted portions | 101-57/ 101-58 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with its third-party contractor as well as Magic Leap's employees' private personnel and employment information. | 101-1 | | | |

33

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 35, highlighted portions | 101-59/ 101-60 | The highlighted portions of this document contain Magic Leap's confidential information related to its confidential relationship with its third-party contractor as well as commercially sensitive terms of agreement with such third-party contractor. | 101-1 | | | |
| Exhibit 39, highlighted portions | 101-61/ 101-62 | The highlighted portions of this document contain the parties' settlement negotiations that are within the ambit of Rule 408 of the Federal Rules of Evidence and Bradski's and Kaehler's private employment information. | 101-1 | Defendants Dr. Adrian Kaehler, Dr. Gary Bradski, and Robotics Actual, Inc. | Defendants oppose the request to seal a public court record. (previously filed as Russo Decl. Supp. Mots. R. 11 Sanctions, Ex. D (Aug. 19, 2016), ECF No. 51; Russo Decl. Supp. Mots. R.12/56., Ex. D (Aug. 15, 2016), ECf No. 41-1; Russo Decl. Supp. Anti-SLAPP Sp. Mot. to Strike, Ex. A (Aug. 24, 2016), ECF No. 66-1). | *See* 105 |

34

| Exhibit Sought to Be Sealed | ECF No. | Reason Supporting Sealing Request | ECF No. | Party Contesting Sealing Request | Grounds for Contested Sealing Request | ECF No. |
|---|---|---|---|---|---|---|
| Exhibit 40, highlighted portions | 101-63/ 101-64 | The highlighted portions of this document contain the parties' settlement negotiation that are within the ambit of Rule 408 of the Federal Rules of Evidence and Bradski's and Kaehler's private employment information. | 101-1 | Defendants Dr. Adrian Kaehler, Dr. Gary Bradski, and Robotics Actual, Inc. | Defendants move to strike, whether under seal or publicly filed, privileged and inadmissible settlement communications. Fed. R. Evid. 408. *See* Dkt. No. 105  Magic Leap opposes Defendants' motion to strike as the settlement documents are offered for purposes other than to prove liability for or the amount of a disputed claim. Fed. R. Evid. 408. *See* Dkt. No. 124. | *See* 105; *see* 124 (Opp.) |