PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

AARON FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

STEVEN C. GONZALEZ
(State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI
(State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ
(State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Telephone:  (213) 612-8900
Facsimile:  (213) 612-3773

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MAGIC LEAP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN KAEHLER and ROBOTICS ACTUAL, INC.,<br><br>Defendants. | Case No.: 16-cv-02852-NC<br><br>**DECLARATION OF AARON M. FRANKEL IN SUPPORT OF DEFENDANTS DR. ADRIAN KAEHLER AND ROBOTICS ACTUAL, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| ADRIAN KAEHLER, and ROBOTICS ACTUAL, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>MAGIC LEAP, INC.,<br><br>Cross-Defendant. | |

I, Aaron M. Frankel, declare:

1.      I am an attorney with the law firm Kramer Levin Naftalis and Frankel LLP, counsel of record for Magic Leap, Inc. ("Magic Leap").  I have personal knowledge of the facts stated herein and can testify competently to those facts.  I make this declaration in support of Defendants Dr. Adrian Kaehler and Robotics Actual, Inc.'s (collectively, "Defendants") Administrative Motion to Seal pursuant to Civil Local Rules 79-5(d)-(e).

2.      I have reviewed the following documents and confirm that they contain Magic Leap's confidential technical and business information and confidential employment contractual terms with its employee:

| Document Sought to be Sealed | Portions to be Sealed | Designating Party | Reason for Sealing |
|---|---|---|---|
| Defendants' Answer and Affirmative Defenses and Dr. Adrian Kaehler's Counterclaims (the "Answer and Counterclaims") (Dkt. No. 244-4) | The redacted portions at page 26: lines 15, 17-20; page 27: lines 7-13 | Magic Leap | The redacted portions contain Magic Leap's sensitive business and technical information that is not publicly known, such as Magic Leap's strategic initiatives, confidential projects, strategies used to develop software and the resources made available to Magic Leap's employees. |
| Exhibit 1 to the Answer and Counterclaims | The redacted portions | Magic Leap | The redacted portions contain Magic Leap's confidential employment contractual terms with Dr. Kaehler that are specific to their relationship and circumstances. |

I declare under penalty of perjury under the laws of the United States of America that each of the above statements is true and correct.  Executed on April 13, 2017, in New York, New York.

*/s/ Aaron M. Frankel*
Aaron M. Frankel

FRANKEL DECL. ISO DEFENDANTS' ADMIN.
MOTION TO FILE DOCUMENTS UNDER SEAL

Case No.: 5:16-cv-02852-NC

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka

FRANKEL DECL. ISO DEFENDANTS' ADMIN.                    Case No.: 5:16-cv-02852-NC
MOTION TO FILE DOCUMENTS UNDER SEAL