PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

AARON M. FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 715-7793

STEVEN C. GONZALEZ (State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI (State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ (State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Facsimile:  (213) 612-3773

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

Jack Russo (State Bar No. 96068)
jrusso@computerlaw.com
Christopher Joseph Sargent (State Bar No. 246285)
csargent@computerlaw.com
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863

*Counsel for Defendants*
ADRIAN KAEHLER and ROBOTICS ACTUAL, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, ROBOTICS ACTUAL, INC., a Delaware Corporation and OPENCV.AI, INC., a Delaware Corporation,<br><br>  Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**JOINT REPORT** |

Pursuant to the Court's Order on Motions to Dismiss (Dkt. No. 237) and in advance of the scheduled April 26, 2017 case management conference, the parties have conferred regarding proposed discovery limits and a trial date, and submit this Joint Report with the parties' respective positions.

**1.     Proposed Discovery Limits**

**A.     Depositions**

**Magic Leap** proposes that Plaintiff may take up to 2 depositions of the Defendants collectively and Defendants may collectively take up to 2 depositions of Plaintiff.  Each side may take up to 5 additional depositions of third parties.  Expert depositions will not count towards these limits.

**Defendants** propose that each side may take up to $10^1$ depositions each, to be divided among party witnesses or third parties as each side determines. Expert depositions will not count towards these limits. Total cumulative deposition time shall be limited to 70 hours per side absent further Order of the Court.

**Agreement**: The parties agree that individual depositions are limited to 7 hours of deposition time.  While the 7 hour per witness limit does not apply to Rule 30(b)(6) witnesses, each deposition day will be limited to 7 hours.  Expert Depositions: The parties agree that each expert witness in the case may be deposed for up to 7 hours for each report submitted by the expert.

**B.     Interrogatories**

**Agreement:** The parties agree that Plaintiff may serve up to 15 interrogatories on each Defendant, and each Defendant may serve up to 15 interrogatories on Plaintiff.  Additionally, Plaintiff may serve up to 10 common interrogatories on Defendants collectively and Defendants may serve up to 10 common interrogatories collectively on Plaintiff.

//

---

[1] This estimate relies on Magic Leap's representations below that it will serve as soon as possible a narrowed trade secret list and that the narrowing will be significant enough to streamline the trade secret claim over what was previously served. Defendants have requested that the narrowed identification be provided at least 48 hours in advance of the Case Management Conference so that Defendants may confirm the workability of this estimate.

**C.     Requests For Admission**

**Agreement:** The parties agree that Plaintiff may serve up to a total of 50 requests for admission on Defendants collectively, and Defendants collectively may serve up to a total of 50 requests for admission on Plaintiff. Requests for admission related to the authentication of documents or establishing that documents are business records are exempt from this limitation.

**2.     Proposed Trial Dates**

**Magic Leap** proposes that a trial be scheduled for February 2018, with four months for fact discovery and two months for expert discovery.

**Defendants** propose that a trial be scheduled for August 14, 2017, with fact discovery to close by June 30, 2017 and expert discovery to close by July 31, 2017.

**3.     Trade Secret Discovery**

In view of the settlement between Magic Leap and former Defendant Dr. Gary Bradski and the cessation of activity of Defendant Robotics Actual, Inc., Magic Leap intends to provide an updated and narrowed preliminary disclosure of trade secrets at issue pursuant to California Code of Civil Procedure § 2019.210.  Magic Leap anticipates that the updated disclosure will streamline the need for discovery on the parties' claims relating to trade secrets.

**Defendants** propose that this updated disclosure be provided by April 24, 2017 (in advance of the Case Management Conference), and reserve their rights to move for relief from the Court under California Code of Civil Procedure § 2019.210 if disputes regarding the amended disclosure cannot be resolved in meet and confer. Defendants reserve all rights as to the overbroad approach taken with the initial trade secret list used by Plaintiff in this case.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3  DATED:  April 19, 2017 | By: */s/ Lisa Kobialka* <br> Paul J. Andre (State Bar No. 196585) |
| 4 | pandre@kramerlevin.com <br> Lisa Kobialka (State Bar No. 191404) |

Respectfully submitted,

By: */s/ Lisa Kobialka*

DATED:  April 19, 2017

Paul J. Andre (State Bar No. 196585)
pandre@kramerlevin.com
Lisa Kobialka (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

Aaron M. Frankel (appearance *pro hac vice)*
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793
afrankel@kramerlevin.com

STEVEN C. GONZALEZ (State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI (State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ (State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Facsimile:  (213) 612-3773

*Counsel for Plaintiff*
MAGIC LEAP, INC.

Respectfully submitted,

By: */s/ Lucy Goodnough*

DATED:  April 19, 2017

Jack Russo (State Bar No. 96068)
jrusso@computerlaw.com
Christopher Joseph Sargent (State Bar No. 246285)

3

JOINT REPORT                                                      Case No.: 5:16-cv-02852-NC

csargent@computerlaw.com
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863

*Counsel for Defendants*
ADRIAN KAEHLER and
ROBOTICS ACTUAL, INC.

## ATTESTATION PURSUANT TO L.R. 5-1(i)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

          */s/ Lisa Kobialka*
          Lisa Kobialka