PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

AARON M. FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

STEVEN C. GONZALEZ (State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI (State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ (State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Facsimile:  (213) 612-3773

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN KAEHLER, an individual, and ROBOTICS ACTUAL, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**DECLARATION OF AARON M. FRANKEL IN SUPPORT OF MAGIC LEAP, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Aaron M. Frankel, declare:

1. I am an attorney with the law firm Kramer Levin Naftalis and Frankel LLP, counsel of record for Magic Leap, Inc. ("Magic Leap"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Magic Leap's Administrative Motion to File Documents Under Seal pursuant to Civil Local Rules 79-5(d)-(e).

2. I have reviewed the following document and confirmed that it contains Dr. Kaehler and Dr. Bradski's private financial and employment information:

| Documents Sought to be Sealed | Portions of Document Sought to be Sealed | Designating Party | Reasons for Sealing |
|---|---|---|---|
| Magic Leap's Motion to Dismiss Defendants' Counterclaims and Affirmative Defenses ("Magic Leap's Motion") | The highlighted portions at page i, line 8; page 1, lines 21, 25; page 2, line 6; page 4, lines 1, 15-16, 21-22; page 7, line 13; page 8, lines 22, 24; page 11, lines 17, 26-27; page 12, lines 2-3, 22, 26; page 17, line 24; page 18, lines 2, 5; page 20, lines 1-2, 23 | Gary Bradski and/or Adrian Kaehler | The highlighted portions contain Dr. Bradski and Dr. Kaehler's private employment information. *See Serv. Employees Int'l Union v. Prime Healthcare Servs., Inc.*, No. CIV. S-08-2980 LKK/CMK, 2010 WL 2843942, at *6 (E.D. Cal. July 19, 2010); *In re Crawford,* 194 F.3d 954, 958 (9th Cir.1999) |

I declare under penalty of perjury under the laws of the United States of America that each of the above statements is true and correct. Executed on May 8, 2017, in New York, New York.

                                    */s/ Aaron M. Frankel*
                                      Aaron M. Frankel

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                              By:  */s/ Lisa Kobialka*
                                        Lisa Kobialka