UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIC LEAP, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN KAEHLER, and ROBOTICS ACTUAL, INC.,<br><br>    Defendants. | Case No. 16-cv-02852 NC<br><br>**ORDER DENYING MAGIC LEAP'S MOTION TO DISMISS COUNTERCLAIMS AND CERTAIN AFFIRMATIVE DEFENSES**<br><br>Re: ECF 260 |

Presented to the Court is Magic Leap's motion to dismiss Dr. Adrian Kaehler's twelve counterclaims and three of his affirmative defenses, numbers 26, 27, and 28. ECF 260. The Court has previously ruled on a motion to dismiss in this case, ECF 237, so need not repeat the legal standard and history of the case here.

The Court finds that, accepting all well-pleaded allegations of fact as true and construing them in the light most-favorable to Dr. Kaehler, the counterclaims and challenged affirmative defenses are plausible and state a viable claim for relief or defense. The motion is therefore denied.

In accordance with Federal Rule of Civil Procedure 12(a)(4)(A), Magic Leap must file a responsive pleading to Dr. Kaehler's counterclaims within 14 days of this order.

**IT IS SO ORDERED.**

Dated: July 7, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-02852 NC