PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON M. FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

STEVEN C. GONZALEZ (State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI (State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ (State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Facsimile: (213) 612-3773

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

Jack Russo (State Bar No. 96068)
jrusso@computerlaw.com
Christopher Joseph Sargent
(State Bar No. 246285)
csargent@computerlaw.com
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863

*Counsel for Defendants*
ADRIAN KAEHLER and ROBOTICS
ACTUAL, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, ROBOTICS ACTUAL, INC., a Delaware Corporation and OPENCV.AI, INC., a Delaware Corporation,<br><br>        Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GARY BRADSKI, an individual, and ADRIAN KAEHLER, an individual,

Plaintiffs,

v.

MAGIC LEAP, INC., a Delaware Corporation,

Defendant.

Case No.: 5:16-cv-03235-NC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED AND AGREED**, by and between Magic Leap, Inc., Adrian Kaehler and Robotics Actual, Inc. (collectively, "the Parties"), by and through their respective undersigned counsel, that, pursuant to a confidential agreement between the Parties (the "Agreement"), all claims and counterclaims in the above-captioned actions are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.  This Court shall retain jurisdiction for the purposes of enforcing the Agreement.

Respectfully submitted,

DATED:  August 18, 2017        By:  /s/ Lisa Kobialka

Paul J. Andre (State Bar No. 196585)
pandre@kramerlevin.com
Lisa Kobialka (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

Aaron M. Frankel (appearance *pro hac vice*)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793
afrankel@kramerlevin.com

STEVEN C. GONZALEZ (State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI
(State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ
(State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor

1

JOINT STIPULATION AND [PROPOSED] ORDER        Case Nos.: 5:16-cv-02852-NC
OF DISMISSAL WITH PREJUDICE                                          5:16-cv-03235-NC

Los Angeles, CA 90071
Tel:  (213) 612-8900
Facsimile:  (213) 612-3773

*Counsel for Plaintiff*
MAGIC LEAP, INC.

Respectfully submitted,

DATED:  August 18, 2017          By:  */s/ Jack Russo*
                                      Jack Russo (State Bar No. 96068)
                                      jrusso@computerlaw.com
                                      Christopher Joseph Sargent (State Bar No. 246285)
                                      csargent@computerlaw.com
                                      COMPUTERLAW GROUP LLP
                                      401 Florence Street
                                      Palo Alto, CA 94301
                                      Telephone: (650) 327-9800
                                      Facsimile: (650) 618-1863

                                      *Counsel for Defendants*
                                      ADRIAN KAEHLER and
                                      ROBOTICS ACTUAL, INC.

**IT IS SO ORDERED.**

Dated: _____          _____
                            The Honorable Nathanael Cousins
                            UNITED STATES MAGISTRATE JUDGE

2

JOINT STIPULATION AND [PROPOSED] ORDER          Case Nos.: 5:16-cv-02852-NC
OF DISMISSAL WITH PREJUDICE                               5:16-cv-03235-NC

1

**ATTESTATION PURSUANT TO L.R. 5-1(i)**

2

    In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3

document has been obtained from any other signatory to this document.

4

                    */s/ Lisa Kobialka*

5

                    Lisa Kobialka

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER         Case Nos.: 5:16-cv-02852-NC
OF DISMISSAL WITH PREJUDICE                    5:16-cv-03235-NC