PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON M. FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

STEVEN C. GONZALEZ (State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI (State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ (State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Facsimile: (213) 612-3773

*Attorneys for Plaintiff*
MAGIC LEAP, INC.

Jack Russo (State Bar No. 96068)
jrusso@computerlaw.com
Christopher Joseph Sargent
(State Bar No. 246285)
csargent@computerlaw.com
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863

*Counsel for Defendants*
ADRIAN KAEHLER and ROBOTICS
ACTUAL, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAGIC LEAP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual, ROBOTICS ACTUAL, INC., a Delaware Corporation and OPENCV.AI, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 5:16-cv-02852-NC<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| GARY BRADSKI, an individual, and ADRIAN KAEHLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAGIC LEAP, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:16-cv-03235-NC |

1     **IT IS HEREBY STIPULATED AND AGREED**, by and between Magic Leap, Inc., Adrian Kaehler and Robotics Actual, Inc. (collectively, "the Parties"), by and through their respective undersigned counsel, that, pursuant to a confidential agreement between the Parties (the "Agreement"), all claims and counterclaims in the above-captioned actions are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. This Court shall retain jurisdiction for the purposes of enforcing the Agreement.

Respectfully submitted,

DATED: August 18, 2017      By: */s/ Lisa Kobialka*

Paul J. Andre (State Bar No. 196585)
pandre@kramerlevin.com
Lisa Kobialka (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Aaron M. Frankel (appearance *pro hac vice*)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793
afrankel@kramerlevin.com

STEVEN C. GONZALEZ (State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI
(State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ
(State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor

1

|   |   |   |
|---|---|---|
| | | Los Angeles, CA 90071 |
| | | Tel: (213) 612-8900 |
| | | Facsimile: (213) 612-3773 |
| | | |
| | | *Counsel for Plaintiff* |
| | | MAGIC LEAP, INC. |
| | | |
| | | Respectfully submitted, |
| | | |
| DATED: August 18, 2017 | | By: */s/ Jack Russo* |
| | | Jack Russo (State Bar No. 96068) |
| | | jrusso@computerlaw.com |
| | | Christopher Joseph Sargent (State Bar No. 246285) |
| | | csargent@computerlaw.com |
| | | COMPUTERLAW GROUP LLP |
| | | 401 Florence Street |
| | | Palo Alto, CA 94301 |
| | | Telephone: (650) 327-9800 |
| | | Facsimile: (650) 618-1863 |
| | | |
| | | *Counsel for Defendants* |
| | | ADRIAN KAEHLER and |
| | | ROBOTICS ACTUAL, INC. |

**IT IS SO ORDERED.**

Dated: August 21, 2017

GRANTED
Judge Nathanael M. Cousins

UNITED STATES DISTRICT JUDGE

2

JOINT STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

Case Nos.: 5:16-cv-02852-NC
5:16-cv-03235-NC

**ATTESTATION PURSUANT TO L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

          */s/ Lisa Kobialka*
           Lisa Kobialka